# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| VARIOUS PLAINTIFFS,<br><br>              Plaintiffs,<br>v.<br><br>VARIOUS DEFENDANTS,<br><br>              Defendants | This Document Relates to:<br>CVLO cases on the attached Exhibit "A" |

### Order

This matter coming to be heard on *Certain Plaintiffs' Motion to Voluntarily Dismiss Donaldson Company Pursuant to Fed. R. Civ. P. 41(a)(2)*, **IT IS HEREBY ORDERED** that Donaldson Company is dismissed without prejudice from each individual plaintiff's case as outlined therein, with each party to bear it's own costs. This dismissal affects no other defendants in cases listed on Exhibit A and plaintiffs' cases shall proceed as to all remaining defendants.

**IT IS SO ORDERED.**

Date: May 29, 2014

Barbara B Crabb
Honorable Barbara B. Crabb

# Exhibit A

*List of specific defendants Plaintiffs seek to dismiss from their cases*

| Last | First | W.D. WI Case No. | Defendant to be dismissed from individual plaintiff's action: |
|---|---|---|---|
| Masephol | Richard | 14-cv-186 | Donaldson Company |
| Prust | Valmore | 14-cv-143 | Donaldson Company |
| Pecher | Urban | 14-cv-147 | Donaldson Company |
| Sydow | Wesley | 14-cv-219 | Donaldson Company |