# Exhibit Q

February 3, 1956

Owens-Illinois Glass Company
Kaylo Division
Toledo 1, Ohio

Gentlemen:

When you were engaged in the manufacture of Kaylo for U. S. Plywood, we tried on a number of occasions to buy this material from you without much success. Later we had some correspondence with you, and you advised that you had decided to go out of this business. Accordingly, we turned to the manufacture of a fireproof door with an asbestos core made by Johns-Manville and have made a few thousand of these doors, which, however, we must say, have not been altogether satisfactory.

We are advised that you are considering the manufacture of Kaylo again or that you may be interested in giving a license in case there is a question of infringement of your so-called Paul patent. If you would care to grant a license under this patent, we should like to inquire what your charges would be therefor.

We are now manufacturing a door, for which we have applied for a patent, with a core of wood chips impregnated with fireproof material which seems to be meeting with some success on the market, but as indicated, we prefer the asbestos core or an inorganic core for certain purposes, and perhaps we could agree on a royalty.

We should also appreciate hearing from you as to whether you expect to resume the manufacture of Kaylo.

Yours very truly,

cc William H. Roddis

r          C. H. Blanchar, Treasurer