Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

--------------------------------------------------------

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)        MDL Docket No. 875

E.D. Pa. Case Nos.

Dianne Jacobs v. Owens-Illinois,     13-CV-60011
Inc., et al.
Cindy Zickert v. Bayer Crop Science, 13-CV-60013
Inc., et al.

Harvey Helms v. 3M Company, et al.   13-CV-60018

Brian Heckel v. 3M Company, et al.   13-CV-60019

--------------------------------------------------------

Deposition of WILHELM HAENI
Tuesday, March 11, 2014
10:10 a.m.
at
HOLIDAY INN CONFERENCE CENTER
750 South Central Avenue
Marshfield, Wisconsin

Reported by Lindsay DeWaide, RPR, RMR, CRR

Page 2

1          Deposition of WILHELM HAENI, a witness in the
2   above-entitled action, taken at the instance of the
3   Plaintiffs, pursuant to notice, before the Federal Rules of Civil
4   Procedure, pursuant to notice, before Lindsay DeWaide,
5   Registered Professional Reporter, Certified Realtime
6   Reporter, and Notary Public in and for the State of
7   Wisconsin, at HOLIDAY INN CONFERENCE CENTER, 750 South
8   Central Avenue, Marshfield, Wisconsin, on the 11th day
9   of March, 2014, commencing at 10:10 a.m. and concluding
10  at 12:58 p.m.
11
12  A P P E A R A N C E S :
13      CASCINO VAUGHAN LAW OFFICES, Ltd., by
            Mr. Robert G. McCoy
14          220 South Ashland Avenue
            Chicago, Illinois 60607
15          Appeared on behalf of Plaintiffs.
16      SCHIFF HARDIN LLP, by
            Mr. Edward M. Casmere
17          233 South Wacker Drive, Suite 6600
            Chicago, Illinois 60606
18          Appeared on behalf of Owens-Illinois, Inc.
19      FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP, by
            Ms. Tanya D. Ellis
20          City Center, Suite 100
            200 South Lamar Street
21          Jackson, Mississippi 39201
            Appeared on behalf of Weyerhaeuser Company.
22
        GIERKE FRANK, LLC, by
23          Ms. Nora E. Gierke
            7604 Harwood Avenue, Suite 203
24          Wauwatosa, Wisconsin 53213
            Appeared on behalf of General Electric Company.
25

Page 3

1              E X A M I N A T I O N
2                                        PAGE
3   BY MR. McCOY                          4
    BY MS. ELLIS                          30
4   BY MR. CASMERE                        79
    BY MS. GIERKE                         84
5   BY MS. ELLIS                          113
    BY MR. McCOY                          114
6
7              E X H I B I T S
8   NUMBER                        PAGE IDENTIFIED
9   No. 1    Notice of Deposition          4
10  No. 2    5/28/98 Deposition Transcript of  4
             Wilhelm Haeni
11
12  No. 3    3/12/74 Memo                  96
13  No. 4    Working with Asbestos at      104
             Weyerhaeuser
14  (Original exhibits attached to original transcript;
       copies of exhibits attached to copies of transcript.)
15
16
17
18
19
20
21
22
23
24
25

Page 4

1       TRANSCRIPT OF PROCEEDINGS
2   (Exhibit Nos. 1 and 2 marked for identification.)
3          WILHELM HAENI, called as a witness
4   herein, having been first duly sworn on oath, was
5   examined and testified as follows:
6              E X A M I N A T I O N
7   BY MR. McCOY:
8   Q   Mr. Haeni, before we start, we've marked as
9       Exhibit 1 the notice for today's deposition.  And
10      as Exhibit 2, we marked testimony that you had
11      given before on May 28, 1998, so -- and today
12      we'll go ahead and get started.
13  A   Okay.
14  Q   First off, can you give us your name and spell
15      your last name for everybody.
16  A   Bill Haeni.  H-A-E-N-I, my last name.
17  Q   Okay.
18  A   My full name is Wilhelm, which would be
19      W-I-L-H-E-L-M.
20  Q   And where do you live now, Mr. Haeni?
21  A   717 East 25th Street, Marshfield.
22  Q   And I'll go back in time briefly.  Where were you
23      born at?
24  A   Auburndale.
25  Q   And what's your birthdate?

Deposition of Wilhelm Haeni, 3/11/2014

Page 5

1    A   Let's see.  It's January 27th.  You want me to
2        remember how far back that was?
3    Q   Give us a year, or close.
4    A   That's 1930.
5    Q   And in terms of schooling, how far did you get?
6    A   About 8th grade.
7    Q   And your family -- are you married?
8    A   Yes.
9    Q   Wife still with you?
10   A   Yes.
11   Q   Do you have any children?
12   A   Yes.
13   Q   How many children?
14   A   We have three.
15   Q   And you got some grandchildren now?
16   A   Yes.  There's also -- there's three grandchildren,
17       and we have two great-grandchildren.
18   Q   Okay.  And have you been in the Marshfield area
19       for a long time?
20   A   Yep.  I lived in Marshfield since 1970.
21   Q   And where did you live before that?
22   A   Out on the farm about 20 miles south --
23   Q   Okay.  20 miles south of Marshfield?
24   A   Of Marshfield.  Yes.
25   Q   All right.  And did you spend any time in the

Page 6

1        service?
2    A   Yes.  I got two years in the Army.
3    Q   And did you get an honorable discharge?
4    A   Honorable discharge.
5    Q   What was your rank at discharge?
6    A   Corporal.
7    Q   And where did they have you stationed at?
8    A   Alaska.
9    Q   About what year did you get out of the service?
10   A   '52 September, I think it was.
11   Q   Now, after the service, did you get a job at
12       Weyerhaeuser?
13   A   Went back to Weyerhaeuser to work.
14   Q   And did you ultimately get into the detail
15       department at Weyerhaeuser?
16   A   Shortly after, yeah.  Yes.
17   Q   About what year, then, would you say you were in,
18       best recollection?
19   A   My recollection would be probably about -- it
20       would be between '54, '55.
21   Q   In detail?
22   A   In detail.
23   Q   Now, you continued to work at Weyerhaeuser until
24       you retired from Weyerhaeuser; right?
25   A   Correct.

Page 7

1    Q   So in that period from when you were in detail
2        until your retirement, were you in any other
3        departments besides detail?
4    A   No.  In the begin-- excuse me.  In the
5        beginning, I drifted around the mill somewhat, and
6        then I went back into detail department.  Yeah.
7    Q   Okay.  And that's when you -- that's the '54/'55
8        time frame?
9    A   Right.  Right.
10   Q   So when you retired, were you still in detail?
11   A   Yes.
12   Q   Okay.  And what positions did you hold -- well,
13       what year did you retire?
14   A   I believe -- my recollection would be '82, I
15       believe it was.
16   Q   How old were you at retirement?
17   A   Oh, my goodness.  You ask questions.  I believe I
18       was 55 or 56.
19   Q   Okay.  So that would make you about '85 or '86?
20   A   Now?
21   Q   In terms of retirement year.  Would that be --
22   A   Well, right now I am 84.
23   Q   Right.  If you were born in '30 and you retired at
24       age 55 or 56, that would make it about '85 or '86
25       when you retired?  1985 or '86?

Page 8

1    A   1985 or '86.  Yes.  Yes.  I'm sorry.
2    Q   Okay.  And so when you -- what positions did you
3        hold in the detail department over the years?
4    A   Bench hand, saw operator, lead person, and then I
5        went into salary as supervisor.
6    Q   All right.  Did the detail department have to work
7        on fire-rated doors?
8    A   Yes.
9        MS. ELLIS:  Object to form.
10   BY MR. McCOY:
11   Q   And what were those fire-rated doors called at the
12       beginning?
13   A   Kaylo.
14   Q   So about when did you start having Kaylo doors in
15       the detail department, best of your recollection?
16   A   I'm going to try and -- my best recollection would
17       be somewheres in mid-'50s.
18   Q   Okay.
19   A   And --
20   Q   So you're talking about 1955/'56 time frame?
21       MR. CASMERE:  Object to form.
22       THE WITNESS:  I would say yes.
23   BY MR. McCOY:
24   Q   Okay.  And could you tell us what kind of
25       operations in terms of cutting had to be performed

2 (Pages 5 to 8)

Deposition of Wilhelm Haeni, 3/11/2014

Page 9

1    on the fire doors in the detail area?
2        MS. ELLIS: Object to form.
3        THE WITNESS: In the detail department,
4    the operation was cutting light openings, and that
5    was done with saws in the beginning and -- in the
6    opening.
7    BY MR. McCOY:
8    Q   Light openings would be for what purposes in the
9        doors?
10   A   For fireproof buildings, they had to have that
11       fireproof glass in there or whatever they call
12       that, and it was metal-framed.
13   Q   Okay. And was there any kind of a structure that
14       was built for the purposes of cutting the fire
15       doors?
16       MS. ELLIS: Object to form.
17       THE WITNESS: Yes, there was. We had a
18   booth built, and that would hold two loads. That
19   would be the load that was pulled in, the bench --
20       (Interruption in proceedings.)
21       MR. McCOY: We'll take a break here for
22   a moment.
23       (Off the record.)
24       MR. McCOY: I understand with your wife
25   there's some --

Page 10

1        THE WITNESS: It wasn't --
2        MR. McCOY: -- concerns, yes. It wasn't
3    that. Okay. Good.
4        THE WITNESS: Thank you.
5        MR. McCOY: All right. So let's go
6    back.
7        Why don't you read back the last
8    question and the answer he started.
9        (Interruption in proceedings.)
10       (Record read back as requested.)
11       MR. McCOY: Okay. You want to go ahead
12   and continue your answer?
13       THE WITNESS: When I'm saying the two
14   loads, it would be the load that was pulled in,
15   then there was a bench that we did our work on,
16   and then on the other side of -- where they -- the
17   load of the completed door.
18   BY MR. McCOY:
19   Q   Okay. So when you say a load, you're talking
20       about doors?
21   A   Anywheres from roughly 20 -- the top would have
22       been 30 doors.
23   Q   Were these doors stacked up? Is that what you
24       mean?
25   A   Stacked on a platform.

Page 11

1    Q   That's what you mean by a load?
2    A   A load. Yes, I do.
3    Q   Okay. And what was the name of this structure?
4        Did it have a name that you guys called it?
5    A   Kaylo booth.
6    Q   And what was the purpose of the Kaylo booth? What
7        was it used for?
8    A   Well, in the beginning, we did the cutting in the
9        open department; and it would get quite dusty with
10       the mineral core flying around, or the Kaylo, and
11       they would confine it to a booth.
12           And the booth was designed with -- a metal
13       building, like, and a tarp in the front and a big
14       fan in the out -- wall out or wall of the
15       building. That would suck the dust out of the
16       booth and put it into the air.
17   Q   Okay. And you say -- when you say put it in the
18       air --
19   A   Outdoors. Out in the opening and out of the
20       building.
21   Q   Out into the community?
22       MS. ELLIS: Object to form.
23       THE WITNESS: Into the community. Yes.
24   BY MR. McCOY:
25   Q   Okay. Were you -- you were present, then, in

Page 12

1    detail when this booth was constructed?
2    A   Yes.
3    Q   Okay. And who built it?
4    A   Maintenance crew.
5    Q   Maintenance crew from --
6    A   Roddis, or Weyerhaeuser's maintenance.
7    Q   Okay. So this booth was about --
8        (Interruption in proceedings.)
9    BY MR. McCOY:
10   Q   All right. Can you just give us the dimensions of
11       this booth?
12   A   To my recollection, I'm looking at about possibly
13       16 feet wide and about -- I want to say maybe 12
14       deep, 15. 12, 15 feet deep. It was a good-sized
15       booth.
16   Q   And how high was it?
17   A   Let's see. What was the height of that thing? If
18       I remember correctly, I'd say 12, 10 feet.
19   Q   Okay. Was there a roof on it?
20   A   Yes.
21   Q   And did it have, like, a door opening on it?
22   A   The front had a tarp that covered the front as we
23       pulled the loads in and that.
24   Q   Okay. So it was metal on the sides and --
25   A   Metal on the top.

3 (Pages 9 to 12)

Deposition of Wilhelm Haeni, 3/11/2014

Page 13

1   Q   Metal on the top?
2   A   **And the front, where the loads came in and out,**
3       **that just had a tarp hanging in there.**
4   Q   Okay.  And then you said there was a fan in the
5       booth?
6   A   **There was a fan, yes.  And that pulled the air to**
7       **the outside.**
8   Q   Was the fan, like, put -- constructed into the
9       wall?
10  A   **Into the wall.  The hole was cut into the wall.**
11      **Yeah.**
12  Q   And how --
13  A   **The fan was approximately 3 feet, to my**
14      **recollection.  It was 3 to 4 feet wide in size,**
15      **you know.  That's a good-sized fan.**
16  Q   Did it do a good job in terms of pulling out the
17      dust?
18  A   **Oh, yeah.**
19  Q   So inside the booth, then, what equipment was
20      there for actually doing cutting of the doors?
21  A   **We called -- it was a Casey saw.  It's similar to**
22      **the use of a Skilsaw.  It followed a guide.  And**
23      **it had a lever on there that you would set it up,**
24      **and then you'd roll the guide down, and that would**
25      **run the saw blade into the mineral core.**

Page 14

1       **And then you'd just push it up along the**
2       **guide and sawdust would fly.**
3   Q   Was there any dust collection system on the saw
4       itself or --
5   A   **No.  No.**
6   Q   So all the dust was through the fan?
7   A   **Right.**
8           MS. ELLIS:  Object to form.
9   BY MR. McCOY:
10  Q   What types of doors were cut inside the Kaylo
11      booth?
12  A   **The Kaylo door only.**
13  Q   And about -- I'm sure it probably varied depending
14      on the production needs, but what would you say
15      would be the time frame in which, on a daily
16      basis, there might be a need for cutting?
17          MS. ELLIS:  Object to form.
18  BY MR. McCOY:
19  Q   Your best recollection or estimate.
20  A   **To the best of my recollection would be a small**
21      **load, 20 minutes up to possibly three hours.**
22  Q   Per day?
23  A   **Per day.**
24  Q   Was there a work area for more than one operator
25      inside the booth?

Page 15

1   A   **No.**
2   Q   Okay.
3   A   **One operator only.**
4   Q   Did you actually work inside the booth yourself?
5   A   **Yes.**
6   Q   So you ran the saw sometimes?
7   A   **Yes.**
8   Q   And when the Kaylo booth was there, where was
9       detail located in the plant?
10  A   **Pardon?**
11  Q   Where was detail located in the plant when the
12      Kaylo booth was there?
13  A   **Second floor, north end of the building.**
14  Q   Did detail move to another part of the building?
15  A   **Later, yes, to the basement of the newer part.**
16  Q   And what's your best recollection as to how many
17      years you'd been in detail that it moved to the
18      basement?
19          MS. ELLIS:  Object to form.
20          THE WITNESS:  Time flies.  I want to
21      say -- oh, boy.  Boy, that's a -- I'm going to go
22      somewhere possibly about ten years.
23  BY MR. McCOY:
24  Q   Okay.  Were you a leadman when it moved to the
25      basement or a supervisor?

Page 16

1   A   **The basement, I was supervisor.**
2   Q   Okay.  Were you supervisor before it moved to the
3       basement?
4   A   **No.  I was a lead person.**
5   Q   So when it moved to the basement, that's about
6       when you became supervisor?
7   A   **Yes.**
8   Q   Did the operation of cutting the mineral core
9       doors continue in the basement?
10  A   **Yes.  But that was done by routers, which was --**
11      **it was piped into a dust collection, but not as to**
12      **directly from the -- it would -- dust would drop**
13      **into a bin and it would be sucked away.  That was**
14      **with a mix of whatever came.**
15  Q   And when I use that term fire -- when I use the
16      term "mineral core," do you understand that to be
17      the same as --
18  A   **That's the fire.**
19          **(Interruption in proceedings.)**
20  BY MR. McCOY:
21  Q   When I use the term "mineral core," do you
22      understand that to mean the same as fire-rated
23      doors?
24          MS. ELLIS:  Object to form.
25          THE WITNESS:  Okay.  Yes.

4 (Pages 13 to 16)

Deposition of Wilhelm Haeni, 3/11/2014

---

Page 17

1   BY MR. McCOY:
2   Q   Okay.  All right.  So you said that it was -- it
3       was in the bin and then it was piped, the dust,
4       from the fire door cutting?
5           MS. ELLIS:  Object to form.
6           THE WITNESS:  Excuse me?  Would you
7       repeat that?
8   BY MR. McCOY:
9   Q   Okay.  Why don't you describe for us in the
10      basement -- after detail moved to basement, how
11      the dust was removed from the cutting of the fire
12      doors.
13  A   With the fire doors, it was into a baghouse, what
14      we called the baghouse with the mineral.  That's
15      after we were notified of the hazard.
16  Q   Okay.  And when you say "notified of the hazard,"
17      how did that take place?
18  A   Pardon?
19  Q   How did you get notification of the hazard?
20  A   How did we get notified?
21  Q   Yes.
22  A   The head office.  That's all I know about it.
23  Q   Did somebody --
24  A   They come upstairs, let us know, and then we had
25      to take action.

---

Page 18

1   Q   Did somebody come out from Washington at all to --
2   A   Yeah.
3           MS. ELLIS:  Object to form.
4           THE WITNESS:  That was Joe Wendlick.
5   BY MR. McCOY:
6   Q   Was this -- was this about the time that there was
7       notification of the hazard?
8   A   That's our notification, yeah.
9   Q   Okay.  And you say Joe -- Joe Wendlick came out
10      from where?
11  A   Pardon?
12  Q   Where did Joe Wendlick come out from?
13  A   From Tacoma.  From the head office up there, as
14      far as I know.
15  Q   Tacoma, Wash- --
16  A   That's all I knew about it.
17  Q   Tacoma, Washington?
18  A   Tacoma.  Correct.
19  Q   Okay.  And did you have an understanding what
20      position he had?
21          MS. ELLIS:  Object to form.
22          THE WITNESS:  Yes, I -- we did.
23  BY MR. McCOY:
24  Q   What was your understanding?
25  A   That he was a chemist or something.  No.  I can't

---

Page 19

1       quite remember exactly, but --
2   Q   Okay.  And does the term indust- --
3   A   To my recollection, yes.
4   Q   Does the term "industrial hygienist" ring a bell?
5           MS. ELLIS:  Object to form.
6           THE WITNESS:  In our meetings, I
7       remember that coming up.  Yes.
8   BY MR. McCOY:
9   Q   When you say "meetings," you mean meetings with --
10  A   With Joe Wendlick.
11          MS. ELLIS:  Object to form.
12  BY MR. McCOY:
13  Q   All right.  Sometimes you gotta wait until she
14      makes her objection.
15  A   I'm sorry.
16  Q   That's fine.
17          MS. ELLIS:  That's okay.
18  BY MR. McCOY:
19  Q   They're entitled to do their objections, and then
20      you might want to wait -- you have to wait a
21      little bit on the answer.
22          Okay.  So when you say "meetings," were these
23      meetings around the time that Joe Wendlick was
24      present?
25          MS. ELLIS:  Object to form.

---

Page 20

1           THE WITNESS:  Yes.
2   BY MR. McCOY:
3   Q   And could you just --
4   A   All --
5   Q   Go ahead.
6   A   All supervisors were called into these meetings,
7       and he would advise us as what had to take place.
8   Q   Okay.  And what did he say about the detail
9       department?
10  A   It wasn't real pleasant because it was very
11      hazardous, what was going on at that time, the
12      dust that we were creating.
13  Q   Did Mr. Wendlick take any measurements of the dust
14      in the detail department?
15  A   Yes.  Don't ask me how he did it, but he was down
16      there many times.
17  Q   Did you see him do this?
18  A   A number of times I did, yeah.  In fact, we had --
19      he had employees wearing -- oh, he had a name for
20      them.  That they could see how much the employee
21      would be collecting.  You know, the dust would be
22      on them.
23  Q   You mean he had the employees wearing cassettes on
24      their collars?
25  A   There was --

---

Gramann Reporting, Ltd. (414) 272.7878

Deposition of Wilhelm Haeni, 3/11/2014

Page 21

1            MS. ELLIS:  Object to form.
2            THE WITNESS:  Yeah.  Yes.
3     BY MR. McCOY:
4     Q   Okay.  And those -- that was -- that's part of the
5         testing you're talking about?
6     A   Yes.
7            MS. ELLIS:  Object to form.
8     BY MR. McCOY:
9     Q   So describe -- or let me change the question a
10        little bit.
11           As a result of Mr. Wendlick's visits, was
12        there a change as to how the dust removal took
13        place?
14           MS. ELLIS:  Object to form.
15           THE WITNESS:  Yes.  After -- that went
16        into a baghouse, and everything -- the mineral
17        core or Kaylo dust had to be routed into a
18        baghouse.
19    BY MR. McCOY:
20    Q   Can you explain how that routing and procedure
21        took place?
22    A   Work with -- there was a shutoff from the regular
23        dust to the mineral core or Kaylo that took the
24        pipes -- from the pipes out by suction into the
25        baghouse.

Page 22

1     Q   And how did the material get into the pipes?
2     A   It dropped from the routers into the bin.
3     Q   Okay.  And was this system installed after
4         Mr. Wendlick had been out?
5            MS. ELLIS:  Object to form.
6            THE WITNESS:  Yes.
7     BY MR. McCOY:
8     Q   Did he talk about this system when he was at
9         Marshfield?
10    A   Yes.  When you're referring to a system, you're
11        talking about the baghouse?
12    Q   Yes.
13    A   Okay.
14    Q   Did he -- in the meetings that he held at
15        Marshfield, did he make any other statements or
16        recommendations about what needed to happen?
17           MS. ELLIS:  Object to form.
18           THE WITNESS:  If I understand correctly,
19        these meetings were directed strictly to the Kaylo
20        problem that was in our area.
21    BY MR. McCOY:
22    Q   Okay.  When you say "our area," now, you're
23        talking about your detail area?
24    A   Yeah.  That's what I'm talking about for myself.
25    Q   Right.

Page 23

1     A   I don't know what else went on in the other mill.
2     Q   Right.
3     A   Parts of the mill.
4     Q   Right.  Were other supervisors in meetings also?
5     A   Oh, yes.
6     Q   Okay.  So you don't -- what you're saying is you
7         don't remember what he said about the other areas?
8            MS. ELLIS:  Object to form.
9            THE WITNESS:  No, I can't.  This meeting
10        was held, and they explained to each department to
11        what was going on.  That's mainly what had to be
12        done in my department.  But I'm not familiar,
13        wasn't familiar what was -- had to be done with
14        the other ones.
15           (Interruption in proceedings.)
16    BY MR. McCOY:
17    Q   Okay.  Now, the baghouse system that was installed
18        after Mr. Wendlick, can you give us some idea of
19        the dimensions on that baghouse and where it was
20        placed?
21           MS. ELLIS:  Object to form.
22           THE WITNESS:  To my recollection, if you
23        stood in the south end of the building outside,
24        oh, we're looking at -- let's say 10 feet maybe by
25        10 feet, but it was about -- could have been about

Page 24

1         15 feet high.
2     BY MR. McCOY:
3     Q   Okay.
4     A   Roughly.  My recollection is --
5     Q   All right.  And do you know how often it had to be
6         emptied?
7            MS. ELLIS:  Object to form.
8            THE WITNESS:  Well, it had to be emptied
9         once a day.
10    BY MR. McCOY:
11    Q   When it was emptied, what was it emptied into?
12           MS. ELLIS:  Object to form.
13           I'm just going to object if the witness
14        is going to speculate.  If he knows, he should
15        answer; but if not, then he shouldn't.
16           MR. McCOY:  He can -- all right.  He can
17        answer to the best of his recollection.
18           THE WITNESS:  I never was involved in,
19        but I always heard them talking about filling the
20        bags.
21           MR. McCOY:  Okay.
22           MS. ELLIS:  Objection.  Speculation.
23    BY MR. McCOY:
24    Q   Did the baghouse system continue to be used all
25        the way until your retirement in detail or was

                                    6 (Pages 21 to 24)

Deposition of Wilhelm Haeni, 3/11/2014

Page 25

1    that changed also?
2    A   No.  That later year, that was -- again, to my
3        recollection, it was after we started making our
4        own, I guess it was discontinued.
5    Q   Okay.  When you say "making your own," what do you
6        mean?
7    A   They -- without the asbestos.  They made the
8        clear -- whatever it was called.
9    Q   All right.  So I want to go back in time to again
10       when you're starting in detail.
11           What would happen in the summertime with the
12       windows?
13           MS. ELLIS:  Object to form.
14           THE WITNESS:  To my recollection, about
15       every two years we would clean, knowing it
16       would -- air hoses.  We would blow the department
17       ceiling, walls because it was -- it was dusty.
18           And with fans, we made it so it was
19       operable for the men to be working in there,
20       blowing the dust out.  And that went out into the
21       community.
22           MS. ELLIS:  Object.
23   BY MR. McCOY:
24   Q   Okay.  When you say used -- you used compressed
25       air from --

Page 26

1    A   Yes.
2            MS. ELLIS:  Object to form.
3    BY MR. McCOY:
4    Q   And how many people were in there on these
5        cleanups?
6    A   Well, that would vary, but probably from 10 to
7        maybe 15 sometimes.  And that was usually done on
8        a Saturday.
9    Q   So what did the conditions look like in the air
10       when the -- I'm talking about inside -- when the
11       compressed air was being used to blow the dust?
12           MS. ELLIS:  Object to form.
13           THE WITNESS:  Very dusty.
14   BY MR. McCOY:
15   Q   How many fans were being used to --
16   A   Every fan we could get our hands on.  Roughly, I'm
17       going to say 10, 15 fans maybe.  Possible.
18   Q   How long did these kinds of department cleanups
19       continue where there was compressed air being
20       used?
21   A   All I remember, three years.  I mean three
22       different times that I was involved with it and
23       approximately every two years.  After that, I
24       don't recall it ever being blown down.
25   Q   Okay.  Was there any of these kinds of cleanups

Page 27

1    after Mr. Wendlick came to Marshfield?
2    A   No.  I was in the basement with detail, and we
3        didn't -- it was never used down there.
4    Q   Okay.  How about in the -- in the summertime
5        when -- on hot days?  What happened as far as the
6        windows?
7            MS. ELLIS:  Object to form.
8            THE WITNESS:  The windows were all wide
9        open, and everybody had a fan, and they were
10       all -- the fans were all on.  So that was our
11       ventilation.
12   BY MR. McCOY:
13   Q   What direction were the fans blowing?
14   A   Blowing out through the outside.
15   Q   So why was it that the fans were being used?
16   A   Well, it got pretty hot in that building.
17   Q   How many windows were there that these fans were
18       blowing out of in the summertime?
19   A   I'm trying to think.
20           MS. ELLIS:  Object to form.
21           THE WITNESS:  The north side I think
22       had, if I can recollect, 20 -- the south side had
23       roughly 20 building -- windows.  And I believe the
24       north side probably had maybe 12, 13.  Well,
25       somewhere in that neighborhood.  I'm not a

Page 28

1    hundred -- the best that I can remember.
2    BY MR. McCOY:
3    Q   How long did this practice in the summer continue
4        of having the windows open?
5    A   Practically all summer long.
6    Q   Did it continue all the way to the time that you
7        moved to the basement in detail?
8    A   Yes.
9    Q   Was there any other times that Mr. Wendlick came
10       out and did measurements for the air in the detail
11       area?
12   A   I want to say yes.  If I can recollect, he was
13       there after everything was installed.  He came
14       back and he would check it.  But that's about what
15       I can --
16   Q   Okay.  So I want to ask you just a question on the
17       policies for employee lunches.
18           Was there any restriction about whether
19       people had to stay inside the building or eat in
20       some particular area?
21   A   Not to my recollection.  There never was.  There
22       was a lunchroom, that you could go to the
23       lunchroom.  You could stay in your department.
24       You could sit on the loads.  You could eat
25       wherever you felt like.

7 (Pages 25 to 28)

Deposition of Wilhelm Haeni, 3/11/2014

---

Page 29

1   Q  How about people leaving the building for lunch?
2   **A  They left the building. They would go out into**
3       **the yard, and there was tables. In some of the**
4       **areas, they had tables set up outside even.**
5       **Benches, I should say.**
6   Q  Okay. All right. So you mentioned your
7       retirement. How is it that your retirement came
8       about at the age of 55 or -- how did you get that
9       retirement?
10  **A  Well, we always called it: That's when they want**
11      **to get rid of the old guys; they paid to get rid**
12      **of us.**
13  Q  So it was like a buyout?
14  **A  It's a buyout.**
15  Q  And are you working now?
16  **A  My own, yes.**
17  Q  Okay. What do you do now yourself?
18  **A  Locksmith.**
19  Q  Here in Marshfield?
20  **A  Here in Marshfield.**
21  Q  Okay. And you're on 24-hour call?
22  **A  24-hour call.**
23  Q  That's why your phone rings sometimes?
24  **A  Yeah. 24 hours, seven days a week, when I'm**
25      **there.**

---

Page 30

1         MR. McCOY: Okay. All right. That's
2    all the questions I have, Mr. Haeni. Thank you.
3         THE WITNESS: You're welcome.
4         MR. CASMERE: Let's take a break.
5         MR. McCOY: All right. We'll go off the
6    record.
7    (A recess is taken from 10:47 a.m. to 11:02 a.m.)
8       E X A M I N A T I O N
9  BY MS. ELLIS:
10  Q  Mr. Haeni, I'm Tanya Ellis, and I represent
11      Weyerhaeuser Company.
12         How are you today?
13  **A  Just fine.**
14  Q  Okay. Good.
15  **A  Thank you.**
16  Q  Good. And we spoke on the phone last week; is
17      that right?
18  **A  Correct.**
19  Q  Okay. But this is our first time to actually meet
20      in person; right?
21  **A  Correct.**
22  Q  Okay. And you were asked to come here today by
23      the attorneys from the Cascino Vaughan firm; is
24      that right?
25  **A  Correct.**

---

Page 31

1   Q  Okay. And when were you asked to come here today?
2   **A  See, you're asking questions that are -- I can't**
3      **remember a day but it was just about last week**
4      **sometime it was. That's what my recollection is.**
5   Q  Okay.
6   **A  Yeah.**
7   Q  And you were not served with a subpoena; is that
8       right?
9   **A  No.**
10  Q  Okay. So you came here voluntarily; is that
11      right?
12  **A  Right.**
13  Q  And how is it that you were asked to come here?
14      Did somebody call you?
15  **A  Yes. Somebody called.**
16  Q  Okay. Do you know who it was?
17  **A  I think I talked to Bob. I'm not -- if I recall,**
18      **yes.**
19  Q  You think Bob, Mr. McCoy --
20  **A  Mr. McCoy did, yes.**
21  Q  -- gave you a call last week; is that right?
22  **A  Yeah.**
23  Q  And what did you guys talk about when he called?
24  **A  I guess the call, if I recollect, it was just**
25      **about the subpoena -- not subpoena. The -- for**

---

Page 32

1      **the deposition and what it was about, and that was**
2      **about it.**
3   Q  What were you told as to what this deposition was
4       about?
5   **A  What it was about?**
6   Q  Right.
7   **A  The problem that we had over at Weyerhaeuser.**
8   Q  Okay.
9   **A  About the mineral core.**
10  Q  And did you talk about anything else with
11      Mr. McCoy when he called you that first time?
12  **A  Well, I couldn't say nothing word for word, no. I**
13      **couldn't, no.**
14  Q  And did you talk to Mr. McCoy again since that
15      first phone call?
16  **A  Just when I met him here.**
17  Q  Okay.
18  **A  Yeah.**
19  Q  Did you talk to anybody else from the
20      Cascino Vaughan firm --
21  **A  No.**
22  Q  -- before today?
23  **A  No.**
24  Q  Okay. And when did you meet with Mr. McCoy today?
25  **A  What was it? Around 9:00. A little after 9:00**

Deposition of Wilhelm Haeni, 3/11/2014

Page 33

1    maybe.  Somewheres in there.
2  Q   So you met with him for about an hour before the
3    deposition started today?
4  A   Approximately, I would say, yes.
5  Q   And what did you talk about during that hour
6    before the deposition started today?
7  A   Oh, it was a lot of little things that we talked
8    about.
9  Q   Like what?
10  A   I don't know.  I guess daily whatever went on.
11  Q   Daily what went on at the Weyerhaeuser plant?
12  A   I believe we talked somewhat about it, but I
13    didn't, you know, just --
14  Q   So you don't remember anything about what you
15    talked about with him this morning before the
16    deposition?
17  A   Well, I can't say that I don't remember anything,
18    but it's just that it's not -- I guess it's not
19    that I'm taking it, that it's something that I
20    have to carry with me for the rest of my life.
21    Let's look at it that way.
22  Q   Okay.  So can you tell me anything about your
23    conversation with Mr. McCoy this morning before
24    the deposition started?
25  A   I guess it was just mainly of who we're talking

Page 34

1    about, you know, and some of the things that we
2    just talked about today.
3  Q   Okay.  Did Mr. McCoy jog your memory on any facts
4    or names or dates that you couldn't recall before
5    this morning?
6       MR. McCOY:  Object to the form of that
7    question.
8       Go ahead and answer.
9       THE WITNESS:  Well, as far as names,
10    some of the names as to -- are we talking about
11    people from Weyerhaeuser, are we talking about
12    people here, or what are we talking about?
13  BY MS. ELLIS:
14  Q   Anybody.  Anybody.  People from Weyerhaeuser or
15    people from here.
16  A   Well, just that he represented one of the other
17    employees from there and stuff like that.
18  Q   Okay.  Did he -- did he mention any names to you
19    this morning that you were not able to recall on
20    your own before today?
21  A   That I wasn't able to recall?
22  Q   Right.  That you didn't remember until he
23    mentioned it.
24  A   Let's see.  I gotta think of how you're putting
25    that.  There's some.  I guess there was names in

Page 35

1    there.  After I heard the name, I remembered them
2    being at the Weyerhaeuser Company, if that's what
3    you're asking.
4  Q   Right.  That's right.
5  A   Yes.
6  Q   You don't remember who any of those names were?
7  A   Well, we talked Joe Stini, but that's sometime --
8    and other than that, I can't really recall the
9    names.
10  Q   Okay.
11  A   Because there was a lot of names that were in
12    there that worked in other departments.  I heard
13    their names, but that's about all I can say on
14    that one.
15  Q   Okay.  So I want to go back and -- because I
16    called you last week and talked to you about your
17    time at Weyerhaeuser; is that right?
18  A   Um-hum.  Um-hum.
19  Q   And so, as I understood it, you started with
20    Roddis in 1953?
21  A   Correct.
22  Q   That's right?
23  A   Yeah.
24  Q   So the plant was owned and operated by Roddis when
25    you started in 1953 --

Page 36

1  A   Yes.
2  Q   -- that's right?
3       And at a certain point, Weyerhaeuser bought
4    the plant; is that right?
5  A   Right.
6  Q   Okay.  And if I told you that Weyerhaeuser bought
7    the plant in 1960, does that comport with your
8    memory?
9  A   No.  The date wouldn't, no.
10  Q   Okay.  Do you have any reason to dispute that
11    Weyerhaeuser bought the plant in 1960?
12       I'm not trying to trip you up.  I just --
13  A   Because -- because I guess I'm going to say no.
14    You know, it's -- if it was '60, it was '60.  I
15    mean, they know when they bought it.
16  Q   Right.  But whatever date it was, it was; right?
17  A   That was.  Yeah.
18  Q   Okay.  So --
19       MR. McCOY:  Can we stop for a moment?
20       (Off the record.)
21       MR. McCOY:  Go ahead.  We're back on the
22    record.  We can go ahead.
23       MS. ELLIS:  Okay.
24  BY MS. ELLIS:
25  Q   So you started in Roddis in 1953; correct?

9 (Pages 33 to 36)

Deposition of Wilhelm Haeni, 3/11/2014

Page 37

1  A  Best of my recollection, it was '53 --
2  Q  Okay.  You got out of --
3  A  -- '54.
4  Q  -- the service in '52, and did you do anything
5     between the service and starting at Roddis?
6  A  Looking for jobs.
7  Q  Okay.  And did you -- did you land a job other
8     than the Roddis job --
9  A  No.
10 Q  -- before?  Okay.
11 A  No.
12 Q  So Roddis was your first job out of the service?
13 A  I went back to Roddis, yeah.
14 Q  Had you been at Roddis before you went in the
15    service?
16 A  A short time.
17 Q  Do you recall when that was?
18 A  I want to say it was two years in the service, so
19    it had to be two years before that.
20 Q  Okay.
21 A  Yeah.
22 Q  What did you do before you went in the service
23    when you worked at Roddis?
24 A  Well, I worked on the folks' farm.  I did work on
25    a mink ranch.  I -- wherever jobs were available.

Page 38

1  Q  Was there any difference in the plant when you
2     came back after you got out of the service or was
3     it pretty much the same?
4  A  To my recollection, no, I didn't think so.  It was
5     an old plant.
6  Q  Okay.  So when you came back after the service and
7     you went back to Roddis, what kind of things were
8     you doing when you first came back?
9  A  It was odd jobs for a short time.  I got in the
10    core mill, layup, particle door -- not particle --
11    stave core, hollow core slats.  Just odd jobs
12    until detail -- I got into detail department.
13 Q  Okay.  And do you recall whether or not Roddis
14    made fire doors during the time before
15    Weyerhaeuser took over?
16 A  You know, I was never involved with it, and it
17    never entered -- no, I can't say that I did.
18    Maybe at some time.  I don't recall.  I really
19    don't.
20 Q  So you don't know one way or the other whether
21    Roddis was making fire doors before Weyerhaeuser
22    took over?
23 A  I don't recall.
24 Q  Okay.  So I guess the same would be true for what
25    you guys referred to as the Kaylo door; is that

Page 39

1     true?  You don't know whether Roddis was making a
2     Kaylo door before --
3  A  Oh, they make --
4  Q  -- Weyerhaeuser took over?
5  A  No.  Roddis didn't make a Kaylo door.
6  Q  Okay.  So --
7  A  That was always bought -- as far as I was informed
8     about it, that they bought that.
9  Q  I guess, you don't know whether or not Roddis was
10    buying Kaylo, though -- do you? -- for use in the
11    doors?
12 A  We talked briefly about that, and I did not
13    remember that they did.  No, I did not.
14 Q  Okay.  So you could not testify to your personal
15    knowledge that Roddis was using Kaylo before
16    Weyerhaeuser took over; is that right?
17 A  Correct.
18 Q  Okay.  And so at a certain point after
19    Weyerhaeuser bought the plant, you recall that
20    they started using Kaylo in the fire doors; is
21    that right?
22 A  After -- oh, Weyerhaeuser.  Yes.
23 Q  Do you recall when that was that Weyerhaeuser
24    started using Kaylo?
25 A  I'd have to be guessing, and then I just --

Page 40

1  Q  Okay.  Fair enough.  We don't want you to guess,
2     so --
3        So back to you're at Roddis in between 1953
4     and 1960 when Weyerhaeuser takes over, and you
5     mentioned you kind of did -- went around the plant
6     doing some odd jobs and different things, and then
7     you landed in the detail department; is that
8     right?
9  A  Um-hum.
10 Q  And do you recall when you started working in the
11    detail department?
12 A  I don't think it's more than possibly maybe --
13    maybe two years after I got in there.
14 Q  Okay.
15 A  And then I went into detail.
16 Q  So you went into the detail department while
17    Roddis still --
18 A  Oh, yes.
19 Q  -- owned it?  Okay.
20 A  Oh, yes.
21 Q  Okay.
22 A  Yes.
23 Q  And in the detail department while Roddis owned
24    the plant, you would have been doing the same sort
25    of jobs as you did in the detail department after

Deposition of Wilhelm Haeni, 3/11/2014

Page 41

1    Weyerhaeuser took over; is that right?
2  **A   Right.**
3  Q   Machining the doors for locks and hinges and
4    openings and things like that?
5  **A   In the early parts, we weren't involved with**
6    **machining of the doors.  It was just cutting the**
7    **light openings, molding doors.  Things like that.**
8  Q   Okay.  And while Roddis still owned the plant
9    before 1960 and you were in the detail department,
10    where was the detail department located?
11  **A   Second floor, north wing.**
12  Q   And second floor, north wing of the building that
13    had a basement and three stories; is that right?
14  **A   Yeah.  That's the old building I'm talking.  Yep.**
15    **Right.**
16  Q   What was that building called?  Did the building
17    have a name?
18  **A   The Roddis plant.  That's about all I ever knew**
19    **it.**
20  Q   Okay.
21  **A   That's all we called it.**
22  Q   Okay.  And there were other buildings on the plant
23    property; is that right?
24  **A   Yes.**
25  Q   Okay.  While Roddis still owned the plant before

Page 42

1    1960, what buildings were on the plant property?
2    MR. McCOY:  Objection to the form of
3    that question.
4    THE WITNESS:  The -- there's a
5    maintenance building that was to the west.  There
6    was a big office on his property.  Oh, I guess
7    there's a few storage buildings.  Might have been.
8  BY MS. ELLIS:
9  Q   Was the sawmill there while Roddis owned the
10    plant?
11  **A   While I was there, there was -- sawmill?  No.**
12  Q   Okay.  Was the particleboard plant there while
13    Roddis owned the plant?
14  **A   Yes.  I believe particleboard started then.**
15  Q   And when did the sawmill come --
16  **A   I have no recollection of a sawmill there.**
17  Q   Okay.  So you started in the detail department
18    before Weyerhaeuser took over.  That's right?
19  **A   Yes.**
20  Q   And you don't recall when, after Weyerhaeuser took
21    over, that the doors started to contain Kaylo; is
22    that right?
23  **A   Say that again, please.**
24  Q   So after Weyerhaeuser took over in 1960 and you're
25    working in the detail department, do you know when

Page 43

1    the fire doors -- you began to use fire doors that
2    contained Kaylo?
3    MR. McCOY:  I'm going to object to the
4    form of the question.  I don't think he's ever
5    said he knew the date when Roddis [sic] took over.
6  BY MS. ELLIS:
7  Q   You don't know?  You don't know when?
8  **A   I can't know.**
9  Q   Okay.
10  **A   And I'm not going to guess on it.**
11  Q   Okay.  Do you know when the detail department
12    moved from the second floor down to the basement?
13  **A   Oh, that's gotta be -- to give you an exact year,**
14    **no, I can't do that.**
15  Q   Would it have been in the '60s or the '70s?
16  **A   No, just wait now.  '60s.  It would have to be**
17    **somewheres in the mid-'60s maybe.  That's just**
18    **a --**
19  Q   I gotcha.  Just an estimate?
20  **A   That's an estimate.  I mean, I just --**
21  Q   When did you become a leadman in the detail
22    department?
23  **A   They opened up a second shift and they made me**
24    **leadman.  That's probably -- oh, my goodness.**
25    **Probably sometime in the '70s.**

Page 44

1    **No, wait.  That can't be right.  That had to**
2    **be earlier.  Maybe toward the mid-'60s or end**
3    **'60s.**
4  Q   So mid to late 1960s?
5  **A   Yeah.**
6  Q   The best you can remember?
7  **A   Those are dates that, I guess, all it did was**
8    **another day to go to work.**
9  Q   And when you became leadman in the detail
10    department, you moved to second shift; is that
11    right?
12  **A   Correct.  I ran second shift for them.  Yeah.**
13  Q   And in the detail department after Weyerhaeuser
14    took over, the workers in the detail department
15    were working on all sorts of doors that the
16    company made; is that right?
17  **A   Correct.**
18  Q   And what were the types of doors that were being
19    worked on in the detail department after
20    Weyerhaeuser took over?
21  **A   Well, we had hollow core doors.  We had particle**
22    **core doors.  We had stave core doors.  We had the**
23    **Kaylo doors.  I guess that's about what I can**
24    **think of.**
25  Q   And were these doors -- excuse me.  Strike that.

11 (Pages 41 to 44)

Deposition of Wilhelm Haeni, 3/11/2014

Page 45

1    Did you use the same equipment to work on the
2  various types of doors?
3  **A   Yes.  Pertaining to the detail department now.**
4  Q   Correct.
5  **A   Yes.**
6  Q   Correct.  And when the doors got to the detail
7  department after Weyerhaeuser took over, the doors
8  had crossbands on them; is that true?
9  **A   Faces.**
10  Q   Faces?
11  **A   Face, crossbands, yeah.**
12  Q   And the doors had veneer on them as well; is that
13  right?
14  **A   The veneer is the face.  Yeah.**
15  Q   Okay.  So let's back up, I guess.
16    Tell me, if you can, how the door was made up
17  when it got to the detail department.
18  **A   It came up as a full door, and it would be the**
19  **core, stiles, crossband, and face.**
20  Q   And rails as well --
21  **A   Rails.**
22  Q   -- is that right?
23  **A   Rails, yeah.  Stiles is a rail.**
24  Q   Okay.  I gotcha.  And the stiles or rails, would
25  those have been made of wood?

Page 46

1  **A   Yes.**
2  Q   And the crossbands would be made of wood --
3  **A   Wood.**
4  Q   -- as well?  And the --
5  **A   The face, wood.**
6  Q   -- the face is wood as well; right?
7    And so the work that you performed in the
8  detail department would have involved cutting into
9  the core, whatever it was comprised of, the
10  stiles, the rails, the face, the veneer, all of
11  those things; correct?
12  **A   Um-hum.  Um-hum.**
13    MR. CASMERE:  Is that a "yes"?
14  BY MS. ELLIS:
15  Q   Is that -- that's a "yes" --
16  **A   Yes.**
17  Q   -- if you will?
18  **A   Sorry.**
19  Q   Thank you.  You have to answer yes or -- yes or
20  no.
21    And so would it be fair to say that the dust
22  that was created in the detail department would be
23  dust from all the various components of whatever
24  door you were working on at the time?
25  **A   Yes.**

Page 47

1  Q   So there was wood dust created; is that right?
2  **A   Yes.**
3  Q   And there would be dust from the core, whatever
4  type of core --
5  **A   Whatever core, yes.**
6  Q   -- the door had; right?
7    Okay.  So the booth that you talked about
8  earlier that you referred to as the Kaylo booth --
9  **A   Um-hum.**
10  Q   -- I believe you said that was located in the
11  detail department on the second floor; is that
12  right?
13  **A   On the second floor.  Correct.**
14  Q   And that would have been while Weyerhaeuser owned
15  the company; correct?
16  **A   Correct.**
17  Q   And there was no Kaylo booth in the basement; is
18  that correct?
19  **A   Correct.**
20  Q   Do you know when the Kaylo booth was installed?
21  **A   For years now.  I'm not going to take a guess at**
22  **it.  I don't know.  All I know is as the volume**
23  **increased, we had to -- with dust flying around**
24  **the entire department of mineral core, Kaylo core,**
25  **we had to have a booth made --**

Page 48

1  Q   Okay.
2  **A   -- to cut the openings.**
3  Q   And -- but that booth would have been installed
4  before the detail department moved down to the
5  basement; correct?
6  **A   Yes.**
7  Q   And I want to talk about the fan that you
8  described inside of this booth.
9  **A   Um-hum.**
10  Q   You said it's about 3 feet wide; is that right?
11  **A   Yeah.  3 to 4 feet wide.  It was a huge fan.**
12  Q   And could you see the blades of the fan from
13  inside of the booth?
14  **A   Yes.**
15  Q   Could you see through the fan to the light
16  outside --
17  **A   Yes.**
18  Q   -- the plant?  You could.
19    What were the blades of the fan made of?
20  **A   They were metal.**
21  Q   And did the fan have a face or a cover on it at
22  all?
23  **A   There was a cover that we could put after we got**
24  **through using -- shutting it off, then we closed**
25  **it up.**

12 (Pages 45 to 48)

Page 49

1  Q  I'm sorry.  I don't -- I don't quite understand
2     what you mean by that.
3  A  Okay.  The fan was mounted into the wall, and we
4     had just a wood shutter to put on there, and that
5     closed it off from the outdoor.
6  Q  So when you weren't using the fan, you put the
7     wood shutter over it; correct?
8  A  Correct.
9  Q  When the fan was operating, did it have a cover on
10    it at all?
11 A  No.  We had to open it up to blow everything out.
12 Q  So to me, that sounds a little dangerous to have a
13    3-foot-wide fan with a metal blade circulating --
14 A  Yeah.
15 Q  -- and you're working right beside it.
16 A  But that's -- you know, a fan has a screen, and it
17    had a net that -- a metal netting over it on our
18    inside.
19 Q  Okay.
20 A  To be honest, I cannot answer if it had it on the
21    outside because I never went outside to look.
22 Q  Okay.  So you -- and that was my next question.
23    You never saw the fan from the outside of the
24    building?
25 A  I never looked at it.  Uh-uh.

Page 50

1  Q  Okay.
2  A  I had no reason to go to the north side of the
3     building outside.
4  Q  Okay.  And so on the inside, though, it definitely
5     had a metal screen --
6  A  Yes, it did.
7  Q  -- or cover over it --
8  A  Yes, it did.
9  Q  -- to keep someone from sticking their hand --
10 A  Yeah.
11 Q  -- in there or something like that; right?
12 A  Yeah.
13 Q  Okay.
14 A  Yeah.
15 Q  So how is it that you went from first shift in the
16    detail department to leadman on the second shift?
17    That was considered a promotion?
18 A  Somewhat.
19 Q  Okay.
20 A  It's a promotion without the money.
21 Q  Was there any difference in operations between the
22    first shift and the second shift?
23 A  Quite a bit.
24 Q  And what was -- what was the difference in
25    operations?

Page 51

1  A  Well, to us it was the cream loads went to the
2     first shift, and the crap loads went to the second
3     shift.
4  Q  And when you say "crap load," what do you mean by
5     crap load?
6  A  One door of this, one door of that, one door of
7     this as far as to -- is it a louver, then it's a
8     metal louver, it's a wood louver, it is a molding,
9     light openings, and stuff like that.
10 Q  So quite a bit of different --
11 A  Yes.
12 Q  -- doing different work on different doors --
13 A  Yeah.
14 Q  -- that came through?
15    Were the same general operations performed on
16    the second shift as the first?
17 A  Yes.
18 Q  So the same type of work was being done?
19 A  Yes.
20 Q  Before this booth was installed, was there any
21    sort of dust collection system in the detail
22    department?
23 A  No.
24 Q  So no ventilation whatsoever on --
25 A  Yeah.

Page 52

1  Q  -- the second floor?
2  A  Yeah, there was.
3  Q  There was?  What was the ventilation system?
4  A  Open up the windows and let the fan blow it out.
5  Q  Okay.  So no sort of what I'm referring to as a
6     formal dust collection system installed in the
7     detail department; is that right?
8  A  No.  No.
9  Q  All right.  And is it fair to say that this booth
10    was the first, I guess, method installed to
11    collect dust in the detail department?
12 A  Excuse me.  That didn't collect dust.
13 Q  I guess, to remove --
14 A  That blew --
15 Q  -- the dust?
16 A  -- the dust away from the operator, from the
17    doors, outside into the atmosphere.
18 Q  Okay.  And did you ever see -- you said you never
19    saw the fan on the other side; right?
20 A  No.
21 Q  Okay.  So you never saw what it looked like on the
22    other side of that fan --
23 A  Uh-uh.
24 Q  -- outside; right?
25 A  Uh-uh.

13 (Pages 49 to 52)

Deposition of Wilhelm Haeni, 3/11/2014

---

Page 53

1  Q   Okay.  And you don't know what years that booth
2      was used?
3  A   Well, I -- I don't know the exact years.  I can't
4      tell you that.  But if I can recollect, we
5      probably had that about three, four years.  And
6      then we had to quit because we couldn't use that.
7          And it didn't happen until we went
8      downstairs, because downstairs we had to put in
9      the dust collection.
10 Q   And when you went downstairs --
11 A   Into the basement of the building.
12 Q   When you moved downstairs to the basement, was
13     that dust collection system already in place when
14     you got down there?
15 A   Not -- the mineral core wasn't.
16 Q   That was built after you moved the detail
17     department down to the basement?
18 A   That was probably a year or two years or roughly.
19     I'm only giving a wild guess there, and I
20     shouldn't do that, that the mineral core had to
21     have a separate dust collection.
22 Q   The process you described in the basement of the
23     dust falling into a bin --
24 A   Um-hum.
25 Q   -- and then it was sucked away, was that in place

---

Page 54

1      when you moved down to the basement or did that
2      come later?
3  A   No.  That was in place then.
4  Q   Okay.  And that collected all types of dust; is
5      that right?
6  A   In the beginning, all types, yes.
7  Q   Okay.  And then at a certain point later, you
8      described this other ventilation system where
9      there's sort of a head hooked up to your nose
10     when you're cutting on the mineral core doors; is
11     that right?
12 A   There was a -- yes, there was.  And also on the
13     booth itself, the collection.  And that was
14     collected in the baghouse.  What we called the
15     baghouse.
16 Q   Okay.  And where did you say that baghouse was
17     located?
18 A   On the south side of the building.
19 Q   And you didn't have any responsibility for the
20     baghouse, did you?
21 A   No.
22 Q   And you didn't have any responsibility for the
23     dust collection system, the maintenance --
24 A   No.
25 Q   -- of that system, did you?

---

Page 55

1  A   No.
2  Q   And you never worked in the mineral core plant,
3      did you?
4  A   No.
5  Q   You never worked in the core mill, did you?
6  A   Well, that was in the early years when I -- core
7      mill, they had the strips for hollow core.  You
8      had to sort them.  That was odd jobs.
9  Q   Back in the '50s?
10 A   That's just -- yeah.  In the early beginnings.
11 Q   Did you ever work in the core mill after
12     Weyerhaeuser took over?
13 A   No.  No.
14 Q   And so you didn't have any responsibility for
15     emptying the baghouse, did you?
16 A   No.
17 Q   And you didn't have any responsibility for
18     disposing the waste or --
19 A   No.
20 Q   -- whatever came from the baghouse, did you?
21 A   No.
22 Q   Did you ever see that process being done?  Did you
23     ever see anyone empty the baghouse?
24 A   No.  I -- no.
25 Q   And you don't know where they took the waste from

---

Page 56

1      the baghouse, do you?
2  A   All I can say is it went off the premises.
3  Q   And from there, you don't know?
4  A   No.
5  Q   How long after you went on second shift as a
6      leadman until you became foreman?
7  A   My best recollection, it probably would have been
8      about three, maybe four years after leadman.  And
9      that's all I can --
10 Q   Were you on second shift the entire time you were
11     leadman?
12 A   Pardon?
13 Q   Were you on second shift the entire time you were
14     leadman?
15 A   Yes.
16 Q   And when you became foreman, did you go back to
17     first shift?
18 A   Yes.
19 Q   And were you ever leadman in the basement?
20 A   No.
21 Q   So when you moved to the basement, you became
22     foreman?
23 A   I was foreman, yes.
24 Q   I think you may have said that already.
25          Now, I want to talk to you -- you mentioned

---

14 (Pages 53 to 56)

Gramann Reporting, Ltd. (414) 272.7878

Deposition of Wilhelm Haeni, 3/11/2014

Page 57

1    earlier when Mr. McCoy was asking you questions
2    about Joe Wendlick coming from Tacoma.
3  A  Um-hum.
4  Q  Do you recall that?
5  A  Um-hum.
6  Q  And now, is Joe Wendlick a name that you
7    remembered today before you met with Mr. McCoy?
8  A  I remembered the gentleman, but I did not remember
9    his name, no.
10 Q  Okay.  So that would be a name that Mr. McCoy
11   reminded you of this morning before the
12   deposition?
13 A  Correct.
14 Q  Okay.  And do you know when it was that you met
15   Joe Wendlick for the first time?
16 A  I can't recollect a year.  No, I don't.  All I
17   know is when the time -- when they said it was a
18   hazardous material, Joe Wendlick appeared on the
19   site.
20 Q  Okay.
21 A  So that's about all I can remember.
22 Q  Okay.  And we'll hop back a couple of steps.  I'm
23   jumping around a little bit.  But do you know who
24   manufactured those baghouses or the baghouse that
25   you described --

Page 58

1  A  No, I don't.
2  Q  -- at the Weyerhaeuser plant?
3  A  No.
4  Q  Do you know who designed the system in the mill of
5    the ventilation system or, you know, installing
6    the baghouse?
7  A  I don't know if it was any outside help.  I can't
8    answer that.
9  Q  Okay.  And you don't know whose job it was to
10   maintain the baghouses?
11 A  Well, there's somebody from the -- I don't even
12   know how it began, but there would be -- two or
13   three different people were assigned to empty
14   these bags.  Like, for detail department, there
15   was two or three different gentlemen that would go
16   out and empty them.
17     They had to have special clothes on and
18   everything, a mask, and -- but I -- how they --
19   the way that came about, all I know is that I was
20   told that this -- these two or three or four men
21   would be doing that.
22 Q  Okay.  And you never had to perform that job --
23 A  No.
24 Q  -- yourself?
25 A  No.

Page 59

1  Q  Okay.  And you never saw a baghouse emit dust or
2    spit out dust or anything like that, did you?
3  A  No.  I can't say I did, no.
4  Q  So back to talking about Mr. Wendlick, you just
5    recall that you met him at a certain point after
6    you had learned that asbestos might be hazardous;
7    is that right?
8  A  Correct.
9  Q  And who informed you that asbestos might be a
10   hazardous substance?
11 A  Pardon?
12 Q  Who informed you that asbestos might be a
13   hazardous substance?
14 A  At a meeting with Mr. Wendlick.
15 Q  Okay.  And what were you told?
16 A  Word for word, I can't tell you.  But it was a
17   hazardous material and they were going to have to
18   make changes, you know.  And, in fact, we
19   discontinued cutting until everything was put in
20   operation.
21 Q  And so you were told that you had to start taking
22   safety precautions in your various departments; is
23   that fair?
24 A  Yes, we did.
25 Q  And some of the safety precautions you had to

Page 60

1    start taking would be wearing masks --
2  A  Masks.
3  Q  -- is that true?
4      And another safety precaution would be the
5    ventilation system that we've talked about; is
6    that right?  The dust collection system?
7  A  The dust collection.  Yes.
8  Q  Okay.
9  A  Yes.  Yes.
10 Q  What other safety precautions were put into place
11   after this meeting?
12 A  We're talking mineral core?  Kaylo doors?
13 Q  Right.
14 A  It was just dust collection and wearing masks.
15   That's about all I can -- to my recollection, that
16   would have been it.
17 Q  So as the supervisor over the detail department,
18   it would have been your job to be sure the
19   employees were wearing their masks and taking the
20   necessary precautions; is that true?
21 A  It would have been my job to inform each one that
22   they have -- they must wear masks.  If there is
23   someone hiding behind a load where work sometimes
24   was performed, I can't say everybody did.
25 Q  And you informed the employees, as you said, that

15 (Pages 57 to 60)

Deposition of Wilhelm Haeni, 3/11/2014

Page 61

1    they needed to be wearing masks when they worked
2    with mineral core?
3    A    They -- yes.
4    Q    You did?
5    A    In fact, everybody that came into the department,
6         we would be wearing masks in those certain areas
7         where that work was going on.
8    Q    What about uniforms?  Did the employees have to
9         wear uniforms?
10   A    In the department, no.
11   Q    Did you have regular safety meetings with the
12        employees of your department in the detail
13        department?
14   A    I believe once a month we'd call a safety meeting.
15        I always like to get somebody in to present
16        something about safety.
17   Q    And I assume asbestos was discussed at some of
18        these safety meetings?
19   A    I don't really -- my recollection, I don't recall
20        that it was.
21   Q    Okay.  After this initial meeting that you had
22        with Mr. Wendlick, did you have occasion to see
23        him again?
24   A    I believe, if I recall, he came back and -- to
25        perform some tests as to how the air was, and

Page 62

1         that's about all I can recollect of that.
2    Q    Did you see him in the plant performing those
3         tasks that you're describing?
4    A    I've -- yes, I seen him.  Even the employees
5         wearing little -- whatever you want to call these
6         things that tell how much dust there was around
7         them.  Yeah.
8    Q    Do you know when that was that Mr. Wendlick would
9         have been back in the plant?
10   A    I couldn't bring back a date, but maybe I'm going
11        to say something probably like the following year
12        or something after it was put in operation.  And
13        that, again, is only an assumption.
14   Q    Okay.  I'm going to back up and kind of talk about
15        where you lived back during this time.  And I
16        believe when we talked, you mentioned that at a
17        certain point you lived about a block and a half
18        north of the plant; is that right?
19   A    It's approximately a block and a half north.
20        Correct.
21   Q    And when did you live a block and a half north of
22        the plant?
23   A    While I was working at Weyerhaeuser.
24   Q    Okay.  Would you have lived there when you were
25        working at Roddis starting in 1953?

Page 63

1    A    No.
2    Q    You moved there later?
3    A    We moved there after -- yeah.  After that.
4    Q    What was the address of that house?
5    A    It was Hinman Avenue.
6    Q    Do you recall who your neighbors were on
7         Hinman Avenue?
8    A    Let me see.  It was -- oh, my goodness.  Those
9         neighbors are gone so long.  I can't even remember
10        the name of the people that we bought the house
11        from.  Baltus was one neighbor.  Farnsworth was a
12        neighbor.  Mr. Hoffman and his wife, they were
13        neighbors.  I can see them, but I can't remember
14        their names.
15   Q    Okay.  That's -- that's good.
16        And so could you see the plant from your
17        house on --
18   A    Oh, yes.
19   Q    -- Hinman Avenue?
20   A    Yeah.
21   Q    And you don't recall ever having any dust or
22        debris from the plant come onto your property, do
23        you?
24   A    I can't say that I recall any of it coming there.
25        I know of neighbors complaining about it, and --

Page 64

1    Q    What neighbors are those?
2    A    Well, the neighbors across the road from us, they
3         complained about it.
4    Q    Which neighbors were those?
5    A    Well, that one, I can't even remember what their
6         name was.
7    Q    And how do you know they --
8    A    They were --
9    Q    -- complained?
10   A    -- elderly people when we got there and --
11   Q    How is it that you know they complained?
12   A    We'd -- we'd talk about it, you know, about the
13        dust coming.  And it was very obvious, you know,
14        we're blowing a lot of stuff out there.  And
15        especially those that live right across the road,
16        which was right next to the building.
17        You know, Mr. and Mrs. Thiemke, they lived
18        right up on that road; and they complained about
19        sometimes almost, like, have to -- cleaning their
20        clothes a second time after she hung it up.
21   Q    What street was it Mr. and Mrs. Thiemke lived on?
22   A    Depot Street.
23   Q    And how do you know that they complained?
24   A    Well, we were pretty close friends with the
25        Thiemkes.

Gramann Reporting, Ltd. (414) 272.7878

Deposition of Wilhelm Haeni, 3/11/2014

---

Page 65

1   Q   And they told you that they complained about it?
2   A   Yeah.
3   Q   And what are --
4   A   Now, excuse me, ma'am.  They complained to
5       neighbors, to us, about it.
6   Q   Okay.
7   A   Yeah.
8   Q   So you don't know whether or not they complained
9       to Weyerhaeuser about it; is that right?
10  A   That, I can't answer.
11  Q   And when was it that Mr. and Mrs. Thiemke
12      mentioned this to you or complained to you about
13      it?
14  A   I guess after she had to redo her clothes, that
15      would be a complaint.  You know, she'd see us and
16      she'd complain about it.
17  Q   And what specifically did Mrs. Thiemke complain
18      about?
19  A   The dirt that we were creating, you know, into the
20      air, the dust.
21  Q   So she thought dust from the plant was coming into
22      her yard and getting on the clothes she hung out.
23      Is that --
24  A   Yes.
25  Q   -- what you're saying?

---

Page 66

1   A   Yes.
2   Q   Anything else specific about what Mrs. Thiemke
3       told you?
4   A   Well, no.  I can't -- no.  I wouldn't try to point
5       anything out, no.
6   Q   And you don't know specifically from the plant
7       where this dirt or dust would be coming from that
8       Mrs. Thiemke complained about?
9   A   Well, there was a huge wall -- hole in the wall,
10      and that had a big fan in it, and that was blowing
11      a lot of dust out.
12  Q   Okay.  But can you say from personal knowledge
13      whether that was the dust that got into
14      Mrs. Thiemke's yard?
15  A   No, I can't say that.
16  Q   What is Mrs. Thiemke's first name?
17  A   Bev.
18  Q   And Mr. Thiemke's name?
19  A   Leroy.
20  Q   Are they still around?
21  A   In fact, they're still living on Hinman -- on
22      Depot Avenue.
23  Q   Depot Street?
24  A   Yeah.
25  Q   Okay.  So we'll go back to your house on Hinman.

---

Page 67

1           You never had any dust or dirt from the plant
2       onto your property, that you recall; isn't that
3       right?
4   A   I can't say that, that we did.
5   Q   And I want to -- anybody else other than Mr. and
6       Mrs. Thiemke that you recall talking about dust or
7       dirt from the plant being on their property?
8   A   Well, there's other neighbors around there, you
9       know, that when we'd be talking with Thiemkes,
10      they'd let them know about the problems that were
11      there, the dust and that.
12          But other than that, no.  I'm not going to
13      try and get into -- I didn't talk directly to
14      them, so I'm not going to say nothing about that.
15      I don't know.
16  Q   So did you talk directly with the Thiemkes
17      about --
18  A   Oh, yes.
19  Q   -- about what you just described here?
20  A   Yeah.
21  Q   You did talk directly with them about it?
22  A   Yeah.  We talked about it, about the dust coming,
23      yeah.
24  Q   And you don't know whether or not they actually
25      informed Weyerhaeuser --

---

Page 68

1   A   No.
2   Q   -- of their complaints; is that right?
3   A   I wouldn't have the slightest idea.
4   Q   How long did you live in that house on Hinman?
5   A   Let's see.  I don't recall the year we bought it,
6       but I do know it was 1970 when we moved out.
7   Q   Moved out of the house in 1970, and then where did
8       you move to after that?
9   A   On the south side of town.
10  Q   What was your address on the south side of town?
11  A   717 East 25th Street.
12  Q   And that's where you live now?
13  A   Yep.
14  Q   Can you see the plant from your house where you
15      live now?
16  A   No.
17  Q   So fair to say you don't have any issues with dust
18      or debris from the plant coming --
19  A   No.  No.
20  Q   -- onto your property on 25th Street; is that
21      right?
22  A   Correct.
23  Q   You talked about, when Mr. McCoy was asking you
24      some questions, the number of windows that were
25      located on the north and south side of the plant

---

Gramann Reporting, Ltd. (414) 272.7878

Page 69

```
1    on that second floor where the detail department
2    was; is that right?
3  A  Um-hum. Um-hum.
4  Q  Is that what you were describing, the windows that
5    would be on the second floor?
6  A  On the second floor.
7  Q  Right. And so the detail department was located
8    on a part of the second floor; is that right?
9  A  Correct. The north -- let's see. That would have
10    been the northeast wing of the plant. Yeah.
11  Q  And there were other operations on the second
12    floor; is that right?
13  A  Yes.
14  Q  What other operations were up there?
15  A  The sawmill was -- not saw. I'm sorry. The
16    door -- let me see. What did they call that one
17    there? The door inspection department was on the
18    second floor. The press was on the second floor.
19    That was called the glue room.
20      Let me see. There was another one there.
21    Oh, my goodness. I can't think of the name of
22    that one. See, I've been gone from there at least
23    a day or two.
24  Q  I understand.
25  A  Let me see here now. Door department. I believe
```

Page 70

```
1    it was called the door department.
2  Q  What happened in the door department?
3  A  That -- they sized the door.
4  Q  Sized it meaning they cut off the leftover --
5  A  Excess. Yeah. The crossband.
6  Q  And veneer?
7  A  Veneer. Yeah.
8  Q  Okay.
9  A  Sized it to whatever size door it came to be.
10  Q  That would not involve cutting into the core; is
11    that correct?
12  A  No. I don't ever recall them cutting into Kaylo.
13    I don't know anything about it.
14  Q  Okay. So the windows that -- I think you said
15    there were 12 or 13 windows along the north side
16    and maybe about 20 windows along the south side;
17    is that right?
18  A  To my recollection, yes.
19  Q  And so you're saying across the entire length of
20    the building; is that right?
21  A  Of our wing.
22  Q  So you're referring actually just to your wing of
23    the building?
24  A  Our wing, yes. For the detail department where we
25    were involved.
```

Page 71

```
1  Q  So the northeast wing of the second floor of the
2    detail department had 20 windows on the south
3    side?
4  A  Approximately. To my recollection, yes.
5  Q  So if it's on the northeast side of the building,
6    there wouldn't be any windows along the south
7    side; right?
8  A  Yes, there was.
9  Q  How did that work?
10  A  Because that was a wing.
11  Q  Oh, I see. It was a wing.
12  A  It was a wing, and then there was a -- I don't
13    know what you want to call it. There was a
14    connection between this wing and the next one
15    there. You brought the loads through there.
16  Q  I think I understand. So there was sort of a
17    walkway from the main building, the main second
18    floor, out to the wing where the detail department
19    was?
20  A  Yes, there was.
21  Q  Is that right?
22  A  Yep.
23  Q  Okay. So the detail department would have been
24    separated by this walkway from the rest --
25  A  It was a --
```

Page 72

```
1  Q  -- of the second floor?
2  A  -- pretty good-sized walkway, if you're going to
3    call it a walkway.
4  Q  Okay.
5  A  In fact, there was two. There was one on the very
6    east end of that wing and one almost to the other
7    end. There was another small section that was
8    back there yet.
9  Q  So if you looked out of the detail department out
10    of the windows on the south side, what would you
11    see?
12  A  Then we were looking at the other building.
13  Q  Okay. And if you looked out the windows on the
14    north side, what would you see?
15  A  Then we could wave to the neighbors.
16  Q  Okay. And you recall working with Roger Seehafer
17    in the detail department; is that right?
18  A  Yes.
19  Q  Did you work with Roger on the second floor or did
20    you work with him in the basement or both?
21  A  Second floor and the basement.
22  Q  Okay. And what was Roger's job when you worked
23    with him?
24  A  Let me see. I believe Roger ran the -- one of
25    the -- machining the doors for hinges and that.
```

Deposition of Wilhelm Haeni, 3/11/2014

Page 73

1      And I do believe -- now, the best of my knowledge,
2    I do believe that he did run the saw at times,
3    cutting the mineral core.
4  Q   Okay.  Would Roger have had to work in this Kaylo
5      booth that you described earlier?
6  A   I'm almost -- I'm going to say yes, he did.
7  Q   And when you moved into the basement at least, you
8      would have been Roger's foreman; is that right?
9  A   Correct.
10  Q   And you also worked with Rita Treutel; is that
11      right?
12  A   Yes.
13  Q   And Rita was -- Mrs. Treutel was the mill -- your
14      clerk; is that right?
15  A   Yes.
16  Q   And so as the clerk, what were her job duties?
17  A   As work orders came from across the street and
18      that, she would put them into special books and
19      that and just take care of the office work.
20  Q   Where was the office located in the detail
21      department?
22  A   In the detail department, about center.
23      Approximate center.
24  Q   Are we talking about on the second floor --
25  A   In --

Page 74

1  Q   -- or are we talking the basement?
2  A   On the -- in the basement.
3  Q   Okay.  So her office would have been in the
4      basement in the detail department?
5  A   In the detail department.  Correct.
6  Q   Did she work with you on the second floor --
7  A   No.
8  Q   -- when you were in that part?
9  A   No.  No.
10  Q   No?  Okay.  Do you know where she worked at that
11      time?
12  A   No, I don't know.
13  Q   So the first time you met her would have been down
14      in the basement when the detail department moved
15      down there; is that right?
16  A   As far as work -- yes.
17  Q   Did you know Mrs. Treutel outside of the plant?
18  A   I knew her husband, and we got to know her.
19  Q   Okay.  And her husband, Mr. Treutel, he worked in
20      the veneer mill at the plant; is that right?
21  A   I believe.  I'm not going to answer that one that
22      way.
23  Q   Okay.
24  A   I'm just going to say I believe it was the veneer
25      mill.  I'm not sure.

Page 75

1  Q   Okay.  So you really can't testify --
2  A   No.  I could testify --
3  Q   -- what Mr. Treutel did?
4  A   -- where he worked, no.
5  Q   Okay.
6  A   But he was foreman in one of those departments.
7  Q   Okay.
8      (Court reporter interruption.)
9  BY MS. ELLIS:
10  Q   So you mentioned Mrs. Treutel's job would be to
11      take orders in and input orders; is that right?
12  A   Yes.
13  Q   And what else?  What else would she have been
14      doing?
15  A   Each section of our operations, we had books that
16      carried these orders, and she'd put them into
17      these books out in -- on the floor.  So --
18      then whatever else went on in the office work.
19  Q   So she would have had to come from the office out
20      onto the -- what I'll call the manufacturing
21      floor?
22  A   Yes, she did.
23  Q   Okay.
24  A   Yes, she did.
25  Q   To the detail department.

Page 76

1      And would Mrs. Treutel have had to wear a
2      mask in the detail department?
3  A   After all this started, yes.  Then she was --
4      anybody that went outside the office would have to
5      wear a mask --
6  Q   Okay.
7  A   -- into those areas where that mineral core was
8      being worked on.
9  Q   Okay.  And I think you said you remembered the
10      Treutels living in Stratford; is that right?
11  A   Correct.  Yes.
12  Q   Do you ever recall the Treutels living in
13      Marshfield?
14  A   No.  I don't recall that.
15  Q   Okay.  What about Roger Seehafer?  Do you know
16      where Roger lived?
17  A   No, I do not.
18  Q   Okay.
19  A   No.  I believe he did live in Marshfield at one
20      time.  I think he did.  And, again, I mean, I'm
21      only --
22  Q   Do you know if --
23  A   -- just guessing at that.
24  Q   Okay.  So you don't know really for sure --
25  A   No.

Deposition of Wilhelm Haeni, 3/11/2014

Page 77

1  Q   -- where Roger lived?
2      Okay.  Did you hang out with the Treutels
3  outside of work at all?
4  A   No.  No.
5  Q   What about Roger?  Did you hang out with him
6  outside of work?
7  A   Not a lot.  At times, we'd probably go bowling as
8      a group or something like that, yeah.  But not a
9      lot, no.
10 Q   Would that have been while you were working with
11 Roger or after you retired from the plant?
12 A   While.
13 Q   While you were working together.
14     I've got a few more names I'm going to ask
15 you about, and hopefully I'm almost done.
16     And you don't recall Frank Zickert; is that
17 right?
18 A   Not really.  I don't recall.  I heard the name,
19     and that's about it.
20 Q   Okay.
21 A   You know, I can't picture the man, no.
22 Q   And same goes for Sharon Heckel.  You don't
23 remember --
24 A   Uh-uh.
25 Q   -- Mrs. Heckel, do you?

Page 78

1  A   Uh-uh.
2  Q   Same for Mrs. Mabel Karl.  You don't remember
3  Mrs. Karl, do you?
4  A   No.
5  Q   And same from Mrs. Virginia Prust.  You don't
6  remember Mrs. Prust, do you?
7  A   Prust.  Prust.  Prust.  No.  No.
8  Q   Okay.  And her husband, his name was
9  Valmore Prust.
10     Do you recall Mr. Prust?
11 A   No, I do not.
12 Q   Okay.  So you couldn't testify about their work in
13 the plant at all?
14 A   Prust?
15 Q   Um-hum.  Correct.
16 A   The name was in the plant, but picturing or
17     recognizing it by thought, no.  No.
18 Q   Okay.  And same for any of these individuals I
19 just mentioned.  You couldn't testify about what
20 they did in the plant --
21 A   No.
22 Q   -- could you?
23 A   No.  No.
24 Q   And you couldn't testify about what they did
25 outside of the plant, could you?

Page 79

1  A   No.
2      MS. ELLIS:  Okay.  I think that's all I
3  have for right now.
4          E X A M I N A T I O N
5  BY MR. CASMERE:
6  Q   Mr. Haeni --
7  A   Yes, sir.
8  Q   -- can you hear me okay down there?
9  A   What's that?  Yes, I can.
10 Q   My name is Ed Casmere.  It's nice to meet you,
11 sir.
12     Because Ms. Ellis asked most of the questions
13 I was going to ask, I'm not going to repeat those.
14 A   Thank you.
15 Q   So hopefully I'll be pretty short with you, if
16 that's okay with you.
17 A   Thank you.
18 Q   Okay.  Do you know when it was that Weyerhaeuser
19 stopped making a door with the mineral core?
20 A   When they stopped?
21 Q   Yes, sir.
22 A   No, I do not.
23 Q   Do you know if they stopped making a door with
24 mineral core before you retired?
25 A   I can't answer that.  I don't know.

Page 80

1  Q   Do you know if at some point in time Weyerhaeuser
2  made a mineral core door that did not have
3  asbestos in them?
4  A   Yes, they did.  I remember that.  Don't ask me
5      when, though, because I can't answer that either.
6  Q   Did you still refer to those cores that didn't
7  have asbestos as Kaylo cores?
8  A   No.  Mineral core.
9  Q   Do you know if, at the plant -- well, strike that.
10     Do you know if they ever made mineral core
11 with asbestos at the plant here in Marshfield,
12 actually making the door core itself?
13 A   I did not know that.
14 Q   Do you know what -- oh, I'm sorry.  Strike that.
15     You mentioned mineral core was the same as
16 fire-rated door?
17 A   Mineral core?
18 Q   Yes, sir.
19 A   That was a fire-rated door.
20 Q   What does a fire-rated door mean?
21 A   Withstand heat for a fire for X number of minutes,
22     hours, or whatever.
23 Q   Who rated the door?  Do you know?
24 A   No, I don't know who.  But we had labels that we
25     had to put on every one of our doors.

Deposition of Wilhelm Haeni, 3/11/2014

Page 81

1  Q   Do you recall the name Underwriters
2      Laboratories --
3  A   Yes.
4  Q   -- or UL?
5  A   That was the tag, Underwriters.
6  Q   So the fire rating on a door was a UL rating?
7  A   Yes.
8  Q   All right.  To your memory, did you always put the
9      UL tag on the -- on the mineral core doors?
10 A   Well, that wasn't in my department, so I can't
11     answer that.
12 Q   Do you understand or do you know if the mineral
13     core doors that were fire-rated had to comply with
14     any sort of rules or regulations or designs that
15     were approved by Underwriters Laboratories in
16     order to get that label?
17 A   I was told that, yes.
18 Q   Is that true throughout your time at Weyerhaeuser?
19     Is that your understanding?
20 A   I would say yes.
21 Q   Now, you mentioned the name Kaylo earlier when you
22     were at Weyerhaeuser.
23         Was that the generic name that was used to
24     describe the mineral core that had asbestos in it?
25 A   Kaylo was -- when that core came to Weyerhaeuser,

Page 82

1      that's what they said.  The Kaylo was there to be
2      unloaded or whatever, you know.
3  Q   Did you ever unload the cores?
4  A   No.
5  Q   Did you ever have any responsibility for ordering
6      the cores?
7  A   No.
8  Q   Did you ever order the cores?
9  A   No.
10 Q   Did you ever see the name "Kaylo" written on any
11     material inside the plant?
12 A   Every once in a while there would be some flyers
13     that would be stuck in the loads, and that's about
14     all I can say about it.
15 Q   In the loads -- how were the loads --
16 A   Of the core.  Of the core that came through.
17 Q   How were the loads -- how did they come to the
18     facility?
19 A   I don't know.  I never unloaded them, so I
20     wouldn't know what they were.
21 Q   Well, you said the flyers would be stuck in a load
22     of core.
23 A   Yeah.
24 Q   What do you mean by that?
25 A   Well, that's because when they would take the core

Page 83

1      off of there, there would be a flyer in there.
2      And I imagine it was describing something about
3      the core.  I don't know.
4  Q   Did you ever see a box with the name "Kaylo" on
5      it?
6  A   I can't answer that.  I don't know.  Never did.
7  Q   Do you know how you learned the name Kaylo?  Was
8      it just by word of mouth?
9  A   Well, a lot of it was word of mouth, but we seen
10     the name Kaylo.
11 Q   Do you remember how Kaylo was spelled?
12 A   I believe it was just K-A-L-O, K-L-O.  I'm not
13     sure.  But I don't remember that.  All I know is
14     it was Kaylo.
15 Q   When you met with Mr. McCoy this morning, did he
16     show you any documents to help refresh your memory
17     about anything?
18 A   Would you repeat that?
19 Q   When you met with Mr. McCoy this morning, did he
20     show you any documents to help refresh your memory
21     about anything?
22 A   Show me any documents?
23 Q   Yes.
24 A   No.
25 Q   Did he show you any pictures this morning?

Page 84

1  A   Pictures?  No.
2          MR. CASMERE:  I think I'm going to stop
3      there, sir.
4          THE WITNESS:  Thank you.
5           E X A M I N A T I O N
6  BY MS. GIERKE:
7  Q   I'm going to scootch over, Mr. Haeni, because I
8      don't know if I can see you.
9          But I'm going to speak up, but you let me
10     know if you can't hear and I'll move a little
11     closer.
12 A   Okay.
13 Q   When you were -- at any time when you worked at
14     Weyerhaeuser, were you ever responsible for either
15     hiring new employees or training new employees or
16     doing any kind of orientation with new employees?
17 A   Yes.
18 Q   Did that occur, I assume, when you were a
19     supervisor?
20 A   Um-hum.
21 Q   Is that a "yes"?
22 A   Yes.
23 Q   Sorry.  You have to say "yes" or "no" for the
24     record.
25 A   Yep.  Yes.

21 (Pages 81 to 84)

Gramann Reporting, Ltd. (414) 272.7878

Deposition of Wilhelm Haeni, 3/11/2014

Page 85

1  Q   Is that the only time that you did that sort of
2      work with new employees, or did -- when you were
3      also working in the detail room, before you became
4      a supervisor, did you have duties training or
5      giving orientation to new employees?
6  A   No.
7  Q   So only as a supervisor?
8  A   As a supervisor.  Yeah.
9  Q   Okay.  And remind me again when it was -- were you
10     able to recall what year you became a supervisor?
11 A   I'm not going to even try and put a date on that.
12 Q   Let me see if I can maybe jog your memory or at
13     least narrow it down.
14     Were you a supervisor when that Mr. Wendlick
15     came --
16 A   Yes.
17 Q   -- to visit?
18 A   Excuse me for inter- --
19 Q   I thought that might help us narrow it down.
20 A   Yeah.
21 Q   So -- but at the time that Mr. Wendlick came to
22     visit when you described earlier where he was
23     beginning to notify people about the hazards of
24     asbestos, you were already a supervisor?
25 A   Yes.

Page 86

1  Q   Do you remember how long you had been a supervisor
2      when that happened?
3  A   My recollection on that, no, I can't.
4  Q   And you may have already been asked this, but can
5      you place it at least in the decade?  Was it in
6      the decade of the '70s or would it have possibly
7      been in the decade of the '60s or can you be sure?
8  A   That would have put that down -- late '60s, '70s.
9      Early '70s, maybe.
10 Q   Okay.  So at least narrowing it down, it was
11     either the late '60s or early '70s?
12 A   I'm going to keep this as low as possible.
13 Q   So that's fair?  It was either the late '60s or
14     early '70s?
15 A   Approximate.
16 Q   Can you describe what exactly you recall your
17     duties were with regard to new employees as a
18     supervisor at Weyerhaeuser?
19 A   With the new employees?
20 Q   New employees.
21 A   Oh, boy.  You try to get acquainted and ask a lot
22     of questions that probably don't mean much.
23 Q   Did you interview?  Like, right in the initial
24     hiring phase, were you responsible for
25     interviewing or did you not meet the employee

Page 87

1      until already -- after they'd already been hired?
2  A   They usually were hired.
3  Q   So you didn't make the hiring decision?
4  A   No.  Unless I found something out that wasn't --
5  Q   You might give the advice not to hire --
6  A   I could.
7  Q   -- but you never would -- okay.
8      But typically, you were meeting a new
9      employee in a situation where they had just been
10     hired and then they would be sent to you?
11 A   Yes.
12 Q   And then what were your duties when the new
13     employee came to you?
14 A   We usually had employees that would -- we'd
15     introduce them to the employees, and then they
16     would do the training as to whatever job we put
17     them on to.
18 Q   Okay.  So as a supervisor, were you actually
19     responsible for the training of the new employees
20     or did you assign that to one of your employees?
21 A   It was assigned to an employee.  The employees are
22     the ones that know what's going on.
23 Q   Did you ever, as a supervisor, when you were
24     meeting a new employee, have to take them through
25     any of the policies or procedures that were in

Page 88

1      writing at Weyerhaeuser?
2          MS. ELLIS:  Object to form.
3          THE WITNESS:  Some of them.  A lot of
4      that was done before they even got to me.
5  BY MS. GIERKE:
6  Q   And who would have been responsible for doing that
7      with new employees, in other words, taking them
8      through any paperwork?
9  A   Personnel off- -- the personnel office, whoever
10     was in charge there.
11 Q   Is that something you yourself went through when
12     you were hired -- well, I guess when you were
13     hired, it was Roddis; right?
14 A   Well, I remember being hired when I shook hands
15     with a man and I had a job.
16 Q   And that was it?  You didn't have to go through
17     any paperwork --
18 A   No.
19 Q   -- or anything?
20 A   No.
21 Q   Are you aware of whether Weyerhaeuser had any
22     particular policies or paperwork that they asked
23     new employees to review?
24 A   Would you repeat that?
25 Q   Yeah.  I think my questions were sort of assuming

22 (Pages 85 to 88)

Page 89

```
 1        that, so I want to back up for a minute.
 2            Are you aware of whether Weyerhaeuser at this
 3        time period that we're talking about when you were
 4        a supervisor -- whether Weyerhaeuser had paperwork
 5        or procedures that they would give to new
 6        employees when they were first hired?
 7    A   They would give --
 8    Q   Weyerhaeuser would --
 9    A   -- the employees?
10    Q   -- give to the new employee.
11    A   I'm not aware of it.
12    Q   Okay.  What about -- do you know what the
13        procedures were for when a new employee was hired,
14        what, if anything, they were required to do before
15        they started working?
16    A   As to what?
17    Q   Let me, I guess, be more specific.
18            So the employee was interviewed.  Do you know
19        whether they were actually given any kind of
20        initial medical exam before they were hired?
21            MR. McCOY:  What point in time?  Object
22        to foundation.
23            MS. GIERKE:  We're talking about when he
24        was a supervisor.
25            THE WITNESS:  I'm not aware of it.
```

Page 90

```
 1    BY MS. GIERKE:
 2    Q   Okay.  The entire time, I guess I want to know
 3        now, did you ever become aware of whether
 4        Weyerhaeuser was giving exams to new employees
 5        before they hired them?  Medical exams?
 6    A   I -- to be honest, I can't answer that question.
 7    Q   That's not something --
 8    A   No, I don't recall it.
 9    Q   What about once you became an employee -- not you
10        personally -- but once someone became an employee
11        at Weyerhaeuser, did there ever come a time that
12        you became aware of where they were doing medical
13        checkups on current employees?  Any kind of
14        medical exams of employees?
15    A   No.
16    Q   You mentioned that at some point after, when you
17        met Mr. Wendlick -- I think this is when you
18        placed it -- that you would attend safety
19        meetings.
20    A   Um-hum.
21    Q   "Yes"?
22    A   Um-hum.
23    Q   Sorry.  You have to say "yes" or "no."
24    A   Yes.  Yes.  I'm sorry.
25    Q   That was me reminding you.
```

Page 91

```
 1    A   I'm sorry.
 2    Q   And you said, I think, that you don't recall that
 3        asbestos was ever discussed at the safety
 4        meetings; is that right?
 5    A   What safety meeting?
 6    Q   Was --
 7    A   With Mr. Wendlick?
 8    Q   No.  In general.  I thought -- maybe I'm wrong.
 9            My understanding from what you were saying is
10        that there was a period of time after Mr. Wendlick
11        came on-site at Weyerhaeuser in Marshfield where
12        there would be then ongoing periodic safety
13        meetings at Weyerhaeuser in Marshfield; is that
14        right?
15    A   Oh, yes.  There was safety meetings.  Yes.  Yes.
16    Q   After Mr. Wendlick came to visit, did the topic of
17        asbestos ever come up at any of those safety
18        meetings?
19    A   No.
20    Q   Okay.  You understood that Mr. Wendlick was
21        visiting because he was concerned about the
22        hazards of asbestos; correct?
23    A   Correct.
24    Q   And you said you observed or understood that
25        Mr. Wendlick was performing some type of testing
```

Page 92

```
 1        in the air?
 2    A   Correct.
 3    Q   And you understood that to be that he was testing
 4        dust levels?
 5    A   Yes.
 6    Q   And did you ever learn anything about what the
 7        conclusions of those tests that --
 8    A   No.
 9    Q   -- Mr. Wendlick did?
10    A   No.
11    Q   He never reported to you or to anyone else who
12        then told you what, if anything, he found in the
13        air?
14    A   Not that I can recall.
15    Q   You understood there was some changes made,
16        though, to the way that ventilation and dust
17        collection was happening at Weyerhaeuser after
18        Mr. Wendlick performed his visit initially; right?
19    A   There were changings made -- changes made?
20    Q   Right.
21    A   Correct.
22    Q   Okay.  Did you have any understanding about the
23        connection between Mr. Wendlick's visit and why
24        those changes were made?  Were you involved in
25        that at all?
```

23 (Pages 89 to 92)

Page 93

1  A  No.
2  Q  Did anyone ever explain to you at any point what
3     the purpose of those ventilation changes was, or
4     did you just observe that it was happening?
5       MR. McCOY: Object to the form of the
6     question.
7       Go ahead and answer.
8       THE WITNESS: We were told there's
9     changes -- there's changes being made, and they
10     made them, you know.
11 BY MS. GIERKE:
12  Q  No one asked you --
13  A  No. No.
14  Q  -- and no one explained to you why they were doing
15     it?
16  A  No. Not that I can -- no.
17  Q  Did anyone ever -- well, let me ask it this way.
18     You said that Mr. Wendlick would periodically come
19     back after his initial first visit.
20  A  Um-hum.
21  Q  Is that a "yes"?
22  A  Yes.
23  Q  And you mentioned the one time you thought he came
24     back a year later; correct?
25  A  Yes.

Page 94

1  Q  Do you remember how many times he came back after
2     his first visit?
3  A  No. I can't -- no.
4  Q  Did you see him more than that one next time? In
5     other words, it was more than twice that he came
6     to Marshfield?
7  A  I can't really answer that. I mean, I don't know
8     how many times he was there. But his name would
9     come up periodically.
10  Q  You know, I asked you about did you ever become
11     aware of medical exams being done at Marshfield.
12     Do you know whether there was anyone at
13     Marshfield who was a medical doctor who was
14     on-site there?
15  A  Not a -- no. I don't know of a doctor, but there
16     was a nurse there.
17  Q  Okay. And do you remember the nurse's name?
18  A  Brundige.
19  Q  Do you know, was that a male or a female?
20  A  That was a female.
21  Q  Okay. Do you know Ms. Brundidge's first name?
22  A  I'm trying to think. Oh, my. No, I can't recall
23     that.
24  Q  Did it start with an "L," or do you know?
25  A  Lois.

Page 95

1  Q  Lois?
2  A  I think it was Lois.
3  Q  And --
4  A  Maybe.
5  Q  And she was there on-site at Marshfield?
6  A  Yes.
7  Q  At Weyerhaeuser, I should say?
8  A  Yes.
9  Q  What were her duties, if you know?
10  A  If there was any problems -- medical problems with
11     employees or somebody got hurt or whatever, they
12     could go out to the medical unit and -- to visit
13     with her.
14  Q  Did she have any role in doing any kind of
15     monitoring regarding asbestos exposure at
16     Weyerhaeuser, to your knowledge?
17  A  If there was, I can't answer that.
18       MS. GIERKE: Okay. I'm just going to --
19     I can show this to counsel. I want to mark
20     something and just show it to you.
21       And I have one or two documents that I
22     want to mark. It might make sense, do you want to
23     take a short break and I can have counsel look at
24     them so that we're not making Mr. Haeni sit here?
25     He can take a break?

Page 96

1       MR. McCOY: As long as it's quick --
2       MS. GIERKE: Yeah. It will be.
3       MR. McCOY: -- because he wants to go.
4       Okay. We're off the record.
5     (Exhibit Nos. 3 and 4 marked for identification.)
6 BY MS. GIERKE:
7  Q  Mr. Haeni, I just want to show you a couple of
8     documents.
9       The first we've marked as Exhibit 3, and I'm
10     going to ask you to take a look at that. And
11     it's -- for the record, it's a one-page memo dated
12     March 12, 1974, and at the top it says, From:
13     L. Brindidge, B-R-U-N-D-I-D-G-E, RN.
14  A  Um-hum.
15       MR. McCOY: These documents are being
16     used subject to my objection about first
17     establishing foundations for his knowledge.
18       MS. GIERKE: Let me ask the foundation
19     question, then, Counsel.
20       MR. McCOY: Can I have a standing
21     objection to these documents for that?
22 BY MS. GIERKE:
23  Q  Have you ever seen that document before?
24       MR. McCOY: Can I have a standing
25     objection on --

Deposition of Wilhelm Haeni, 3/11/2014

Page 97

1        MS. GIERKE: Sure.
2        MR. McCOY: All right. Thanks.
3        THE WITNESS: After reading this, I
4    don't know anything about it.
5    BY MS. GIERKE:
6    Q   Okay. It doesn't ring a bell to you?
7    A   No.
8    Q   Let me ask you specifically. In the "to" -- and
9        there's a list of names there -- I see Bill Haeni.
10       Is there any reason that -- well, do you
11       recall receiving written memos when you were
12       working at Weyerhaeuser as a supervisor?
13   A   Yeah. There's a lot of memos.
14   Q   Okay. Did you guys have, like a mailbox, like,
15       you check every day, or does this get -- memos,
16       did they get delivered to you by somebody?
17   A   Usually delivered by somebody.
18   Q   Okay. But it was part of the practice that you
19       recall, when you were a supervisor, that you would
20       periodically get written memos at Weyerhaeuser?
21   A   Yes.
22   Q   And as you look at this document, you don't have
23       any recollection of receiving it -- well, that's
24       the question. Do you have any recollection of
25       receiving this memo?

Page 98

1    A   No, I don't.
2    Q   Okay. The names in the "to" line, do you
3        recognize those names as people who you worked
4        with when you were at Weyerhaeuser?
5    A   Let me see. (Witness mumbling.)
6    Q   Actually, rather than mumble, maybe I'll say it a
7        little clearer for the record.
8    A   McGiveron and Terry Wolf. Yeah. I knew all of
9        those.
10   Q   Okay. So all the names in this document are
11       people that you recognize as folks that you worked
12       with at Weyerhaeuser?
13   A   We was associated with at Weyerhaeuser. I did not
14       always work with.
15   Q   They were employees at Weyerhaeuser?
16   A   Employees at Weyerhaeuser, yes.
17   Q   While you were there?
18   A   While I was there.
19   Q   Were they also supervisors?
20   A   Let's see. McGiveron was some head honcho up
21       above. Terry Wolf, I can't remember what his -- I
22       don't believe he was a supervisor, but he was -- I
23       don't know what his job was.
24   Q   Okay.
25   A   Memos came to our department, and as our meetings

Page 99

1        came up, we would be asked if we received the memo
2        and read the memo. And they said, we don't have
3        time to read all the memos we get.
4    Q   They said that or that's something that you
5        remember employees complaining about?
6    A   That's some of the things that we heard while we
7        was there.
8    Q   Let me ask you, you personally: When you would
9        get a memo, was it your practice to read the memos
10       that you got?
11   A   I'd lie if I said I did.
12   Q   So on the scale of always reading the memos and
13       never reading the memos, where do you think you
14       fell?
15   A   I fell.
16   Q   Did you read some of the memos, is it fair to say,
17       or were you one of those folks that never read
18       them?
19   A   We read something that was of interest when we saw
20       the title of it.
21   Q   Okay. So you would get the memo, take a look at
22       the title, the subject line. And if it was
23       something you felt you needed to read, you'd read
24       it, but there were definitely some memos you think
25       you didn't read?

Page 100

1    A   Correct.
2    Q   And the topic I want to ask you about -- without
3        asking you about the document; you said you don't
4        recognize this.
5        But do you recall -- after looking at this
6        document, is there anything about it that triggers
7        your memory? When I asked you earlier whether
8        there had been any medical monitoring done at
9        Weyerhaeuser, is it still your testimony that you
10       don't recall that that ever happened?
11   A   I do not recall that. But let me -- I'm going to
12       try and interject something, but maybe I shouldn't
13       have to, but there was monitoring after there was
14       complaint of an employee that there was something
15       that he felt was wrong. Maybe at that time.
16   Q   Okay.
17   A   Then they would monitor.
18   Q   So at some point, you have a recollection that an
19       employee complained that something was wrong.
20       Do you mean they had a physical ailment or
21       that something was wrong in another way?
22   A   That he wasn't feeling well.
23   Q   Okay. Do you remember who that employee was?
24   A   No.
25   Q   You just have a recollection somebody complained?

25 (Pages 97 to 100)

Deposition of Wilhelm Haeni, 3/11/2014

Page 101

1  A   That it has been -- yes.
2  Q   And that at some point after that, you believe
3      that there was some type of medical monitoring
4      done?
5  A   Yeah.  Of that particular employee.
6  Q   Do you remember the condition that he was --
7  A   No.
8  Q   -- complaining of?
9  A   Oh, excuse me.
10 Q   No.  No.  That's fine.
11     Just to make it clear, though, you don't
12     remember the condition that that employee was
13     complaining of?
14 A   No.
15 Q   And do you remember if it had anything to do with
16     asbestos?
17 A   I can't answer that.  I don't know.
18 Q   And do you remember if the medical monitoring that
19     you recall happening had anything to do with
20     asbestos?
21 A   I can't answer that.
22 Q   Because you don't recall?
23 A   I don't recall that, no.
24 Q   And this memo mentions monitoring sheets that the
25     supervisor should be in charge of.

Page 102

1      Does that ring a bell to you?
2  A   No.
3  Q   So you don't recall, when you worked at
4      Weyerhaeuser, filling out anything that you recall
5      being a monitoring sheet?
6  A   No.
7  Q   And you don't recall that that was one of your
8      duties?
9  A   No.
10 Q   Okay.  Who is -- do you recall Ken Schommer,
11     S-C-H-O-M-M-E-R?
12 A   Ken Schommer.  Ken Schommer.  The name rings a
13     bell, but I cannot recall the guy right now.
14 Q   What about Ken Powers?
15 A   No.
16 Q   Who was Jerry Saindon?  Am I saying that wrong?
17 A   It's Jerry Saindon.
18     Let me see.  What was his job now?  Oh, I
19     can't remember what his -- what the job title was.
20 Q   That's not someone you reported to?
21 A   I reported to?
22 Q   Did you ever report to him?
23 A   No.
24 Q   Okay.  Who did you directly report to when you
25     were a supervisor?

Page 103

1  A   Let me see.  There was Wes Sydow.  Then there was
2      a young guy.  He thought he owned the world.  And
3      I can't think of his name.  He was only there a
4      short time.
5  Q   You can't remember his name?
6  A   No.  I can't remember his name.
7  Q   Okay.
8  A   He was only there a short time.
9  Q   I'm going to show you an --
10 A   And --
11 Q   Go ahead.
12 A   There was a short time that there was a -- oh, I
13     can't remember that guy's name either.
14     Well, you got Sydow.  I know I reported to
15     him for quite a few years.
16 Q   How do you -- is it -- how do you spell his name,
17     if you recall?
18 A   Let's see.  Sydow.  It seems to me it was S-Y --
19 Q   I'm wondering, is he one of the names that's on
20     this Exhibit 3?
21 A   Oh, right there.  Yeah.  Yeah.
22 Q   Okay.
23 A   S-Y-D-O-W.
24 Q   That's not how I was going to spell it, so --
25     okay.  So this memo lists as one of the

Page 104

1      recipients, along with yourself, Wes Sydow, and he
2      was your direct report?
3  A   Correct.
4  Q   Okay.  I'm just going to show you another
5      document.  This is a document I marked as
6      Exhibit 4.
7      I'll represent to you it's not -- it doesn't
8      appear to be dated.  I just want to have you flip
9      through it and ask you if you ever saw a document
10     like that when you worked at Weyerhaeuser.
11 A   Well, if I'm going to look at the --
12 Q   And for the record, it's titled, "Working with
13     Asbestos at Weyerhaeuser."
14 A   Yeah.
15 Q   I'm just going to grab it from you.
16 A   Excuse me.
17 Q   Oh, go ahead.
18     MR. McCOY:  I'll have the same -- same
19     objections on foundation.
20     THE WITNESS:  If I'm just going to look
21     at this, I'm going to say I've never seen this
22     before.
23 BY MS. GIERKE:
24 Q   Okay.  So you -- based on the title page, the
25     title is --

26 (Pages 101 to 104)

Deposition of Wilhelm Haeni, 3/11/2014

Page 105

```
 1   A   No, I never --
 2   Q   -- "Working with" --
 3   A   I don't recall that at all.
 4   Q   And for the record, it's titled, "Working with
 5       Asbestos at Weyerhaeuser," and it's a -- it's five
 6       pages copied of a document that is numbered page 1
 7       through 6, and there's at the back an
 8       acknowledgment.
 9           I'm going to ask you just -- not based on the
10       first sheet, but can you flip through all of it
11       and just confirm for me that that's not something
12       you recall seeing when you worked at Weyerhaeuser?
13   A   It looks to me this was something that was kept a
14       secret.
15   Q   Do you mean by that that you didn't see it when
16       you worked --
17   A   No.
18   Q   -- at Weyerhaeuser?
19   A   No.  I can't -- this would have brought attention
20       to this.  It would have been something that we
21       should have --
22   Q   What do you mean by that?
23           MR. McCOY:  Let me object to more
24       questioning after there's no foundation for this.
25           Go ahead.
```

Page 106

```
 1           MS. ELLIS:  I'll join in that objection.
 2           MS. GIERKE:  You can still answer.
 3           THE WITNESS:  Just scanning through it,
 4       not reading everything, I don't recall this thing
 5       at all.
 6   BY MS. GIERKE:
 7   Q   Okay.  You made a comment that -- I don't know
 8       what you were referring to, but you said it looks
 9       like it was kept a secret.  You would have
10       wanted --
11   A   Well --
12   Q   -- to see it.
13           What did you mean?
14   A   I would think that if this was going to be
15       something that everyone was supposed to have or
16       each of the supervisors was supposed to have, this
17       would stand out to you.  And it would be of quite
18       an interest to see once what the thing was
19       supposed to be about.
20   Q   Okay.  So let me ask you this.  The topic of this,
21       I'll represent for the record, deals with employee
22       safety procedures with regard to asbestos.
23           Would you agree?
24           MS. ELLIS:  Object to form.  Foundation.
25           MR. McCOY:  Yeah.  Join in that.
```

Page 107

```
 1           THE WITNESS:  Excuse me.  You asked
 2       me --
 3   BY MS. GIERKE:
 4   Q   Yes.  Well, you were reading the document.  So now
 5       you've had a chance to skim it.  And I understood
 6       that you haven't read it and you've testified you
 7       haven't seen this document before today.
 8           But based on your comments, I want to ask you
 9       to confirm:  Is it your testimony that the
10       information provided in this Exhibit 4 is not
11       something you were provided, to your
12       recollection --
13   A   My recollection --
14   Q   -- at Weyerhaeuser?
15           MS. ELLIS:  Hold on a second.  Object to
16       form.  Mischaracterization --
17           THE WITNESS:  My recollection --
18           MS. ELLIS:  -- of the testimony.
19           THE WITNESS:  -- no.  I do not recall
20       this at all.
21   BY MS. GIERKE:
22   Q   Okay.  In reading through, this isn't triggering
23       your recollection that maybe you did?
24   A   No.
25   Q   Let me ask you just without regard to the memo,
```

Page 108

```
 1       did you recall, when you were a supervisor at
 2       Weyerhaeuser, being told to instruct employees
 3       that they should be --
 4           Well, let me ask it this way:  Did you
 5       recall, as a supervisor, being instructed to give
 6       employees a new facemask every day at any point?
 7   A   They had access to get facemasks whenever they
 8       needed them.
 9   Q   But it wasn't your understanding that they were --
10   A   No.
11   Q   -- to be given a new one every day?
12   A   Not I individually give them.  No.
13   Q   Okay.  Was anybody, to your knowledge, instructing
14       employees that they should use a new facemask
15       every day, or was that left up to the employee?
16   A   I guess it was just that the masks were available.
17   Q   Okay.
18   A   They would go through maybe two, three, four, five
19       of them a day sometimes, and probably more.
20   Q   So it was left up to the employee to get the masks
21       as they needed them, and they had access to them?
22   A   Yeah.  Now, if you were told that that is
23       hazardous material to you and you're to wear a
24       mask and you feel that it's no longer a good mask
25       to wear, I believe you'd be taking one as often as
```

27 (Pages 105 to 108)

Deposition of Wilhelm Haeni, 3/11/2014

Page 109

```
 1     possible.
 2   Q   And Weyerhaeuser was making the masks available
 3     for that purpose?
 4   A   Correct.
 5   Q   And that's something that was happening when you
 6     were a supervisor?
 7   A   Correct.
 8   Q   Was it happening the whole time you were a
 9     supervisor?
10   A   I don't believe that we had masks available unless
11     they went to the stockroom to -- if we had an
12     employee that had dust problems with -- the
13     problems with dust that they would --
14   Q   Okay.  But my question --
15         MR. McCOY:  He didn't finish his answer.
16   BY MS. GIERKE:
17   Q   Were you finished?  I'm sorry.  I didn't mean to
18     cut you off.
19   A   They could go to the stockroom and get them.
20   Q   My question was a little bit different, though.
21        I wanted to ask you about your comment that
22     you don't believe that was happening.  I guess
23     what I was asking you is:  Were the masks being
24     made available to employees from the entire time
25     that you recall being a supervisor?
```

Page 110

```
 1   A   That depends what you're asking as to how were
 2     they available.  They're available if they're in
 3     the stockroom --
 4   Q   All right.
 5   A   -- and an employee wanted them.  They could get
 6     them.
 7   Q   And based on that description, as your view of
 8     they were available to employees when the
 9     employees needed them, was that the situation as
10     long as you recall when you were a supervisor?
11   A   Yes.
12   Q   Okay.  What about when you were a supervisor, were
13     employees expected to take a shower on a daily
14     basis?
15   A   Not to my knowledge.
16   Q   Was there a shower -- there was a shower available
17     as an option, though, on-site at Weyerhaeuser?
18   A   There was?
19   Q   That's what I was asking you.  I was just -- was
20     there?
21   A   I'm not aware of one.
22   Q   What about -- I think you testified earlier today
23     that there were protective clothing made available
24     to employees on-site at Weyerhaeuser; correct?
25         MR. McCOY:  Object again to foundation.
```

Page 111

```
 1     What time periods are we talking about?
 2         MS. GIERKE:  When you were a supervisor.
 3         MR. McCOY:  What kind of clothing are we
 4     talking about?
 5         THE WITNESS:  To the ones that were
 6     emptying the mineral core bags and that, to them,
 7     yes.
 8   BY MS. GIERKE:
 9   Q   Was anybody else issued any kind of special
10     clothes to be worn while they were doing their job
11     at Weyerhaeuser when you were a supervisor?
12   A   Not that I'm aware of.  Maybe I could have got a
13     suit and a tie out of them if that's the case.
14   Q   So you're not aware of any?
15   A   No, ma'am.
16   Q   I don't have any further -- hold on.
17        Does the name Johns Manville mean anything to
18     you?
19   A   Yeah.  That's one of the mineral core providers, I
20     believe, if I remember correctly.
21   Q   Okay.  And when you say "providers," what did they
22     provide?
23   A   Mineral core.
24   Q   To Weyerhaeuser?
25   A   To Weyerhaeuser.
```

Page 112

```
 1   Q   And is that a product that you had contact with
 2     when you were working in the detail room?
 3   A   Yes.
 4   Q   Do you remember the first time that you worked
 5     with a Johns Manville mineral core product at
 6     Weyerhaeuser?
 7   A   No.
 8   Q   What about when you were at Roddis?  Were you
 9     working with that Johns Manville product there?
10   A   I can't answer that.  I don't know.
11   Q   But you definitely remember it --
12   A   I remember --
13   Q   -- at Weyerhaeuser?
14   A   -- johns Manville.  Yes.
15         MS. GIERKE:  Okay.  Thank you.  I don't
16     have any further questions.
17         THE WITNESS:  Thank you.
18         MR. McCOY:  I got a couple follow-up
19     questions.
20         MS. ELLIS:  I have one, too, Bob.
21        Do you want to go first or --
22         MR. McCOY:  Go ahead and ask yours.
23         MS. ELLIS:  Okay.  Because I think I
24     literally have two --
25         MR. McCOY:  Okay.
```

28 (Pages 109 to 112)

Deposition of Wilhelm Haeni, 3/11/2014

Page 113

1    MS. ELLIS: -- just in follow-up.
2    E X A M I N A T I O N
3    BY MS. ELLIS:
4    Q   Mr. Haeni, very quickly, I just want to follow up
5        with you.
6            Your answers to questions about procedures --
7        safety procedures and your knowledge about safety
8        procedures, is that limited to the detail
9        department at Weyerhaeuser?
10   A   No.  That was to the plant.
11   Q   So --
12   A   To my knowledge, it was.
13   Q   Okay.  But you never worked in any other
14       department other than the detail department for
15       the most part; is that true?
16   A   Correct.
17   Q   Okay.
18   A   Yeah.
19   Q   So it's possible that other departments had other
20       procedures and things like that that you may not
21       know about --
22   A   Correct.
23   Q   -- is that right?  Okay.
24   A   Correct.
25   Q   Okay.  And you would -- you would leave it up to

Page 114

1        the folks in those other departments to talk about
2        what went on there; is that right?
3    A   Correct.
4            MS. ELLIS:  And the only other thing I
5        have, Bob, is I'm going to object to that
6        deposition being marked as an exhibit to this
7        deposition given that it wasn't discussed or used
8        at all here.  So it doesn't seem like it needs to
9        be made an exhibit.
10           MR. McCOY:  Okay.  Objection is noted.
11   E X A M I N A T I O N
12   BY MR. McCOY:
13   Q   All right.  Mr. Haeni, just a few follow-up
14       questions.
15           Okay.  When -- you talked about Rita Treutel
16       working as a clerk.
17   A   Um-hum.
18   Q   And is it correct that the office area where she
19       worked was an enclosed area?
20   A   Enclosed, yes.
21   Q   Okay.  And did she spend most of her time in that
22       office?
23   A   A good portion.  Yes.
24   Q   Okay.  The year -- exact year when Weyerhaeuser
25       bought Roddis, that's something you don't know; is

Page 115

1        that right?
2    A   Correct.
3    Q   Okay.  Now, I want to just ask a couple questions
4        about masks to clarify some things.
5            When was there some policy about wearing
6        masks, that you're aware of, or instructions?
7    A   That came after Joe Wendlick was there and gave us
8        the information about the hazardous material.
9    Q   That was the first -- first visit with
10       Joe Wendlick; right?
11   A   That's the first visit.  Correct.
12   Q   All right.  And how was it that the mask policy
13       came about?  Was it something he announced at
14       meetings or was it something that came about later
15       or can you describe how that came about for us?
16   A   I --
17   Q   Your recollection.
18   A   From my recollection, I believe it was with a
19       meeting that he had with our employees.
20   Q   Okay.
21   A   And it was suggested that they wear masks in the
22       area where the mineral core was being -- in
23       operation, if we were going to cut openings in
24       them.
25   Q   Okay.  And the masks -- the type of mask that he

Page 116

1        was talking about, what -- what type of mask?  I
2        mean, are these paper?  Cloth?  What are they?
3    A   I believe it was more like a paper one, wrap
4        around your ears and held on your face.
5    Q   Had, like, a rubber band on it?
6    A   Yeah.  Yeah.
7    Q   Do you know if it was one or two rubber bands or
8        what?
9    A   Well, there's one on each side.
10   Q   Okay.  Now, what was the -- did you pass this
11       information along to people that were working for
12       you, or how was it passed along in your department
13       to the people is what I'm really asking?
14   A   Well, my recollection is I believe that
15       Joe Wendlick had meetings with our departments.
16       Especially I'm talking detail.
17   Q   Right.
18   A   And that was told to the employees at that time
19       that a mask was requested to wear.
20   Q   Okay.  And what were the time frame in which they
21       were supposed to wear a mask?
22           And when I say that, I mean were they only
23       supposed to wear it while they were actually doing
24       cutting or while there was any dust in the air or
25       the whole time that they worked in the detail area

29 (Pages 113 to 116)

Deposition of Wilhelm Haeni, 3/11/2014

Page 117

1    or what was the -- what was the --
2    **A   They were supposed to wear them when they were in**
3    **that particular area when -- working with the**
4    **mineral core.**
5    Q   Working with the mineral core?
6    **A   Yeah.  Even when I left the office or Rita left**
7    **the office, if somebody was -- we went out, we had**
8    **to wear a mask.**
9    Q   Okay.  So was it for all people in detail all
10   shift long had to wear a mask?
11   **A   No.  No.**
12   Q   Okay.  Can you give us a little more description
13   about when somebody would have to wear --
14   **A   Well, I'm going to divide the department.**
15   Q   Okay.
16   **A   Our -- the office was approximately centered off**
17   **to one side.  The mineral core was worked on, was**
18   **to the north of the department.  And that's where**
19   **dust was being created.  And that we had to wear**
20   **out there.**
21   Q   Okay.  So it was the area north of the department?
22   **A   Where the -- yeah.**
23   Q   All right.  And did the employees actually wear
24   the masks after the meeting with Mr. Wendlick?
25   **A   If I was going to say that employees always wore**

Page 118

1    **their masks, I'd be lying to you.  We -- there's**
2    **no way that any human being is going to control**
3    **another human being.  If they don't want to do it,**
4    **they won't do it.  Or they'll sneak, you know.**
5    **And there was some that would not wear them.**
6    Q   Okay.  Was there any change in the types of masks
7    that were being used?
8    **A   I don't recall that, no.  I can't answer that.  I**
9    **don't recall the change, no.**
10   **The only one change that was -- is the men**
11   **that worked in the baghouse, clean that, they wore**
12   **a -- almost like a gas mask, only it was for dust,**
13   **you know, and --**
14   Q   Okay.
15   **A   It was a more sophisticated mask, in other words,**
16   **instead of just a little --**
17   Q   Are you talking about the baghouse in the detail
18   area?
19   **A   Yeah.  I'm talking detail.**
20   Q   Okay.  And when did they start wearing the one
21   like -- that had a gas mask in the detail area?
22   **A   Well, if I remember correctly, that's when --**
23   **(Interruption in proceedings.)**
24   **A   -- Wendlick came there, that's what was given,**
25   **that they were supposed to wear those.**

Page 119

1    THE WITNESS:  I've got to make a call
2    home.
3    MR. McCOY:  I'm almost done, but why
4    don't you -- we'll stop, and go ahead and make
5    your call.
6    THE WITNESS:  Pardon?
7    MR. McCOY:  I'm almost done, but go
8    ahead and make your call.
9    (A recess is taken from 12:50 p.m. to 12:56 p.m.)
10   BY MR. McCOY:
11   Q   Now, my next question, do you know, as far as the
12   mask that had the rubber band-type attachments,
13   what brands were being used?
14   **A   No.  I don't know.**
15   Q   Did those -- did the mask always have to be
16   obtained from the stockroom?
17   **A   I believe, to my recollection, they were**
18   **available -- they could come into the office and**
19   **pick them up.**
20   Q   Office in the production area?
21   **A   Yeah.  In detail.**
22   Q   Okay.  Were there masks in the detail office
23   before Mr. Wendlick came to Weyer- -- Marshfield?
24   **A   I never -- no, I don't believe so.**
25   Q   And did the use of the masks, that policy or

Page 120

1    practice on that, change before your retirement?
2    **A   Yes.**
3    Q   Okay.  When did it change?
4    **A   I don't have no recollection as to the exact time**
5    **or anything on that, but I know that we didn't**
6    **have to wear masks anymore.**
7    Q   Okay.  And why -- what was the reason why you
8    didn't have to wear a mask anymore?
9    **A   They were making their own mineral -- they were**
10   **making non-asbestos mineral core.**
11   Q   Non-asbestos?
12   **A   Non-asbestos mineral core.**
13   Q   Okay.  Go ahead.  We'll stop.
14   **A   No, it's okay now.**
15   Q   Okay.  And then as far as the time when JM was a
16   mineral core provider, Johns Manville, you're not
17   sure of those exact years; is that right?
18   **A   No, I am not.**
19   MR. McCOY:  Okay.  I think that's all
20   the questions I got.
21   Okay.  That's all the questions I got.
22   Thanks.
23   (Deposition concluded at 12:58 p.m.)
24
25

Gramann Reporting, Ltd.  (414) 272.7878

Deposition of Wilhelm Haeni, 3/11/2014

Page 121

1    STATE OF WISCONSIN   )
                          ) SS:
2    COUNTY OF MILWAUKEE  )
3          I, Lindsay DeWaide, a Registered Professional
4    Reporter, Certified Realtime Reporter, and Notary
5    Public in and for the State of Wisconsin, do hereby
6    certify that the preceding deposition was reported by
7    me and reduced to writing under my personal direction.
8          I further certify that said deposition was
9    taken at HOLIDAY INN CONFERENCE CENTER, 750 South
10   Central Avenue, Marshfield, Wisconsin, on the 11th day
11   of March, 2014, commencing at 10:10 a.m.
12         I further certify that I am not a relative or
13   employee or attorney or counsel of any of the parties,
14   or a relative or employee of such attorney or counsel,
15   or financially interested directly or indirectly in
16   this action.
17         In witness whereof, I have hereunto set my
18   hand and affixed my seal of office at Milwaukee,
19   Wisconsin, this 18th day of March, 2014.
20
21
                    _____
22              LINDSAY DEWAIDE, RPR/RMR/CRR
                 Notary Public, State of Wisconsin
23
     My Commission Expires: January 22, 2017.
24
25

31 (Page 121)

Gramann Reporting, Ltd. (414) 272.7878