## Page 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
--------------------------------------------------------
IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)      MDL Docket No. 875

E.D. Pa. Case Nos.

Dianne Jacobs v. Owens-Illinois,      13-CV-60011
Inc., et al.
Cindy Zickert v. Bayer Crop Science,      13-CV-60013
Inc., et al.

Harvey Helms v. 3M Company, et al.      13-CV-60018

Brian Heckel v. 3M Company, et al.      13-CV-60019

--------------------------------------------------------

Videotaped Deposition of RONALD KOEPKE
Tuesday, February 18, 2014
12:59 p.m.
at
HOLIDAY INN CONFERENCE CENTER
750 South Central Avenue
Marshfield, Wisconsin

Reported by: Debbie A. Harnen, R.P.R.

## Page 2

```
 1              Videotaped deposition of RONALD KOEPKE, a
 2   witness in the above-entitled action, taken at the
 3   instance of the Plaintiff, pursuant to the Federal
 4   Rules of Civil Procedure, pursuant to notice, before
 5   Debbie A. Harnen, Registered Professional Reporter and
 6   Notary Public in and for the State of Wisconsin, at
 7   HOLIDAY INN CONFERENCE CENTER, 750 South Central
 8   Avenue, Marshfield, Wisconsin, on the 18th day of
 9   February, 2014, commencing at 12:59 p.m. and concluding
10   at 7:00 p.m.
11
12   A P P E A R A N C E S:
13       CASCINO VAUGHAN LAW OFFICES, LTD., by
         Mr. Michael P. Cascino
         220 South Ashland Avenue
14       Chicago, Illinois 60607-5308
15           on behalf of the Plaintiffs;
16
17       SCHIFF HARDIN LLP, by
         Mr. Brian O'Connor Watson
         233 South Wacker Drive, Suite 6600
18       Chicago, Illinois 60606
19           on behalf of Owens-Illinois, Inc.;
20
21       FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP, by
         Mr. Joshua J. Metcalf
         Ms. Tanya D. Ellis
22       City Centre, Suite 100
         200 South Lamar Street
23       Jackson, Mississippi 39201
24           on behalf of Weyerhaeuser Company;
25
```

## Page 3

```
 1   A P P E A R A N C E S: (continued)
 2
 3       SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD. by
         Mr. Anastasios T. Foukas
         233 South Wacker Drive, Suite 5500
 4       Chicago, Illinois 60606
 5           on behalf of 3M Company.
 6
 7   ALSO PRESENT: Ms. Connie Hansen,
             Video Technician
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1                    I N D E X
 2   EXAMINATION                          PAGE
 3     By Mr. Cascino . . . . . . . . . . . . . 6
 4     By Mr. Foukas . . . . . . . . . . . . . 214
 5     By Mr. Watson . . . . . . . . . . . . . 225
 6     By Mr. Foukas . . . . . . . . . . . . . 246
 7     By Mr. Metcalf . . . . . . . . . . . . . 251
 8     By Mr. Cascino . . . . . . . . . . . . . 255
 9
10               E X H I B I T S
11   NUMBER                     PAGE IDENTIFIED
12   No. 1  United States Geological Survey      66
           State of Wisconsin Marshfield
13         Quadrangle map 5/25/56
     No. 2  Hand drawing by deponent      106
14   No. 3  Interoffice Communication from      144
           Gallatin to Koepke and Binder
15         2/19/73
     No. 4  Interoffice Communication from      194
16         Saindon to Gallatin 5/18/73
     No. 5  Interoffice Communication from      203
17         Brundidge to Gallatin and others
           3/12/74
18   No. 6  Interoffice Communication from      205
           Wendlick to Welch 6/27/72
19   No. 7  Interoffice Communication from      211
           Wendlick to Pacourek 2/4/75
20   No. 8  One-page document Bates labeled      233
           OCFB1
21
22   (Original exhibits attached to original transcript;
             PDFs of exhibits to all counsel.)
23
24
25
```

Videotaped Deposition of Ronald Koepke, 2/18/2014

---

Page 5

1          TRANSCRIPT OF PROCEEDINGS
2          THE VIDEOGRAPHER:  We are on the record.
3    This is DVD No. 1.  This deposition is being held
4    in Marshfield, Wisconsin.  My name is Connie
5    Hansen, CLVS, representing Gramann Reporting.
6    The date is February 18th, 2014.  The time is
7    12:59 p.m.
8          The caption of the case is In
9    Regard to Asbestos Products Liability Litigation
10   MDL Docket No. 875 in the U.S. District Court for
11   the Eastern District of Pennsylvania.  The name of
12   the witness is Ron Koepke.
13          At this time the attorneys will
14   identify themselves and the parties they
15   represent, after which our court reporter, Debbie
16   Harnen of Gramann Reporting, will swear in the
17   witness, and we can proceed.
18          MR. CASCINO:  Michael Cascino on behalf
19   of the plaintiffs.
20          MR. FOUKAS:  Anastasios Foukas on behalf
21   of 3M.
22          MR. WATSON:  Brian Watson representing
23   Owens-Illinois.
24          MS. ELLIS:  Tanya Ellis on behalf of
25   Weyerhaeuser Company.

---

Page 6

1          MR. METCALF:  Joshua Metcalf on behalf
2    of Weyerhaeuser Company.
3          MR. CASCINO:  Would you swear the
4    witness in, please?
5          (Witness sworn.)
6          THE WITNESS:  Yes.
7          RONALD KOEPKE, called as a witness
8    herein, having been first duly sworn on oath,
9    was examined and testified as follows:
10          E X A M I N A T I O N
11   BY MR. CASCINO:
12   Q   Good afternoon, sir.  My name is Mike Cascino, and
13       we met a few minutes ago.
14   A   Hi, Mike.
15   Q   How are you doing?
16   A   Just fine.
17   Q   Good, good.  Could you state your name for the
18       record, sir?
19   A   Ronald Koepke.
20   Q   And Mr. Koepke, what is your address?
21   A   11715 Sunset Drive, Marshfield, Wisconsin.
22   Q   Okay.  And I understand you have a second home, as
23       well?
24   A   I have some rental properties.
25   Q   Okay.  And where are those located at?

---

Page 7

1    A   1712 and 1714 Heidi Lane, Marshfield, and 1717 and
2        1719 North Hume Avenue.
3    Q   Okay.  How old are you?
4    A   75.
5    Q   Great.
6    A   Three-quarters of the way to a hundred.
7    Q   Okay.  Well, I'm at 60 just the other day, so I'm
8        getting right behind you.  I hope the body holds
9        up as well as yours appears to be.
10   A   Thank you.
11   Q   What is your educational background, sir?
12   A   Just through high school.
13   Q   Okay.  And after high school, where did you work?
14   A   For the Roddis Plywood and Veneer Corporation.
15   Q   And when was that?
16   A   19 -- May 3rd, 1957.
17   Q   Okay.  And when you joined Roddis, what was your
18       job?
19   A   A glue spreader feeder.
20   Q   A what?
21   A   A glue spreader feeder.
22   Q   Okay.  What goes a glue spreader feeder do?
23   A   I feed wood crossbands through a glue spreader to
24       apply glue to both surfaces.
25   Q   Okay.  Was that -- which part of the plant was

---

Page 8

1        that that you worked in?
2    A   That was in the glue room.
3    Q   Okay.  And is the glue room -- what building was
4        the glue room in there?
5    A   That was in the multistory wood building that
6        housed the -- the majority of the door fabrication
7        area.
8    Q   So that was the -- that's the area that they would
9        be making the fire doors at or is that the area
10       that they were making the wooden doors at or both?
11   A   Both.
12   Q   Okay.  And how long did you remain in the glue
13       area?
14   A   Approximately three years.
15   Q   And during those three years, did you get promoted
16       to -- they had various promotion systems that --
17   A   Yes.  I got to be a head layup person.
18   Q   And can you tell us what a head layup person is?
19   A   Well, I just by -- assisted -- along with
20       assistants, I should say, of putting together
21       the -- the doors which consist of crossbands,
22       faces and core, and they made plywood, also,
23       multi-ply plywood.
24   Q   Was the plywood -- was there any type of resin
25       product that was used for the -- for the plywood?

---

2 (Pages 5 to 8)

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 9

1  A   And resin refer -- referring to what?
2  Q   The glue inside.
3  A   Certainly there was glue that had resin in it,
4     phenolic resin in some cases, melamine urea.
5  Q   What was that again?
6  A   Melamine urea resin.
7  Q   And where did the resin come from, the phenolic
8     resins?
9  A   I'm not sure.  The -- most of the glues were
10    formulated by the technicians at Roddis.  So I'm
11    not sure where they purchased the resins.
12  Q   So there was a -- was there a department that
13    would do the formulations?
14  A   Yes.
15  Q   And what department was that?
16  A   I'm not sure what it was called.  It was -- I
17    believe it was called the technical department.
18    I...
19  Q   Did they have, sir, like a lab out there, the
20    technical department?
21  A   Yes, they did.  Yes, they did.
22  Q   And is that building still there, do you know?
23  A   That's -- no.
24  Q   How close, when you were doing the glue work, did
25    you come to any of the Kaylo block?

Page 10

1         MR. WATSON:  Objection.  Form.
2     Foundation.  Vague as to time frame.
3  BY THE WITNESS:
4  A   While I was doing that particular work, we did not
5     have Kaylo at that time.
6  BY MR. CASCINO:
7  Q   What time are you referring to?
8  A   1957 to 1960.
9  Q   If there are advertisements that would indicate
10    that it was prior to 1960, would you change your
11    opinion?
12        MR. WATSON:  Objection.  Form.
13    Foundation.  Incomplete hypothetical.
14  BY THE WITNESS:
15  A   No, no.  I don't think so.  I know I wouldn't.
16  BY MR. CASCINO:
17  Q   You say you didn't have Kaylo at that period of
18    time.  Was there any type of asbestos being used
19    at that period of time on the door core?
20  A   Not to my knowledge.
21        MR. WATSON:  Objection.  Form.
22    Foundation.  Vague as to "on the door core" and
23    whether there was asbestos used.
24  BY THE WITNESS:
25  A   Not to my knowledge.

Page 11

1  BY MR. CASCINO:
2  Q   Are you aware of any patent process licensing that
3     was going on with regard to the Owens-Illinois
4     Corporation at that period of time?
5         MR. WATSON:  Objection.  Form.
6     Foundation.  Overbroad.
7  BY THE WITNESS:
8  A   No.
9  BY MR. CASCINO:
10  Q   Are you aware that Roddis was making a door core
11    that contained asbestos in the 1950s?
12  A   No.
13  Q   So as we sit here today, it's your testimony that,
14    to your knowledge, there was no asbestos in the
15    door core materials until 1960; is that correct,
16    sir?
17        MR. WATSON:  Objection.  Form.
18    Foundation.  Misstates prior testimony.
19  BY THE WITNESS:
20  A   Yes.
21  BY MR. CASCINO:
22  Q   And when you were working there from 1957 to 1960,
23    was that entirely in the glue room?
24  A   Yes.
25  Q   And what is the basis of your knowledge that you

Page 12

1     don't believe there was any asbestos being used
2     before 1960?
3  A   Well, I was familiar with all of the different
4     types of core -- doors that we were making, and to
5     my knowledge, none of those contained asbestos.
6  Q   Where are those formulas -- where were they kept
7     at?
8  A   What formulas are you referring to?
9  Q   The formulas with regard to the fire door
10    material, the block.
11        MR. WATSON:  Objection.  Form.
12    Foundation.  Vague as to time frame.
13  BY THE WITNESS:
14  A   I don't think I understand the question, sir.
15  BY MR. CASCINO:
16  Q   During the period of 1957 to 1960, were there
17    formulas used for the making of the block
18    insulation that went inside the fire doors?
19        MR. WATSON:  Objection.  Form.
20    Foundation.
21  BY THE WITNESS:
22  A   I'm not familiar with any formulas that related to
23    cores that were made with asbestos.  That's all I
24    can say.
25

Page 13

BY MR. CASCINO:

1  Q   During the period 1957 to 1960 you were not
2      familiar with any material -- any
3      asbestos-containing materials that were used in
4      the door core --
5          MR. METCALF: I'm going to --
6  BY MR. CASCINO:
7  Q   -- for the fire doors?
8          MR. METCALF: -- object. Asked and
9      answered.
10 BY THE WITNESS:
11 A   That's right, sir.
12 BY MR. CASCINO:
13 Q   What is your understanding was used for the
14     insulation in the fire doors prior to 1960?
15 A   Roddis manufactured a door that was called chip
16     core, and it was made from chips, vermiculite and
17     perlite, I believe was the other ingredient, along
18     with a resin that was thermo-reactant that would
19     glue it up into a solid chip core, and that had a
20     rating, I believe up to 60-minute -- one-hour
21     rating.
22 Q   Do you know what the formula was for the resin or
23     did they purchase the resin?
24 A   I'm not sure. I don't know.

Page 14

1  Q   What was the source of the vermiculite?
2  A   I have no idea.
3  Q   So you have no idea whether or not the vermiculite
4      came from a mine that was contaminated with
5      asbestos; is that correct?
6          MR. METCALF: Object to the form of the
7      question.
8  BY THE WITNESS:
9  A   No, sir, I don't.
10 BY MR. CASCINO:
11 Q   When was the first time you believe that Roddis
12     was using asbestos in their door cores?
13 A   It had to be sometime after 1960, as I recall.
14 Q   And what do you base your recollection on, if
15     anything?
16 A   Just remembering and seeing testing that was going
17     on with a product that eventually we found out had
18     asbestos in it, and that was being tested; and I
19     left the area for -- to take a different job and
20     then subsequently went into the Army for two
21     years; and after coming back in 1964, I recall
22     that they were -- they were manufacturing fire
23     doors.
24 Q   The difference -- I'm sorry.
25         What was the different job that you

Page 15

1      had assumed after -- when did you assume a new
2      job? Let me put it that way.
3  A   1961.
4  Q   Okay. And what was the job you assumed in 1961?
5  A   Well, it was -- it was called expediter production
6      plans man.
7  Q   Okay. And what does an expediter production
8      person do?
9  A   Production planning had to do with scheduling the
10     production of the hollow cores and the hollow core
11     department, and expediting was assisting in
12     getting specific orders to the shipping room to be
13     assembled in the carload and truckload lots.
14 Q   Were you in charge of making sure that they made
15     so many doors every day?
16 A   No --
17 Q   Okay.
18 A   Well, yes. I'm sorry.
19         In the production of the hollow
20     core, yes, I was responsible for setting up the
21     schedule in concert with the required orders for
22     that -- that week's shipment.
23 Q   And what years were you in the Army?
24 A   '62 and '63.
25 Q   Okay. And after you left the Army, did you come

Page 16

1      back to work at Roddis or Weyerhaeuser?
2  A   It was Weyerhaeuser.
3  Q   And what did you do when you got back from the
4      Army?
5  A   I went to work in the production office to
6      institute a newly developed scheduling program.
7  Q   Explain what you mean by developing a new
8      scheduling program.
9  A   Well, the engineers had come up with a new way of
10     scheduling the mill, and it needed to be
11     implemented from the standpoint of receiving
12     orders and allocating them to specific weeks and
13     ensuring that we didn't overload specific
14     departments with workloads because of the various
15     types of doors that were being manufactured as
16     well as the paneling and architectural plywood.
17 Q   Did any of the paneling contain fire core
18     materials?
19 A   No.
20 Q   What, to your knowledge, contained asbestos after
21     you returned from the Army, what products?
22         MR. METCALF: Object to the form of the
23     question.
24 BY MR. CASCINO:
25 Q   What products were being made there by

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 17

1    Weyerhaeuser?
2    A   The product wasn't being made by Weyerhaeuser, but
3        they were using a product called Kaylo that we
4        understood did contain asbestos.
5    Q   And how was that product, Kaylo, sent to
6        Weyerhaeuser?
7    A   It was brought in, I believe, in truckload lots on
8        pallets.
9    Q   And was it finished product?
10   A   When you say "finished," I don't understand.
11   Q   Okay.  Was that -- was the Kaylo already in a
12       block type --
13   A   Yes.
14   Q   -- material?
15   A   Yes.
16   Q   And then when was your next job you had?
17   A   I entered into a management training program and
18       went out -- out onto the floor.  My first job was
19       an assistant foreman in the finishing/prefinishing
20       department.
21   Q   And what did you do there?
22   A   I just assisted the first-line supervisor in
23       production scheduling and supervising the
24       employees and learning the finishing process.
25   Q   And how long were you at that job?

Page 18

1    A   One year.
2    Q   And what did you do after that?
3    A   I went to the glue room as assistant foreman.
4    Q   What building was the glue room in again?
5    A   It was in the -- the main wood -- multistory
6        building, the door fabrication, on the second
7        floor.
8    Q   And how long did you do that job?
9    A   One year.
10   Q   And so what year was -- what year was that done?
11   A   I believe 1967.
12   Q   Okay.  And what did you do after that?
13   A   I went back to the finishing/prefinishing as
14       first-line supervisor.
15   Q   And how long did you do that?
16   A   Two years.
17   Q   So that was roughly until 1969?
18   A   Yes.
19   Q   Okay.  And then what do you do after that?
20   A   I was promoted to a finishing superintendent.
21   Q   Okay.  And how long did you have that job?
22   A   Two years.
23   Q   So that brings us to 1971?
24   A   Well, middle of 1970, I believe.  I'm sorry.
25       Somewheres around there.

Page 19

1              I believe the spring of 1970.
2    Q   Okay.  And then what did you do?
3    A   Became general foreman of the mineral core plant.
4    Q   And what does the general foreman of the mineral
5        core plant do?
6    A   Supervise the -- both shifts; at that time there
7        was two shifts -- in the mineral core plant,
8        supervised the production.
9    Q   And how many years was that?
10   A   Five -- five years.
11   Q   And what building was that being done in?
12   A   It was a new building by itself.
13   Q   And what is that building referred to?
14   A   Well, it would be east of the main door mill at
15       that time -- east of the shipping room of that
16       door mill and south of the finishing department.
17   Q   Okay.  And is that the mineral core building?
18   A   Pardon me?
19   Q   Is that the mineral core building?
20   A   Yes; mineral core factory.
21   Q   What year was it that Weyerhaeuser started to make
22       its own Kaylo?
23              MR. METCALF:  Object to the form of the
24       question.
25

Page 20

1    BY THE WITNESS:
2    A   They opened the mineral core plant in 1968, and
3        I'm not sure when they got up to what may be
4        considered full production, but it wasn't right
5        away.
6    BY MR. CASCINO:
7    Q   And what did they make in the mineral core plant
8        beginning -- when it opened, you say, in 1968?
9    A   They made a mineral core that was technically
10       called a calcium silicate hydrate that was
11       converted to a crystal called Zonolite, converted
12       with an autoclave process, whereby the product is
13       subjected to high pressure steam for a
14       predetermined length of time.
15   Q   And who -- if you know, whose process was that
16       that was being used by Weyerhaeuser?
17   A   That was a process that was developed by the
18       corporate technical people.
19   Q   When you say corporate, do you mean people out of
20       the wash -- state of Washington?
21   A   Yeah, uhm-hm.
22   Q   And who, if anybody, do you recall was involved in
23       the making of this -- of the development of this
24       process for making door core material?
25   A   Mainly Joe Wendlick, who was the corporate person,

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 21

1    along with the assistance of the technical people
2    at Marshfield.
3    Q   And who were the technical people at Marshfield?
4    A   Only one I can remember is Norman Pacourek.
5    Q   And how do you spell Mr. Pacourek's name?
6    A   Pacourek, P-a-c-o-u-r-e-k.
7    Q   Do you know if he's still alive?
8    A   No.  He passed away last year.
9    Q   All right.  So in 1968, the new building, the
10   mineral core plant is opened; is that right?
11   A   Yes.
12   Q   All right.  And you were -- at that point in time
13   you worked, I think you said, two years in
14   finishing?
15   A   I was there four years, being a first-line
16   supervisor and then two years as superintendent.
17   Q   Okay.  And when were you superintendent, what
18   year?
19   A   I believe it was '69 and '70 or --
20   Q   Okay.
21   A   -- part of '70, at least; not all of it, but part
22   of it.
23   Q   And what did you do after that?
24   A   In July of 1976 I went back to the door mill as a
25   manufacturing superintendent.

Page 22

1    Q   That was what year, again, July of --
2    A   1976.
3    Q   And how many years did you have that job?
4    A   Two years.
5    Q   Okay.  And what did that job consist of doing?
6    A   I supervised the foreman that manufactured the
7    doors in the glue room and processed through the
8    saw and sand department to the final inspection
9    area.
10   Q   And was that also in the mineral core building?
11   A   No.
12   Q   Where was that?
13   A   That was the entire second floor of the -- of the
14   door mill.
15   Q   Of the mineral core --
16   A   No.  Door mill.
17   Q   Door mill.
18           And where is the door mill located
19   at in relationship to the mineral core building?
20   A   Well, it would be west of there and west of the
21   shipping room, which is between the mineral core
22   plant and the -- and the door mill, the old door
23   mill.
24   Q   And how many years did you do that job again?
25   A   Two years.

Page 23

1    Q   Okay.  So what did you do in 1978?
2    A   I became processing superintendent.
3    Q   And what does a process superintendent do?
4    A   Well, it entailed part of what I was doing being
5    the manufacturing superintendent which included
6    the saw and sand and inspection department, but
7    then the -- the detail department, finishing
8    department and shipping room was added to that
9    title.
10          Actually, what happened is they
11   went from three superintendents to two
12   superintendents.  So I ended up with half of the
13   mill instead of a third of the mill.
14   Q   And who had the other half of the mill?
15   A   Wally Mannigel.
16   Q   Is Wally still alive?
17   A   No.
18   Q   And how many years were you the process
19   superintendent?
20   A   Approximately five -- five to six years.  I'm not
21   sure.  I think 198- -- 1984 I became -- I went
22   back to mineral core as -- as the processing
23   superintendent in mineral core.
24   Q   And how long did you do that until?
25   A   About two years.

Page 24

1    Q   And was that, what, in 1986?
2    A   Mid-'85, yes.
3    Q   And what did you do then?
4    A   I went into sales and marketing.  I took over
5    sales and marketing of mineral core and molded
6    products.
7    Q   How long did you do that?
8    A   To -- I did the molded products until they closed
9    the business in 1989, but I kept the mineral core
10   until I retired in 2000 and took on sales and
11   marketing of the particle board when molded
12   products was closed.
13   Q   So you worked in the mineral core until 2000
14   then?
15   A   Yes.  I didn't work in mineral core.  I was sales
16   manager for the products if they sold to what we
17   called third-party sales.
18   Q   When, to your knowledge, do you believe that
19   Weyerhaeuser quit using asbestos in their fire
20   doors?
21   A   June of 1978.
22   Q   Why, then, was asbestos still being shipped from
23   Baton Rouge to Weyerhaeuser in December of 1978?
24          MR. METCALF:  Object to form of the
25   question.  Misstates evidence not in the record.

6 (Pages 21 to 24)

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 25

BY THE WITNESS:
1
2  A  I don't believe that it was.
3  BY MR. CASCINO:
4  Q  You'd defer to the sales records, would you not?
5  A  Yes.
6  Q  The purchase records?
7  A  Yes.  I -- I have no knowledge of that at all.
8          Could you repeat those dates again,
9      please?
10  Q  December of 1978, there were shipments of asbestos
11     from Baton Rouge --
12  A  I have no --
13  Q  -- to the Weyerhaeuser plant in Marshfield.
14  A  I have no knowledge of that.  I don't -- I don't
15     believe that that happened, but . . .
16  Q  Well, you'd defer to an invoice, right?
17  A  Yes.
18  Q  Okay.  And what prompted you to say the date of
19     June 1978?
20  A  It was pretty much common knowledge within the
21     plant that that was happening, and that's why I
22     just remember that date, and there was a major
23     asbestos abatement program that went on to cleanse
24     the various areas of the asbestos.  So it was
25     just . . .

Page 26

1  Q  Were you in charge of that asbestos abatement
2     program?
3  A  No.
4  Q  What role did you have in the asbestos abatement
5     program?
6  A  None whatsoever.
7  Q  And when do you believe the asbestos abatement
8     program was going on, sir?
9  A  Within that time period of June 1978.
10  Q  So you believe that the asbestos abatement was
11     going on in June of 1978?
12  A  Yes, sir.
13  Q  And do you have any knowledge of any other
14     asbestos abatement that would have gone on after
15     June of 1978?
16  A  No, sir.
17  Q  Who hired the company to do the asbestos
18     abatement?
19  A  I have no idea.
20  Q  And were you there when the asbestos abatement
21     began?
22  A  Yes.
23  Q  And when the asbestos abatement began, were the
24     people that were doing the abatement -- were they
25     wearing white suits?

Page 27

1  A  I have no idea.  I wasn't out there when they did
2     it.  So I can't answer that.
3  Q  Well, wait a minute.  A second ago -- so you
4     weren't out there --
5  A  I wasn't out there in the specific areas that they
6     did the abatement.  So I have no idea if they --
7     can't answer that.
8  Q  Okay.  And so, again, what was your position when
9     the asbestos abatement was going on?
10  A  In June of 1978 I was still processing -- I'm
11     sorry -- manufacturing superintendent.  I took
12     over being processing superintendent in, I
13     believe, November of 1978.
14  Q  And as manufacturing -- in this position that you
15     had, that didn't cause you to have to walk through
16     the various buildings of the plant?
17  A  No, no, not really.
18  Q  So it's your testimony, sir, that you did not,
19     during the period of time the asbestos abatement
20     program was going on, walk through the building,
21     is that correct, through the various buildings?
22          MR. METCALF:  Object to the form of the
23     building -- object to the form of the question.
24  BY THE WITNESS:
25  A  Not that I recall, no, I don't.  I don't recall

Page 28

1     that at all.
2  BY MR. CASCINO:
3  Q  Okay.  Now, are you aware that there was a
4     prosecution of the company that did the asbestos
5     abatement?
6          MR. METCALF:  Object to the form of the
7     question.  There's no foundation.
8  BY THE WITNESS:
9  A  No.
10  BY MR. CASCINO:
11  Q  You didn't get the local newspaper back then; is
12     that correct?
13  A  If I did, I didn't see that.
14  Q  Okay.  You didn't -- you didn't see that in the
15     paper?
16  A  No.
17  Q  Okay.  And sir, are you aware that the asbestos
18     abatement was occurring, and the workers that
19     worked for Weyerhaeuser were in the same areas
20     that the asbestos abatement was being done and
21     were not wearing protective gear?
22          MR. METCALF:  Object to the form of the
23     question.
24  BY THE WITNESS:
25  A  No.

Gramann Reporting, Ltd. (414) 272.7878

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 29

1        MR. METCALF:  Lack of foundation.
2  BY MR. CASCINO:
3  Q   And sir, how many -- I mean, how many people at
4      this point in time were above you at the
5      Weyerhaeuser facility in terms of rank?
6        MR. METCALF:  Object to the form of the
7      question.  What facility are we talking about?
8        MR. CASCINO:  The Weyerhaeuser in
9      Marshfield facility.
10 BY THE WITNESS:
11 A   Well, there's -- there was more than one business
12     here.  So I guess I can't answer it totally other
13     than approximately four levels above me.
14 BY MR. CASCINO:
15 Q   And who were those people that were four levels
16     above you?
17 A   Well, Dave McGiveron, Bob Casteel, Roy Stanford.
18     Maybe that's -- maybe three is it then.
19 Q   Okay.  Who did you report to at the local plant in
20     Marshfield?
21 A   Dave McGiveron.
22       MR. METCALF:  Can we clarify exactly
23     which time frame we're talking about?  Is this the
24     June of '78?
25       MR. CASCINO:  Yes, sir.

Page 30

1  BY MR. CASCINO:
2  Q   And how would you go about reporting to him -- let
3      me rephrase that.
4            What did you report to him
5      concerning?
6  A   Production, quality, safety.
7  Q   And what were you reporting to him in terms of
8      safety?
9  A   Well, I was responsible to see that the -- that
10     the monthly safety meetings were carried out; that
11     established safety policies were being practiced.
12 Q   Do you have any documents with you that show that
13     the safety policies were being enforced?
14 A   Any documents with me?
15 Q   Yes, sir.
16 A   No, sir.
17 Q   Okay.  And are you aware of any documents that
18     Weyerhaeuser may still have that dealt with the
19     issue of whether or not the safety policies were
20     actually being enforced?
21 A   Do I have any knowledge that there are documents
22     that exist?
23 Q   Yes, sir.
24 A   I would imagine there are documents that exist.
25 Q   What did you do in terms of quality?

Page 31

1  A   We had to make sure that established operational
2      procedures -- operating procedures were followed
3      to ensure making a quality product.
4  Q   Okay.  And what did you do in terms of production?
5  A   We had established parameters, volumes for each of
6      the work centers, and it's just a matter of
7      supervising to make sure we were coming close
8      to -- to those goals, those established volumes.
9  Q   The gentleman you referred to was Dave McGuire?
10 A   McGiveron.
11 Q   McGiveron.  Okay.  Who did Dave report to?
12 A   Bob Casteel.
13 Q   And who did he report to?
14 A   I believe there was a division supervisor -- I
15     believe he's called Laney Osterheg, but he was --
16     he was located in Tacoma.
17 Q   So the Larry Osterheg --
18 A   Laney.
19 Q   Laney Osterheg is located -- was located in
20     Tacoma, Washington; is that correct?
21 A   Yes, uhm-hm.
22 Q   And how would Bob Casteel go about reporting to
23     him?  In what form?
24 A   I'm not sure, but I would imagine by telephone
25     mostly and written documentation.

Page 32

1  Q   And where did Mr. Wendlaw [sic] fit in all this?
2  A   Wendlick?
3  Q   Wendlick.
4  A   Joe's office was in Tacoma, but -- that's all I
5      can say.
6  Q   How often did Joe come to the plant?
7  A   I'm not sure.  Sometimes more often than others.
8  Q   Well, would he come once a year? twice a year?
9      four times a year?
10 A   Well, not every year, but for a period of time
11     there in the early '70s, he was there probably
12     three or four times a year.
13 Q   And what about Laney?  Was he there, also?  How
14     often -- strike that.
15          How often would he be there?
16 A   Maybe twice a year.
17 Q   You've had your deposition taken before; is that
18     correct?
19 A   Yes.
20 Q   How many times have you had your deposition taken?
21 A   Maybe four.
22 Q   Did any of those involve superfund litigation?
23 A   Yes, I believe.
24 Q   And did any of those involve personal injury or
25     wrongful death cases brought?

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 33

1    A   Not to my knowledge.
2    Q   So there were four depositions taken, and they
3        dealt with the issues of landfills; is that
4        correct?
5            MR. METCALF:  Object to the form of the
6        question.
7    BY THE WITNESS:
8    A   No; only one.  Only one did.
9    BY MR. CASCINO:
10   Q   Okay.  What did the others deal with?
11   A   Related to asbestos litigation cases, and I might
12       be wrong saying four.  It may have only been
13       three.
14   Q   When you say asbestos litigation cases, what do
15       you mean?
16   A   Well, a case that involved asbestos suits that
17       were against Weyerhaeuser.
18   Q   Do you remember the names of any of those cases?
19   A   I can't recall that.
20   Q   Do you remember the -- these were employees that
21       worked there while you were there; is that
22       correct?
23   A   No.
24   Q   These are employees that worked there after you
25       left the plant?

Page 34

1            MR. METCALF:  Object to the form of the
2        question.
3    BY THE WITNESS:
4    A   I believe they were employees that worked for
5        other facilities, as I recall, and I don't
6        remember the names of -- of any of them.
7            But they were not people that I can
8        think off the top of my head at least that they
9        worked at the plant.
10   BY MR. CASCINO:
11   Q   They did not work at the Marshfield plant --
12   A   No.
13   Q   -- is that your testimony?
14   A   No; unless my memory's failing me.
15   Q   Did they work at other Weyerhaeuser facilities in
16       the United States?
17   A   No.
18   Q   Where did they work at if you know?
19   A   I think one worked for U.S. Plywood.
20   Q   So someone worked for U.S. Plywood in -- strike
21       that.
22           What years do you believe someone
23       worked at U.S. Plywood that was involved in one of
24       these suits?
25   A   I'm not sure.  I don't know.

Page 35

1    Q   Well, was it in the 1950s?
2    A   No.
3    Q   1960s?
4    A   If I -- probably 1970s.
5    Q   Okay.  And so it's your belief that U.S. Plywood
6        was still a viable entity in the 1970s?
7            MR. METCALF:  Object to form of the
8        question.
9            He can't testify about U.S.
10       Plywood, viable entity.  Those are legal issues
11       that this witness doesn't -- is not here for.
12   BY MR. CASCINO:
13   Q   Go ahead and answer if you can.
14   A   I think U.S. Plywood had an entity in Wisconsin in
15       19-- -- early 1970.
16   Q   Do you remember any of the other places that these
17       individuals worked at that were involved in these
18       asbestos litigation cases that you gave
19       depositions?
20   A   No.
21   Q   Sir, you're on a retainer agreement with
22       Weyerhaeuser; is that correct?
23   A   No.
24   Q   It's your testimony that you're not on a retainer
25       agreement?

Page 36

1    A   I'm sorry.  Not with Weyerhaeuser.  I thought you
2        meant -- no.  I'm on retainer with a legal firm.
3    Q   And is that the McGuireWoods law firm?
4    A   Not anymore.
5    Q   Okay.  What law firm is that?
6    A   The law firm that Joshua is -- and I can't
7        pronounce it.
8    Q   Forman Perry?
9    A   Yes.
10   Q   And what is your understanding as to the retainer
11       agreement that you have with the Forman Perry law
12       firm?
13   A   That I just supply technical knowledge of the
14       process and procedures that was -- that was used
15       at that particular time.
16   Q   And are you compensated for this work?
17   A   Yes.
18   Q   When were you first on retainer?
19   A   I was first put on retainer right after I retired
20       from Weyerhaeuser, which was back in 2000.
21           It was part of my duties as a
22       full-time employee to provide that same
23       information up until the point I retired.  Of
24       course, I was being paid under my normal salary,
25       and then after I retired, I was put on retainer.

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 37

1  Q   Okay.  How much compensation have you gotten
2      from -- from the attorneys, either the attorneys,
3      McGuireWoods, or the Forman Perry law firm?
4  A   In what period of time?
5  Q   From year 2000 until the year 2014.
6  A   I don't know if I can answer truthfully.  I can
7      only guess.
8  Q   What is your estimation?
9          MR. METCALF:  I'm going to object to any
10     guessing or speculation.
11 BY MR. CASCINO:
12 Q   Go ahead.
13 A   Somewheres around 5 to $6,000 a year.
14 Q   And this retainer, is this paid whether or not you
15     do any work for them or not?
16 A   No.
17 Q   What work did you do during the years that --
18     2000, say, through 2005 to be paid for this
19     retainer?
20         MR. METCALF:  I'm going to object to
21     that and instruct the witness not to answer.
22             We're not going to get into the
23     specifics of the work that he has done as a
24     consulting expert for us.  He's told you the
25     general outline of it, and that's as far as -- as

Page 38

1      we're going to go.
2          MR. CASCINO:  I asked him what work he
3      was doing for him -- for you.
4          MR. METCALF:  And he described generally
5      what he does.  We're not going to get into --
6          MR. CASCINO:  I don't think he described
7      anything.  All he described was he supplied
8      technical knowledge related to the process and the
9      procedures.
10         MR. METCALF:  And you've got your
11     answer, and I'm going to instruct him not to
12     answer if you go any further into the specifics of
13     his consulting expert agreement with McGuireWoods
14     or with Forman Perry.
15 BY MR. CASCINO:
16 Q   And sir, are you going to listen to the advice of
17     your attorney and not answer that question?
18 A   Yes.  I will follow his advice.
19 Q   Did any of your consulting work involve litigation
20     related to asbestos?
21 A   Yes.
22 Q   And that's different from what you said earlier
23     that you were supplying technical knowledge; is
24     that correct?
25         MR. METCALF:  Object to the form of the

Page 39

1      question.
2  BY THE WITNESS:
3  A   No.  I think it's one and the same.
4  BY MR. CASCINO:
5  Q   Were there any years that you made over $6,000?
6  A   Possibly.  I can't say for sure.
7  Q   And what -- what type of filing did you do with
8      the IRS concerning the payments for the consulting
9      that you were doing for the attorneys?
10 A   I receive a miscellaneous 1099 yearly that was
11     filed with my income tax.
12 Q   Okay.  And what work did you do, again, between
13     2000, say, and 2010?
14         MR. METCALF:  Again, we're not going
15     there.  He's not going to answer questions about
16     the specifics.  He's already answered your general
17     questions about our consulting expert agreement
18     with him.
19 BY MR. CASCINO:
20 Q   And are you going to follow your attorney's advice
21     and not answer the question?
22 A   Yes.  I will follow his advice.
23 Q   Is this retainer -- is it paid on an hourly basis?
24 A   Yes.
25 Q   And what is the hourly rate that you're currently

Page 40

1      charging?
2  A   $100.
3  Q   And so have you billed -- do you bill this or do
4      they -- how do you tell them how many hours you've
5      been working?
6  A   I supply an invoice monthly stipulating which
7      cases that I've supplied information on.
8  Q   Okay.  Do you have those monthly invoices going
9      back to the year 2000?
10 A   Not with me.
11 Q   I asked you do you have those, though?
12 A   I don't think I have them all, very frankly.
13 Q   Okay.  But you have some of them?
14 A   Yes.
15 Q   Will you please not destroy those?  Because that
16     would be destruction of evidence, and obviously no
17     one wants to go in that type of direction.
18         MR. METCALF:  Absolutely not.  I object
19     to your characterization like that.
20         MR. CASCINO:  Well, if he were to
21     destroy them, it would be -- it would be
22     destruction of evidence.  Okay?
23         MR. METCALF:  It would absolutely not be
24     because he has no duty to preserve invoices from a
25     consulting relationship that he's had with

10 (Pages 37 to 40)

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 41

1    attorneys in litigation. But I mean, we can take
2    that up at a later time.
3            MR. CASCINO: We will for sure.
4            MR. METCALF: But I object to that
5    characterization.
6            MR. CASCINO: Okay. Well, I would just
7    ask you to warn your witness that if he destroys
8    any of that, he may personally become liable.
9            MR. METCALF: Absolutely not.
10           I mean, you can make all the
11   statements you want like that, but he is -- he
12   would not be liable.
13   BY MR. CASCINO:
14   Q   Sir, do you have any type of insurance?
15           MR. METCALF: Object to the form of the
16   question. This is beyond the scope of the
17   deposition. We're not getting into --
18           MR. CASCINO: Sir, in Wisconsin --
19           MR. METCALF: We're not getting --
20           MR. CASCINO: -- an individual can be
21   sued for their actions even if they work for a
22   corporation. So I'm asking the witness whether or
23   not he has any insurance.
24           MR. METCALF: And that is far beyond the
25   scope of this litigation. It's not even close.

Page 42

1            I'm going to instruct him not to
2    answer that. We're not getting into his
3    insurance. That is not a part of this lawsuit.
4    BY MR. CASCINO:
5    Q   And sir, are you going to listen to your
6    attorney's advice and not answer the question?
7    A   I will listen to his advice.
8    Q   The invoices, what information -- what are they --
9    what is contained in the invoices?
10   A   The date, the number of hours, and the case
11       pertaining to.
12   Q   Okay. And has it always been $100 per hour or has
13       it changed over the years?
14   A   It was initially $75 an hour with McGuireWoods.
15   Q   Okay. Did you give consulting advice on the Larry
16       Rogers case?
17           MR. METCALF: I'm going to object to the
18   form of the question and instruct him not to
19   answer.
20           We're not getting into any specific
21   case. That information is privileged between the
22   law firm and our consulting expert.
23   BY MR. CASCINO:
24   Q   And are you going to follow your attorney's advice
25       and not answer that question?

Page 43

1    A   Yes. I'm going to follow his advice.
2    Q   Okay. And when did it change to $100 an hour?
3    A   This last summer, September or October.
4    Q   Of 2013, sir?
5    A   Yes.
6            MR. CASCINO: How long have we been on?
7            THE VIDEOGRAPHER: 49 minutes.
8    BY MR. CASCINO:
9    Q   Were there any years that you were paid a
10       five-figure sum?
11   A   No.
12   Q   As a consultant, do you have access to any
13       documents that you would want from Weyerhaeuser?
14           MR. METCALF: And I'm going to object to
15   the form of the question and instruct him not to
16   answer.
17           As a consulting expert, our
18   communications are privileged, and we're not going
19   to get into what documents he's seen through that
20   relationship.
21   BY MR. CASCINO:
22   Q   And sir, are you going to follow your attorney's
23       advice and not answer the question?
24   A   Yes, I'm going to follow his advice.
25   Q   Do you give Weyerhaeuser -- strike that.

Page 44

1            Do you give the attorneys a
2    report -- a report or do you discuss it over the
3    telephone with them what your opinions are, what
4    they're asking --
5            MR. METCALF: And I'm going to --
6    BY MR. CASCINO:
7    Q   -- or both?
8            MR. METCALF: I'm going to object to
9    that question. It's beyond the scope of this
10   litigation, but I'll -- I'll let him answer.
11   BY THE WITNESS:
12   A   Would you repeat the question, please.
13   BY MR. CASCINO:
14   Q   Yes, sir. Do you -- how do you go about reporting
15       under the consulting agreement? Do you give
16       written reports or do you give telephone
17       conversations or both?
18   A   It's primarily telephone communication with the
19       occasional fax, and that's the extent of it.
20   Q   So you don't give them a written report of any
21       type?
22   A   No.
23   Q   And are you being compensated today for attending
24       this deposition?
25   A   No.

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 45

```
1    Q   Will you be compensated today for attending this
2        deposition?
3    A   No.
4    Q   So you're not going to bill them for this?
5    A   No.
6    Q   You're not going to bill them for this; is that
7        correct?
8    A   Not for this, no.
9    Q   Okay.  And what about for preparation for this
10       deposition?  Are you billing them for preparation
11       for this deposition?
12   A   Yes.
13   Q   How many hours have you worked preparing for this
14       deposition?
15   A   Five or six possibly.
16   Q   And how do you keep track of your time?
17           MR. METCALF:  I'm going to object to the
18       question and instruct the witness not to answer.
19           We're not going to get into --
20       we've been -- I've let you go way more than you
21       have any right to into the substance of how he
22       performs his consulting expert job with attorneys,
23       and we're not going to get into any more details
24       on it.
25
```

Page 46

```
1    BY MR. CASCINO:
2    Q   And sir, are you going to listen to your
3        attorney's advice?
4    A   Yes.  I will listen to his advice.
5    Q   And not answer the question?
6    A   Yes.
7    Q   Aside from -- strike that.
8            In 2013, how many hours did you
9        do -- did you bill the law firms for your
10       consultation?
11           MR. METCALF:  I'm going to object to the
12       question and instruct the witness not to answer.
13           We're not getting into the -- he's
14       already told you generally how much he made each
15       year.  We're not going to get into the specifics
16       year by year of how much he's done, what he's
17       done, et cetera.
18           MR. CASCINO:  So you're not -- I mean, I
19       don't want to argue with you, but I mean, you're
20       not going to let him tell me how many hours he
21       worked in 2013?
22           MR. METCALF:  I am not.
23   BY MR. CASCINO:
24   Q   Okay.  And sir, are you going to follow your
25       attorney's advice and not answer that question?
```

Page 47

```
1    A   Yes.  I'm going to follow his advice.
2    Q   Okay.  Is your consulting work solely in
3        relationship with the work for attorneys?
4    A   No.
5    Q   Okay.  What else does your consulting work
6        involve?
7    A   Importing products for -- door component products.
8    Q   And your deal is with the attorneys for the
9        importing products or is there an arrangement
10       between you and Weyerhaeuser concerning importing
11       products?
12   A   Nothing to do with Weyerhaeuser.  It's an
13       independent firm, importing firm.
14   Q   I guess I don't understand.  You're doing -- who
15       do you report to concerning the importing
16       production?
17   A   I'm reporting to the owner of the business that
18       does the importing.
19   Q   Okay.  And is that part of the retainer that you
20       have with either McGuireWoods or Forman Perry?
21   A   No.
22   Q   That's a separate arrangement?
23   A   Yes.
24   Q   Okay.  That has nothing to do with Forman Perry or
25       McGuireWoods?
```

Page 48

```
1    A   No, no.
2    Q   Okay.  Were you ever a member of the union?
3    A   Yes.
4    Q   Which union were you a member of?
5    A   United Brotherhood of Carpenters and Joiners.
6    Q   Okay.  And when did you become a member of that
7        union?
8    A   In the summer of 1957.
9    Q   And when did you cease being a member of that
10       union?
11   A   Mid-1965.
12   Q   And at that point in time, did you go on salary at
13       Weyerhaeuser?
14   A   Yes.
15           MR. CASCINO:  Why don't we take a
16       five-minute break.
17           THE VIDEOGRAPHER:  Going off the record.
18       The time is 1:54.
19           (Recess taken from 1:54 p.m. until
20           2:04 p.m.)
21           THE VIDEOGRAPHER:  We are on the record
22       with DVD No. 2.  The time is 2:04.
23   BY MR. CASCINO:
24   Q   Who at corporate in Washington is responsible for
25       health and safety of the plant in Marshfield,
```

12 (Pages 45 to 48)

Videotaped Deposition of Ronald Koepke, 2/18/2014

1    Wisconsin?
2         MR. METCALF:  I'm going to object to the
3    form of the question.  Time frame?
4         MR. CASCINO:  Well, during the period of
5    time that he knows, during the period of time he
6    worked.
7    BY THE WITNESS:
8    A   I don't know if there was anyone in -- in
9        Washington that was responsible for the safety at
10       this plant site.
11   BY MR. CASCINO:
12   Q   So to your knowledge, there was never anybody in
13       Washington who was responsible for health and
14       safety at the plant in Marshfield, Wisconsin?
15        MR. METCALF:  Object to the form of the
16       question.
17   BY THE WITNESS:
18   A   I'm not sure if there was anyone responsible for
19       that in Washington.
20   BY MR. CASCINO:
21   Q   Okay.  Who at corporate in Washington was
22       responsible for the production quotas for the
23       plant in Marshfield, Wisconsin?
24   A   I can imagine at one point in time was Laney
25       Osterheg, but he wasn't the only vice president of

1        that division.  So it could have varied from year
2        to year, I'm sure.
3    Q   When Weyerhaeuser in Marshfield, Wisconsin, was
4        making fire doors that contained asbestos, what --
5        how many pounds of asbestos were being shipped in
6        on a -- on a monthly basis during the period of
7        time that you would have had knowledge -- such
8        knowledge?
9         MR. METCALF:  Object to the form of the
10       question.
11   BY THE WITNESS:
12   A   I have no knowledge of that at all.
13   BY MR. CASCINO:
14   Q   Who would have been responsible for ordering the
15       asbestos at the Marshfield facility?
16   A   I can imagine it would be the purchasing agent.
17   Q   Okay.  Can you give me the names of the various
18       purchasing agents who are still alive, giving
19       benefit of the doubt if you don't know that they
20       are still alive?
21   A   I don't know of any of them that are alive, to
22       tell you the truth.
23   Q   Who at corporate in Washington was responsible for
24       the medical surveillance program being conducted
25       at the facility in Marshfield, Wisconsin?

1    A   I don't know if Joe Wendlick was directly
2        responsible for it.  I know that he was involved
3        in it, but I don't know if he was totally
4        responsible for it.
5    Q   What role, if any, did you have in the medical
6        surveillance program?
7    A   Just following the direction of the -- of the
8        medical personnel, as well as the corporate person
9        directing that effort.
10   Q   And who was the corporate person directing that
11       effort?
12   A   Joe Wendlick.
13   Q   And who did you follow the direction of in terms
14       of medical personnel?
15   A   Lois Brundidge.
16   Q   Anyone other than Lois Brundidge?
17   A   No.
18   Q   Prior to 1970, who was responsible for health and
19       safety at the Marshfield facility?
20        MR. METCALF:  Object to the form of the
21       question.
22   BY THE WITNESS:
23   A   I don't recall who the safety director was then.
24       There were different persons in that -- in those
25       roles over the years, and I don't recall who that

1        was at that point in time.
2    BY MR. CASCINO:
3    Q   Was there one prior to 1970?
4    A   Yes.
5    Q   How early was there someone who was responsible
6        for health and safety at Marshfield?
7    A   To my -- to my knowledge, there was always
8        somebody responsible for safety.
9    Q   Okay.  When you began there in 1957, do you know
10       who that person was?
11   A   As I recall, at that time it was -- the personnel
12       director was responsible for direct -- for safety.
13   Q   Okay.  And how long did that continue that the
14       personnel director was responsible?  Was that
15       through the 1960s?
16   A   No.
17   Q   Okay.  How many years was the --
18   A   Sometime in the middle of the '60s, I know for
19       sure.  I only know that because I became a
20       first-line supervisor.  So the safety was the
21       responsibility of the safety director, and like I
22       say, it varied.  There were different people in
23       that particular role.
24   Q   Who was in that role in the 1960s?
25   A   Jerry Saindon was one.

Videotaped Deposition of Ronald Koepke, 2/18/2014

---

Page 53

1  Q   And Jerry Saindon wasn't until 19-- -- roughly
2      1970; is that correct?
3  A   I thought it was late '60s.
4          A gentleman by the name of Wayne
5      Kramer, who was also for a period of time, and
6      that I know for sure was in the mid-'60s.
7  Q   Okay. And Wayne Kramer, what was his background
8      that would allow him to be responsible for safety
9      at the -- health and safety at the Marshfield
10     clinic [sic]?
11         MR. METCALF: Object to the form of the
12     question.
13 BY THE WITNESS:
14 A   I don't know what the -- his background was as far
15     as training to be a safety director, but all I
16     know is that was his position.
17 BY MR. CASCINO:
18 Q   And Jerry -- what's Jerry's last name again?
19 A   Saindon, S-a-i-n-d-o-n, I believe it is.
20 Q   What special training did he have to be health --
21     to be health and safety director, if any?
22 A   I'm not sure what training he was put through
23     to -- to earn that title.
24 Q   Was there an industrial hygienist at the facility
25     in Marshfield, Wisconsin?

---

Page 54

1          MR. METCALF: Object to the form of the
2      question. Is there a particular time frame?
3          MR. CASCINO: Anytime.
4  BY THE WITNESS:
5  A   Not to my knowledge.
6  BY MR. CASCINO:
7  Q   And who was the industrial hygienist for the
8      corporate office in Washington?
9  A   I believe that would have been Joe Wendlick's
10     title, but I'm not positive of that.
11 Q   Did you have any role in determining who was going
12     to be screened in the medical surveillance
13     program?
14 A   No.
15 Q   What role did the office in Washington, the
16     corporate office in Washington, play in the
17     medical surveillance program, if you know?
18 A   I don't know.
19 Q   Did you play any role in the -- did you play --
20     let me start over again.
21         Did you play any role in
22     determining where people would be required to
23     undergo some type of wearing of a device to
24     measure asbestos levels at their job?
25         MR. METCALF: Object to the form of the

---

Page 55

1      question.
2  BY THE WITNESS:
3  A   Did I play any role in that?
4  BY MR. CASCINO:
5  Q   Yes, sir.
6  A   It was -- it was designated where the asbestos
7      emission levels were at that would require wearing
8      of masks, and naturally I was the supervisor in
9      that area so that's the role I had in it.
10 Q   Were workers ever asked to wear a monitoring
11     device to determine whether or not they had been
12     exposed to asbestos?
13 A   Yes.
14 Q   And when was that, to your knowledge?
15 A   Well, at different periods of time as designated
16     by the corporate hygienist.
17 Q   Is that something that the corporation in
18     Washington would have done?
19 A   They were responsible for it, yes.
20 Q   Okay. And who for them was responsible for it?
21 A   Joe Wendlick.
22 Q   And what years, to your knowledge, did they first
23     start doing any type of measuring by devices on
24     the workers as to what their exposures to asbestos
25     were?

---

Page 56

1          MR. METCALF: Object to the form of the
2      question.
3  BY THE WITNESS:
4  A   I can only speak for the period after I went
5      there, which was mid-1970, and it started -- it
6      was going on after that point in time. I can't
7      speak for prior to that.
8  BY MR. CASCINO:
9  Q   Okay. Who determined what people would be -- wear
10     devices to determine whether or not they were
11     exposed to asbestos, and if so at what levels?
12 A   Joe Wendlick.
13 Q   Did Mr. Wendlick actually come out to the facility
14     in Marshfield and do the monitoring with the help
15     of others?
16 A   Yes.
17 Q   Is the only monitoring that occurred for
18     individuals wearing these devices was when Joe
19     Wendlick was around?
20 A   Yes.
21 Q   So any time that there were workers wearing these
22     devices to measure how much asbestos they were
23     exposed to would have been only when Joe Wendlick
24     was present at the facility; is that correct?
25         MR. METCALF: Object to the form of the

---

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 57

1      question.
2  BY THE WITNESS:
3  A    That was the only time that the monitoring was --
4      was done, yes.  That's all I can say.
5  BY MR. CASCINO:
6  Q    Okay.  Now, there was also, I understand,
7      monitoring done of areas of the plant.  Is that
8      your understanding, as well?
9  A    All the -- all the workstations were monitored at
10     one -- one point in time.
11 Q    Were the offices monitored at one point in time?
12 A    We only had one office that was adjacent to the
13     laboratory, what we called the lab, and the person
14     working in there was -- was monitored, yes.
15 Q    And was that the boss that was monitored or was
16     that an employee who was in that office?
17 A    Employee.
18         MR. METCALF:  Object to the form of the
19     question.
20 BY MR. CASCINO:
21 Q    Pardon?  What was your answer, sir?
22 A    It was the employee.
23 Q    And when was the employee monitored in this
24     office?
25 A    Are you looking for a date and time or --

Page 58

1  Q    Approximation of what year.
2  A    All I know is it started in 1970.
3  Q    Were there more than one measurement taken of
4      different areas of the plant during the 1970s?
5  A    More than one measurement in a given time period
6      or more --
7  Q    Yes, sir.
8  A    I don't recall the program that Joe had set up for
9      taking those -- that monitoring.  I know it was a
10     time-weighted average; and in doing that, I -- I'm
11     assuming that he did it more than one time.  I
12     guess I can't answer that.
13 Q    Okay.  Were measurements taken in the glue portion
14     of the plant?
15 A    I have no idea.
16 Q    Were measurements taken in the mineral core part
17     of the plant?
18 A    Yes.
19 Q    Were measurements taken where they did the sanding
20     of the Kaylo?
21         MR. METCALF:  Object to the form of the
22     question.  Again, let's specify a time frame.
23 BY THE WITNESS:
24 A    I -- I can't answer what went on in the area of
25     the -- where Kaylo was used because I did not

Page 59

1      supervise that area.
2  BY MR. CASCINO:
3  Q    As to the areas that you were supervising, was
4      there monitoring being done of those areas?
5  A    Yes.
6  Q    And how often was there monitoring being done of
7      those areas for asbestos exposure?
8  A    I can't recall how often it was.  I just don't
9      know.
10 Q    Was it one time a year or two times a year?
11 A    It was more than once a year.
12 Q    When we're talking about monitoring, we're talking
13     actually about the -- the area being monitored as
14     opposed to the individual.  Is that your
15     understanding of my question?
16 A    The individual -- the way I recall the monitoring
17     is that each -- the individual being monitored
18     wore a device that strapped to their belt with
19     a -- with a tube going to the area where they're
20     breathing and that, and that's how the exposure
21     was measured.
22 Q    Okay.  And that would have been done when Joe
23     Wendlick would be at the plant?
24 A    Yes.
25 Q    Can you define what is meant by fire door?

Page 60

1  A    A fire door is any door that has a stipulated
2      rating that relates to a -- to a fire labeling
3      agency such as Underwriters Laboratory or
4      Intertech Testing Services.
5  Q    Where is Intertech Testing Services located?
6  A    Middleton, Wisconsin, and Antioch, California, I
7      believe is the other location.
8  Q    Were any of the formulas used for the materials
9      that were inside the door core ever patented by
10     anybody at Weyerhaeuser --
11 A    Not to my knowledge.
12 Q    -- to your knowledge?
13         And the same would be true as to
14     Roddis?
15 A    Not to my knowledge.
16 Q    Are you familiar with the forms of asbestos that
17     were used in this -- door core materials when it
18     contained asbestos?
19         MR. METCALF:  Object to the form of the
20     question.
21 BY THE WITNESS:
22 A    What do you mean by forms?
23 BY MR. CASCINO:
24 Q    Well, do you remember that the materials contained
25     chrysotile asbestos?

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 61

1    A   As I recall, chrysotile is a type of asbestos,
2        yes.
3    Q   Okay.  And that it also contained amosite
4        asbestos?
5    A   Yes.
6    Q   Throughout the entire period that asbestos was
7        being used at Weyerhaeuser in Marshfield, is it
8        your understanding that it would have contained
9        amosite asbestos?
10           MR. METCALF:  Object to the form of the
11       question.
12   BY THE WITNESS:
13   A   The mineral core that we made contained amosite
14       asbestos, yes.
15   BY MR. CASCINO:
16   Q   That mineral core that you made, was some of that
17       shipped over to Algoma for the hardwood plant
18       there?
19           MR. METCALF:  Object to the form of the
20       question.
21   BY THE WITNESS:
22   A   Yes.
23   BY MR. CASCINO:
24   Q   What years was Weyerhaeuser selling
25       asbestos-containing materials to the hardwood

Page 62

1        plant in Algoma, Wisconsin?
2    A   Probably -- for me it was from -- between 1971 and
3        '76, and I -- although the plant was closed for a
4        year or so in between there, so . . .
5    Q   Which plant was closed?
6    A   The Algoma hardwood plant -- well, it was U.S.
7        Plywood up to a point, and then it was closed, and
8        then opened later as Algoma Hardwood.
9    Q   And when was it opened up as Algoma Hardwood?
10   A   I believe mid-1974, but it might have been maybe
11       '75, right in that time frame.
12   Q   To your knowledge, does Weyerhaeuser or Roddis
13       have any patents concerning the fire doors?
14           MR. METCALF:  Object to the form of the
15       question.
16   BY THE WITNESS:
17   A   I don't think they're necessarily referred to as
18       patents, no.
19   BY MR. CASCINO:
20   Q   Did Weyerhaeuser, to your knowledge, patent the
21       process they came -- strike that.
22           Did Weyerhaeuser patent the formula
23       that was developed around 1966 or so of the -- of
24       the fire door or anything related to the fire
25       door?

Page 63

1            MR. METCALF:  Object to the form of the
2        question.
3    BY THE WITNESS:
4    A   I don't know if it was patented.  I have no idea.
5    BY MR. CASCINO:
6    Q   And you have no knowledge concerning the licensing
7        agreement between Weyerhaeuser and Roddis and
8        Owens-Illinois; is that correct?
9    A   That's correct.
10   Q   And to your knowledge, what are the -- who were
11       the suppliers of the asbestos, say, from 1960
12       forward?
13           MR. METCALF:  Object to the form of the
14       question.
15   BY THE WITNESS:
16   A   As I recall, the chrysotile was supplied by Carey
17       of Canada, and the amosite was supplied by North
18       American Asbestos and the government services
19       agency.
20   BY MR. CASCINO:
21   Q   And who was the supplier of the actual block
22       materials, if you know, during the same time
23       period?
24           MR. METCALF:  Object to the form of the
25       question.

Page 64

1    BY THE WITNESS:
2    A   The block material meaning --
3    BY MR. CASCINO:
4    Q   Kaylo product.
5    A   -- Kaylo?
6        I believe that to be Owens-Corning.
7    Q   When did the plant in Marshfield start to dump
8        asbestos-containing waste in various places
9        throughout Northern Wisconsin, Central Wisconsin
10       and Michigan?
11           MR. METCALF:  Object to the form of the
12       question.
13   BY THE WITNESS:
14   A   Well, to identify, I don't recall anything in
15       Michigan.  All I can relate to is a couple of
16       landfills in this area, which I can only relate to
17       after I became part of the mineral core plant,
18       which was 1970.  So that's -- that's all I can
19       testify to.
20   BY MR. CASCINO:
21   Q   Okay.  Was Weyerhaeuser dumping
22       asbestos-containing waste in landfills during the
23       1970s and the period of time that you're aware of?
24           MR. METCALF:  Object to the form of the
25       question.

Gramann Reporting, Ltd. (414) 272.7878

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 65

BY THE WITNESS:
A   **The asbestos waste went to the landfills.**
    **That's -- well, two that I know of.**
BY MR. CASCINO:
Q   Okay.  And you're saying your time period is what
    period that you knew of these two?
A   **Again, 1970 to 197- -- well, to 1978 that we were**
    **using the asbestos for the -- for the mineral**
    **core.**
Q   And what are the names of the two landfills that
    you're familiar with?
A   **One was the Town of Spencer landfill, and the**
    **other one was the Town of Cleveland or maybe it**
    **might have been known by a different name, also,**
    **that I'm not positive of.  Those were township**
    **landfills that I remember.**
    MR. CASCINO:  Would you mark this as
    Exhibit No. 1?
    MR. METCALF:  Mike, do you mind
    identifying this for us?
    MR. CASCINO:  It should be right on the
    top.  It's an official form, I think either the
    Federal Government or the State of Wisconsin.
    MR. METCALF:  United States Geological
    Survey State of Wisconsin.  Marshfield Quadrangle

Page 66

map.  Does that sound right?
    MR. CASCINO:  That sounds pretty close.
    MR. WATSON:  Is it dated, if I could
ask?
    MR. CASCINO:  It should be.
    MR. METCALF:  I see 1954, it looks like,
and it's got a stamp on it of May 25th, 1956.
    MR. CASCINO:  Okay.
    (Exhibit No. 1 was marked for
        identification.)
BY MR. CASCINO:
Q   Sir, directing your attention to what's been
    marked as Plaintiff Exhibit No. 1, can you tell me
    what that is?  We have to go through certain
    formalities.
A   **It's a geological survey from the Department of**
    **Interior in the State of Wisconsin.**
Q   And using that -- that's basically the quadrangle
    that contains Marshfield; is that right?
A   **Yes.**
Q   Can you be kind enough to put an X or a circle,
    whatever you like, as to the two landfills that
    you're aware of that asbestos was being dumped in
    Spencer and Cleveland?
    MR. METCALF:  Object to the form of the

Page 67

question.
    MR. WATSON:  Sir, before you mark the
map -- and Mike, I'm sure you could let me have a
running objection -- he's testified that he's
familiar with the disposal in landfills beginning
in a certain time period.
    MR. CASCINO:  1970.
    MR. WATSON:  You've shown him a map that
dates to 1954.
    MR. CASCINO:  I don't think the world's
changed much.
    MR. WATSON:  In terms of having a
continuation objection, the mismatch dates between
the time that he's familiar with and the map.
    MR. CASCINO:  That's fine.  I don't
think there's any difference, but you'd have to
show that.
    MR. WATSON:  So foundation as to any
questions asked with regard to the map and the
marking of the map with this witness who has
testified that he knows of landfills beginning in
1970, and the map being shown to him dating to
1954.
BY MR. CASCINO:
Q   Can you show us where the landfills are located?

Page 68

A   **Well, the -- I may not be able to.  I -- even**
    **though I lived here all my life, I -- I didn't**
    **reside in this area.  So all I remember is that**
    **the Town of Spencer landfill was north of the --**
    **of a road that's now known as Spencer-Lincoln Road**
    **which refers to the Town of Spencer and the Town**
    **of Lincoln, and it was north of that, and -- I**
    **don't know if I can pinpoint where that's at.**
Q   It may have actually been off the map to the
    northwest; is that correct?
A   **No.  I think it's -- it's -- if I can get myself**
    **orientated here.  Is this Highway V?  It would be**
    **east of Highway V -- school here.  It's in this**
    **area here (indicating).**
Q   Could you circle that area, please?
A   **I can, but I won't testify that that's a hundred**
    **percent accurate, but I know it's in that**
    **vicinity.**
    MR. WATSON:  Objection.
    MR. CASCINO:  Good enough.
    MR. WATSON:  Speculation.  Same
objections as before.
BY THE WITNESS:
A   **And likewise over here, I was only to each one of**
    **those --**

17 (Pages 65 to 68)

Gramann Reporting, Ltd. (414) 272.7878

Videotaped Deposition of Ronald Koepke, 2/18/2014

---

Page 69

BY MR. CASCINO:
1  BY MR. CASCINO:
2  Q   Can you make that a little clearer there?
3  A   (Witness complied.)
4  Q   Beautiful.  And why don't we draw a line over here
5      and then just put Spencer so we're all clear.
6          MR. WATSON:  Same objections.
7  BY MR. CASCINO:
8  Q   And then how about the one in Cleveland.  Was it
9      actually in Cleveland or was it on a street called
10     Cleveland?
11 A   I think it was the Town of Cleveland, Township of
12     Cleveland.
13 Q   Okay.
14 A   As I recall, it was near a gravel pit, and I see a
15     gravel pit here that's north of -- is that 153?
16     No.  That's --
17         MR. WATSON:  Same objection.
18 BY THE WITNESS:
19 A   I'm not sure that's the gravel pit that I'm
20     talking about.  I don't think I can pinpoint that
21     on here, sir.
22 BY MR. CASCINO:
23 Q   Okay.
24 A   I just can't.
25 Q   And just so the record's clear, what is the reason

---

Page 70

1      you can't?
2  A   I just -- I mentioned.  I was only out there one
3      time.  I rode with a person that was driving out
4      there, and I just didn't pay that much attention
5      to where it was at.
6  Q   Who did you ride with?
7  A   As I recall, it was Gallatin.
8  Q   Jim?
9  A   Jim Gallatin, G-a-l-l-a-t-i-n.
10 Q   Is Jim still alive?
11 A   Yes.
12 Q   I'm going to take that just so it doesn't -- I'm
13     going to hand it to counsel to hand to the court
14     reporter.
15         Who was in charge of the dumping
16     during the 1970s?
17 A   In charge of the dumping?
18 Q   Uhm-hm.
19 A   Well, if you mean who was in charge of the waste
20     haulers, that was Adolph Paasch.
21 Q   And can you give us the names of all of the waste
22     haulers that you recall doing this work?
23         MR. METCALF:  Object to the form of the
24     question.
25

---

Page 71

1  BY THE WITNESS:
2  A   Jim Genett, Jim Stargardt, and Jim Sala.  All
3      three -- I guess you have to have a name Jim to be
4      a waste hauler.
5  BY MR. CASCINO:
6  Q   Do you remember the name of Charles Reno as being
7      a waste hauler?
8  A   Not during -- you said after 1970?
9  Q   Yes, sir.
10 A   Not -- no, he was not a waste hauler, I don't --
11     not on a permanent basis anyway during the 1970s.
12     I think he was prior to that.
13 Q   Okay.  And who do you recall that -- was the
14     employees that were doing the waste hauling before
15     1970?
16 A   Charles did it part-time or whatever.
17 Q   That being Charles Reno?
18 A   Yes.
19 Q   Okay.  Who else?
20 A   Arnie Wellner.  That's the only one I can think
21     of.
22 Q   Okay.  When, to your knowledge, was the last time
23     materials were, that contained asbestos waste
24     products, dumped outside the plant?
25         MR. METCALF:  Object to the form of the

---

Page 72

1      question.
2  BY THE WITNESS:
3  A   To my knowledge, it would be by the time we quit
4      using the asbestos, which would have been June
5      1978.
6  BY MR. CASCINO:
7  Q   I'm going to give you a sheet of paper -- blank
8      paper that I'd ask the court reporter to mark as
9      Plaintiffs' Exhibit No. 2.
10         MR. METCALF:  Aren't we kind of getting
11     the cart before the horse!  Let him --
12         MR. CASCINO:  You go ahead.  I don't
13     care which way we go.
14         MR. METCALF:  -- draw something on
15     there.
16         MR. CASCINO:  That's fine.  Let him draw
17     something first, and then we can.
18         MR. METCALF:  Make sure we actually want
19     to make it an exhibit.
20         THE WITNESS:  Yeah.
21 BY MR. CASCINO:
22 Q   All right.  Around 1966, am I correct that they
23     built a new mineral core building?
24         MR. METCALF:  Object to the form of the
25     question.

---

18 (Pages 69 to 72)

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 73

1    BY THE WITNESS:
2    A   I believe it was in that time frame.  I'm not sure
3        exactly.
4    BY MR. CASCINO:
5    Q   Okay.  Can you draw us a picture of the plant as
6        it existed before they built the new building?
7            MR. METCALF:  Object to the form of the
8        question.
9    BY MR. CASCINO:
10   Q   In other words, show us the office, where the
11       office was, show us where you worked, in the glue
12       department, show us, you know, which buildings --
13       show us where the baghouse was, show us where the
14       cyclone was, an overview of the plant as it
15       existed prior to the construction of the new
16       mineral core building.
17           MR. METCALF:  And you're asking about
18       the entire Marshfield facility, all the
19       Weyerhaeuser?
20           MR. CASCINO:  There's not that many, but
21       yes.
22           MR. METCALF:  Just making sure.
23   BY THE WITNESS:
24   A   Well, there is quite a few.
25

Page 74

1    BY MR. CASCINO:
2    Q   Go ahead.
3    A   That's a 60-acre facility --
4    Q   Okay.
5    A   -- that housed five or six businesses, and each
6        one was in a separate building, and so . . .
7    Q   Take your time.
8    A   To get orientated, I guess I'd draw the railroad
9        track in here (indicating).  This pen is not --
10           MR. METCALF:  If you want to, you can
11       borrow -- my pen's a little bit better.
12           MR. CASCINO:  See, I can't have the
13       Sharpies around anymore because my daughter
14       actually smells them.  Of course, we used to smell
15       our test paper, right, have it running off?
16       That's before your time.
17           THE WITNESS:  You wanted it before the
18       mineral core plant was built?
19   BY MR. CASCINO:
20   Q   Yes, sir.
21   A   (Witness complied.)
22           MR. WATSON:  Mike, do you want to do
23       this on the record or do you want --
24           MR. CASCINO:  No.  That's fine.  I don't
25       care.  Yeah, we'll just do it on the record.

Page 75

1            MR. WATSON:  I just don't want the
2        witness to feel like he's rushed.
3            MR. CASCINO:  No.  He can take his -- I
4        want him to take his time.
5            MR. METCALF:  And to be clear, we're
6        talking -- this is about 1965, obviously before --
7            MR. CASCINO:  Pre whenever they changed
8        the building, '65, '66.
9            MR. METCALF:  All right.
10           MR. CASCINO:  Yeah, before that.
11           MR. METCALF:  I just wanted to be clear
12       because "before" could mean decades before.  I'm
13       just -- we're establishing around 1965, shortly
14       before they built the facility.
15           THE WITNESS:  You want me to describe
16       what this is now?
17   BY MR. CASCINO:
18   Q   Yeah.  Take your time, and then we'll --
19   A   Well, I don't know how much detail you want here,
20       but . . .
21   Q   Okay.  Let me politely -- the line that you've
22       drawn across there, those are the railroad
23       tracks?
24   A   Yes.  Okay.
25   Q   All right.  And then there's a building there --

Page 76

1        is this a building here?
2    A   That's the multistory door building -- door
3        factory that was -- with a basement and three
4        stories.
5    Q   And what should we call that?
6    A   Door mill.
7    Q   Okay.  Could you write "door mill" there?
8    A   (Witness complied.)
9    Q   Okay.  And then it looks like there's two other
10       buildings.  Can you tell us what those are?
11   A   These would be -- well, the multi- -- this is the
12       dry kiln area; this would be the shipping room
13       area, which also had two stories to it, and I'll
14       put "detail" below that (indicating).
15           This was finishing; this was
16       warehouse; and then I thought there was a bigger
17       warehouse next-door here, like (indicating); and
18       this was particle board and molded products.
19   Q   Where were the offices located?
20   A   Oh.  Well, the main office was over across the
21       street over here.  There was a street that went
22       through here (indicating).
23   Q   Okay.
24   A   And the main office was over here (indicating).
25   Q   Do you know offhand if that's the office that Rita

19 (Pages 73 to 76)

Gramann Reporting, Ltd.  (414) 272.7878

Videotaped Deposition of Ronald Koepke, 2/18/2014

---

Page 77

1    Treutel --
2  **A   Treutel.**
3  Q   -- Treutel worked at?
4  **A   No.  She worked in departmental offices.**
5  Q   Okay.  Where are the -- which building is the
6  department offices in?
7  **A   Well, there's one in each -- almost every**
8  **department had an office.**
9  Q   What department was she in?
10 **A   She was in finishing the first years that I was**
11 **supervisor out there, and left there, I think, in**
12 **the early '70s and went to this detail area in the**
13 **basement to an office down there.**
14     MS. ELLIS:  Can we go off the record for
15  a second?
16     THE VIDEOGRAPHER:  Going off the record.
17  The time is 2:42.
18     (Recess taken from 2:42 p.m. until
19     2:47 p.m.)
20     THE VIDEOGRAPHER:  We are back on the
21  record at 2:47.
22  BY MR. CASCINO:
23  Q   Okay.  The roads there, are those railroads or are
24  those --
25 **A   This -- this is the main railroad track, and the**

---

Page 78

1  **road actually runs on the other side of that, and**
2  **then there's spurs coming off that would bring**
3  **railroad cars into these various -- these two**
4  **locations (indicating).**
5  Q   Great.
6  **A   Actually, there was one more on the other side**
7  **here, too, which is irrelevant, I guess.**
8  Q   Where would the baghouse be at?
9     MR. METCALF:  Object to the form of the
10  question.
11  BY THE WITNESS:
12 **A   Well, at the point in time you're talking about, I**
13 **don't recall any baghouses prior to 1966 or**
14 **whatever.**
15  BY MR. CASCINO:
16  Q   Okay.  Were there vacuum systems inside the plant
17  before 1966 that would help remove asbestos from
18  the area of the plant that workers were working in
19  or did that come after 1966?
20 **A   No.  There was a -- there was naturally a dust**
21 **collection system that took dust from all the work**
22 **centers to a -- well, it was adjacent to this door**
23 **mill here (indicating), which is the powerhouse,**
24 **which I didn't leave enough room here for that.**
25  Q   Where would the powerhouse be?  It was to --

---

Page 79

1  **A   It would be right -- right about here**
2  **(indicating).**
3  Q   If you could just put a P in the middle of that
4  box.
5  **A   I'll put "PH" here.**
6  Q   All right.  And where was there a dust system
7  prior to the building of the new building?  In
8  which facilities?
9  **A   Well, there's workstations throughout this mill,**
10 **and the -- on top of the roof, there were -- there**
11 **were blowers that would create suction that would**
12 **then blow this debris over to cyclones above the**
13 **powerhouses.  That was all combustible material**
14 **that could be used as -- as blower fuel, and**
15 **that's basically the system that existed until --**
16 **until later when they -- when they started**
17 **installing baghouses.**
18  Q   Okay.  Now, that's a great map, and it shows a
19  good picture of the facility.
20 **A   I'm not much of an artist.**
21  Q   Well, it does because it helps us -- I think all
22  of us out.
23     Now, the door mill -- excuse me for
24  reaching.  The door mill, you said, was a
25  three-story building?

---

Page 80

1  **A   Actually, four if you count the basement.**
2  Q   Four-story.  Okay.  So in the door mill, we've got
3  a basement, and then it's got three floors above
4  the basement, correct?
5  **A   That's correct.**
6  Q   What was being done at this point in time in the
7  basement?
8  **A   It was a department called dry clipping, and what**
9  **that means is that they would clip the dry veneer**
10 **just to make it straight and true and without any**
11 **regular lines in it, and it was a storage for**
12 **veneer flitches; and also the hog was down there**
13 **that -- where it would hammer up the pallets and**
14 **wood that could be then blown to the -- to that**
15 **same hopper I'm talking about above the**
16 **powerhouse.**
17  Q   And did that include when there was asbestos being
18  used?  Was that involved with the hog, as well,
19  that material?
20 **A   The asbestos was never involved with the hog.**
21  Q   Did Mr. Obermeier -- did he work down there by the
22  hog?
23 **A   Yes.**
24  Q   And was part of his job pushing up the materials
25  that were collected in the hog?

---

Gramann Reporting, Ltd.  (414) 272.7878

Page 81

1  A  Yes.
2  Q  And the veneer department, that had nothing to do
3     with asbestos; is that right?
4  A  That's correct.
5  Q  Where in the basement, if anywhere, would there
6     have been any types of asbestos materials, if at
7     all, before 1966 when the buildings changed?
8  A  To my knowledge, there would be none.
9  Q  Now, you said there are three floors on top of
10    that, correct?
11 A  Right.
12 Q  What was on the very first floor that was
13    aboveground?
14 A  The first floor on the south end of that
15    building -- this is -- this is north, this is
16    south (indicating).
17 Q  Could you put "north" and "south" on that?
18 A  Sure.
19 Q  That'd be great.
20 A  (Witness complied.)  Obviously, this is south.
21 BY MR. CASCINO:
22 Q  No.  That's all right.  We understand.
23 A  Okay.  So on the south end of this building on the
24    first floor was the veneer mill and veneer dryers.
25 Q  Was there anything else on the first floor of the

Page 82

1     door mill?
2  A  Yes.  On the north end of the first floor was the
3     core mill.
4  Q  And what did they do in the door -- in the core
5     mill?
6  A  The core mill is where the initial components of
7     the door were put together such as the core, the
8     stiles and the rails is basically what they did
9     there.
10 Q  Did they -- I'm sorry.  Go ahead.
11 A  They did manufacture what was called stave core
12    where small blocks were glued together end to end
13    and side to side to form a solid core of whatever
14    particular size you wanted to make.
15 Q  And the core materials, were they using at this
16    point in time core materials that were shipped in
17    or were they making their own at this point?  When
18    did they start the slurry process?
19       MR. METCALF:  Object to the form of the
20    question.
21 BY THE WITNESS:
22 A  There's no slurry process in the core mill.
23 BY MR. CASCINO:
24 Q  Okay.
25 A  That's all solid materials, and they assembled

Page 83

1     core of the various types of doors that we made.
2     That was more than just one type of door.
3  Q  Okay.  Were approximately 50 percent of the sales
4     fire doors versus nonfire doors?
5  A  No.
6  Q  What percentage of the sales were fire doors in
7     your opinion versus nonfire doors?
8        MR. METCALF:  Object to the form of the
9     question.
10 BY MR. CASCINO:
11 Q  And I'm not including the --
12 A  Well, let me --
13 Q  Go ahead.  Please rephrase it.
14 A  I guess I need for you to quantify what you would
15    call fire door.  There's various types of fire
16    doors.
17        So I want to retract my comment
18    about it being 50 percent.  It very probably could
19    have been -- if you incorporate 20-minute,
20    30-minute, 45-minute, 60-minute and 90-minute
21    doors, it very probably is over 50 percent.
22 Q  Which of the doors in terms of fire protection
23    periods of time would have contained asbestos at
24    this period of time?
25 A  Are you talking about -- well, anytime we were

Page 84

1     using asbestos, I suppose.  Is that what you're
2     saying?
3  Q  The doors --
4        MR. METCALF:  I thought we said -- we're
5     talking about the 1965 time period?
6        MR. CASCINO:  Yes.
7        MR. METCALF:  Okay.
8        THE WITNESS:  Okay.  And your question
9     is what percentage of them would be
10    asbestos-containing doors?
11 BY MR. CASCINO:
12 Q  Yes, sir.
13 A  Approximately 20 to 25 percent.
14 Q  Okay.  Was there anything else on the first floor
15    of the door mill?
16 A  On the north end of it was the -- the stockroom as
17    it was called, where the expendables for the mill
18    were dispensed from.
19 Q  Would that include pipe covering?
20 A  I don't think so.
21 Q  Where was the pipe covering kept?
22 A  I'll tell you.  I ran out of room here, but there
23    was -- there was another maintenance facility over
24    here along that north fence that I -- to my
25    knowledge, was -- might be where they stored that.

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 85

1    Q   Okay.  This first floor of the building, did it
2        have different rooms?
3    A   It was a pretty open span building except that
4        there was -- it's not totally open span.  There
5        was supporting posts, obviously, because it's a
6        multistory building.  So it was not a -- there was
7        no partition, let's put it that way.
8    Q   So on the first floor, basically, it has posts
9        that hold up --
10   A   Yes.
11   Q   -- the floor above, and other than that, it's an
12       open area?
13   A   I believe it was about every 30 feet there was a
14       post.
15   Q   Okay.  And how would you get to the second floor?
16   A   There was an elevator on the north end as well as
17       on the south end --
18   Q   Okay.
19   A   -- that went from the basement clear to the third
20       floor.
21   Q   Okay.  And was the -- was the -- and you'd get to
22       the second floor via the elevator; is that right?
23   A   Yes.
24   Q   Was there any type of grated floor -- flooring on
25       the second floor?

Page 86

1    A   Yes.
2    Q   And how much -- when you say "grated," you mean
3        like there would be holes in it?
4    A   No.
5    Q   What do you mean by -- define grated.
6    A   I thought when you said grating, it was a steel
7        plating actually that covered the floor.
8            It was a hardwood floor, and the
9        floor would wear out with these electric jimmys
10       that we ran up and down with these heavy loads.
11       So they lined the aisles with steel plating.
12   Q   What was done on the second floor?
13   A   On the south end of the second floor was the glue
14       room.
15   Q   And what about on the north side?
16   A   Well, halfway or a third of the way through the
17       second floor was the beginning of saw and sand,
18       and that's where the doors were sized and
19       polished.
20   Q   And where would they do the cutting of windows or
21       cutting for -- or drilling for locks?
22           MR. METCALF:  Object to the form of the
23       question.
24   BY MR. CASCINO:
25   Q   Was that on the second floor?

Page 87

1    A   What time frame are you talking about?
2    Q   Pre-1965, '66, when the new building comes into
3        play.
4    A   I'm not sure if it was being done there at that
5        point in time.
6            My time frame takes me to the
7        basement -- to the basement area below shipping is
8        where they did the light cutouts and the window
9        cutouts -- or the lock cutouts.
10   Q   Okay.  So was a -- are you saying, then, that
11       the -- that type of work, the cutouts and the
12       drilling to put locks in, was done in the basement
13       at this period of time?  Is that your
14       recollection?
15   A   I don't know exactly when that went to the -- to
16       the basement area.
17   Q   Okay.  Was there anything else on the second
18       floor?
19   A   Yes.
20   Q   What else?
21   A   Door inspection.
22   Q   Okay.
23   A   See, this is -- I should draw -- the door
24       inspection area actually extended over the top of
25       what I got shown here as the dry kiln area.  Maybe

Page 88

1        I need to write that in there somehow or another,
2        but -- well, we're not writing the department,
3        too, but this building made an L shape like that,
4        and over the top of this dry kiln area was another
5        building, and that housed the inspection area; and
6        there was another that they call a bridge that
7        went over the top of that, and there was
8        another -- I'm sorry; it was this way -- was
9        another elevator that took doors down to the
10       shipping area from that second floor.
11   Q   All right.  Was the second floor also an open area
12       that had posts in it?
13   A   Yes.
14   Q   Okay.  What was going on on the third floor?
15   A   The third floor was -- it was an extension of the
16       veneer mill actually where the flitches that were
17       prepared in the basement area would come up one --
18       one of either elevators to the third floor, and on
19       that floor, the flitches were spliced together.  I
20       don't know if you understand how veneer is made,
21       but they're spliced together.
22   Q   Explain what you mean by "spliced together" so we
23       do understand.
24   A   Well, there's -- the flitches is actually a
25       section of the veneer that comes off the log,

Page 89

1    unless it's a rotary cut, where we were using what
2    was called half-round or sliced, and you come up
3    with a flitch. Those flitches were bookmatched,
4    and those edges would be glued together to form
5    whatever width face you wanted. So the splicing
6    machines were on that floor.
7            First of all, the glue was sprayed
8    on those edges clear down to the basement, and
9    then when they were brought up there and put
10   together, they were run through this machine that
11   had a heating element in that activated this
12   heat-reactant glue, and it would glue that.
13           And almost that entire floor was --
14   was operated by ladies because they're more
15   nimble-fingered than men. Men weren't able to do
16   that.
17 Q    Were there stairs that went from floor to floor?
18 A    Yes. You could walk it or -- these freight
19   elevators were freight elevators. They were not
20   for public traffic for the most part.
21 Q    The stairs, were they -- how many staircases were
22   there?
23 A    One on each end of the building, adjacent to each
24   elevator.
25 Q    Was the third floor also one of these open areas

Page 90

1    where they had the posts that held it up?
2  A    It had less posts because of -- they had the
3    trusses and so on that went across the top. There
4    were less posts up there, than below.
5  Q    Okay. These stairs, how wide were the stairs?
6  A    At least four feet wide.
7  Q    Okay. Well, four -- okay. And the stairs that --
8    that -- go ahead.
9  A    I'm sorry. I hit her machine.
10 Q    Pardon?
11 A    I hit her machine.
12 Q    Oh. As long as you don't hit her.
13          These stairs, did they -- were they
14   an open area, you know, where it had like a
15   railing or did they -- were they enclosed?
16 A    They were open.
17          MR. METCALF: Object to the form of the
18   question.
19 BY MR. CASCINO:
20 Q    Okay. All right. At some point in time they did
21   away with the door mill, is that correct, or did
22   they --
23 A    You're talking about this particular --
24 Q    Yes.
25 A    Yes.

Page 91

1  Q    All right. Did they tear that building down or
2    did they just rebuild it?
3  A    Tore it down.
4  Q    Tore it down. Okay.
5            And what did they -- and what do
6    you call the door mill there, what did they -- is
7    that known as now the core mill?
8  A    No. It's referred to as the door mill, but it's a
9    single -- single-level facility.
10 Q    So they switched from a three-floor building with
11   a basement to a one-floor building?
12 A    Yes.
13 Q    Do they also still use the basement?
14 A    There's no basement.
15 Q    Okay. So it's a one-floor building?
16 A    Yes.
17 Q    All right. Is this one-floor building -- is this
18   an open area?
19 A    For the most part, yes.
20 Q    Okay. What parts were not opened?
21 A    Well, I know -- I guess what I'm saying is there's
22   not many posts. It's just a -- with it being only
23   one story, there's no need for as much support as
24   you would need in a multistory. So it's just --
25   that's all I meant by that.

Page 92

1  Q    So it's one big floor building?
2  A    Yeah.
3  Q    Like every employer dreams of so they can watch
4    their employees. That's off the record. You
5    don't have to answer it. I'll withdraw it. I
6    didn't mean to ask it, but it's true.
7  A    Can I just clarify?
8  Q    Sure. Please clarify.
9  A    They did not knock down the shipping and detail
10   area. That was a new -- this particular building
11   was built in 1897 or 1898, so consequently, it was
12   very old.
13          The shipping detail area was
14   fabricated in 1954, something of that nature. So
15   it's relatively new, and it's all concrete.
16 Q    So they -- okay. And then so that building
17   remained the shipping --
18 A    Yes.
19 Q    -- as is?
20          What about the one above it, the
21   dryer kill [sic]? Did that remain the same?
22 A    No. That was -- that was part of the door mill.
23 Q    And that would become part of the door mill
24   whenever they made the change?
25 A    No, no.

Page 93

1    Q   Go ahead.
2    A   Well --
3    Q   I'm sorry. I just want -- did they tear it down
4        or did they --
5    A   They tore it all down. The whole thing was tore
6        down except the shipping and detailing.
7    Q   Okay. And then the dry kill [sic] went into the
8        one-floor building when -- when it was built?
9    A   Well, if I can explain.
10   Q   Please.
11   A   So much of what's happened with that, they become
12       more of a fabricator than a true manufacturer of
13       all the components. So you don't need some -- you
14       don't need veneer dryers, and you don't need dry
15       kilns in that particular . . .
16   Q   Would the sanding be done on the draw -- when it
17       was -- okay. We're going to switch to make it
18       clear.
19            Now I'm talking about post
20       1965-'66, whenever the new building comes into
21       play.
22            MR. METCALF: And just to be clear,
23       which new building?
24            MR. CASCINO: The door mill building,
25       which he's calling the door mill building.

Page 94

1            MS. ELLIS: No.
2            THE WITNESS: We're talking now then
3        1993 or '94.
4            MR. CASCINO: We're talking about
5        1965-'66, when they go to their -- okay. When
6        was -- let's go back.
7    BY MR. CASCINO:
8    Q   When was the new building built?
9    A   Which building are we talking about?
10   Q   The door mill.
11   A   1993 or '94.
12   Q   Before that period of time, it was a three-floor
13       building?
14   A   Four with the basement, yes.
15   Q   Okay. And when it was a three-floor building, on
16       what floor did they make the actual core -- the
17       asbestos-containing core materials?
18   A   Didn't make it there at all.
19   Q   At some point in time they had the enclave [sic]
20       process --
21   A   Autoclave.
22   Q   Excuse me.
23            (Continuing) -- autoclave process
24       being used?
25   A   Yes.

Page 95

1    Q   And the autoclave process was for making what?
2    A   Mineral core.
3    Q   And that included mineral -- that was mineral core
4        that contained asbestos, correct?
5    A   Yes, uhm-hm.
6    Q   When did they start -- strike that.
7            What floor did they make the
8        mineral core on prior to 1993?
9    A   They didn't make it on any of those floors.
10   Q   Where did they make -- where was the autoclave?
11   A   They built a new building in this area.
12   Q   Okay. And you're pointing to an area that is
13       below what?
14   A   There's a veneer warehouse there, still there.
15   Q   Okay. And south of the veneer warehouse they
16       built a new building?
17   A   Yes.
18   Q   And that's where they made the door core material
19       that contained asbestos?
20   A   Yes.
21   Q   All right. That building there, did -- how many
22       floors was it?
23   A   One.
24   Q   And was it also an open area?
25   A   Yes.

Page 96

1    Q   And what other things were being done in the door
2        core -- this new door core area?
3    A   Nothing.
4            MR. METCALF: Object to the form of the
5        question.
6    BY MR. CASCINO:
7    Q   Pardon?
8    A   Nothing. That's all that happened there.
9    Q   Autoclave?
10   A   Well, it was autoclaves and the process of making
11       mineral core, yes.
12   Q   And that mineral core, was that used by
13       Weyerhaeuser to make door core?
14   A   Yes.
15   Q   Okay. And was it also materials that were sold to
16       others?
17   A   Yes.
18   Q   And who was it -- what are some of the examples of
19       people it was sold to?
20   A   Algoma Hardwoods, Eggers Industries, Paine Lumber.
21       Eventually when we made banded core, to Mohawk,
22       General Veneer, Haley Brothers.
23   Q   Okay.
24   A   That's maybe all I can think of right now.
25   Q   I think that's pretty good.

Page 97

1      And the -- what we're talking
2 about, then, is a building that is south of
3 shipping and detail?
4 **A   No.  It's over here (indicating).**
5 Q   I'm sorry; I'm sorry.  It's below the warehouse?
6 **A   Right.**
7 Q   Okay.  And how many entrances does that building
8 have, this one-story building that's south of the
9 warehouse?
10 **A   If I can just point to it, it was one -- as far as**
11 **just walking entrances?**
12 Q   Yes, sir.
13 **A   There was two.**
14 Q   Okay.  And were those doors ever kept open, say,
15 when it was summertime?
16 **A   Yes.**
17 Q   Okay.  And were there windows in that building?
18 **A   No.**
19 Q   And the doors, they would be open at -- how big
20 were these doors?  Were they garage door size or
21 were they --
22 **A   Walk-in doors were 3 by 7 doors like that**
23 **(indicating).**
24 Q   Okay.  And at this point in time -- and again,
25 we're looking south of the warehouse, there's

Page 98

1 nothing on the diagram to indicate the building,
2 but that's where it's at; is that right?
3 **A   I think what you asked me to draw was pre-1967 --**
4 Q   Exactly.  So this is post 1965-'66 that there's a
5 building here (indicating)?
6 **A   Yeah.  '68 -- '66, I guess it was built.**
7 Q   Around the same time period.
8      Can you draw that building, but put
9 a big X in it so we know that that's the door core
10 building, and we know that that's not part of what
11 was there prior to 1966?
12 **A   You want an X on that?**
13 Q   Yeah, put an X on that.
14 **A   Just to explain it.**
15 Q   Just to explain it.
16 **A   It had a jog in it.  That was open down in there.**
17 Q   Gotcha.
18 **A   And these are the autoclaves sticking out the end**
19 **here (indicating).**
20 Q   Maybe do an X on there, so we know it's all
21 post 1965-'66.
22 **A   (Witness complied.)**
23 Q   Beautiful.
24 **A   Should I mark that as mineral core?**
25 Q   Go ahead.  Maybe draw an arrow into a box and put

Page 99

1 "mineral core," so we're all real clear.
2 **A   (Witness complied.)**
3 Q   All right.
4 **A   Okay.**
5 Q   All right.  So they made the -- post-1965 or '66,
6 they build this building, mineral core, and this
7 is where they actually make the
8 asbestos-containing blocks; is that correct?
9      MR. METCALF:  Object to the form of the
10 question.
11 BY THE WITNESS:
12 **A   Yes.**
13 BY MR. CASCINO:
14 Q   All right.  And when a block is made, what happens
15 to it?  Where does it go?
16 **A   After it was totally processed, it would go into**
17 **this warehouse and be stored over here**
18 **(indicating).**
19 Q   Okay.  And that's the warehouse that's directly
20 north of the mineral core building that was built
21 in '65 or '66?
22 **A   Yes, uhm-hm.**
23 Q   Okay.  And what would be done to it in the
24 warehouse?  Would it just sit there or what would
25 be done?

Page 100

1 **A   Just stacked up on pallets.**
2 Q   All right.  When they needed to use the material,
3 where would the -- where would the product go?
4 **A   A lift truck driver would pick it up out of this**
5 **warehouse.  I didn't draw it in because there was**
6 **a road that went down here, and -- I drew that**
7 **railroad track too far.  It ended actually right**
8 **here.**
9 Q   All right.
10 **A   And they could go down this road, and into this**
11 **dry kiln area was an entrance to the core mill,**
12 **which is, as I mentioned, on the north end of the**
13 **door mill.  That's where the core mill went.**
14 Q   So the material -- and I apologize for reaching
15 over.
16 **A   That's okay.**
17 Q   The material would go from the mineral core --
18 **A   It'd go out this door and down the -- there was**
19 **a -- this is a dock into that warehouse.**
20 Q   Into the warehouse?
21 **A   Right.**
22 Q   And then from the warehouse it would go to the dry
23 kiln?
24 **A   Well, it's the core mill.**
25 Q   Core mill.

25 (Pages 97 to 100)

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 101

1  A   There was an alleyway in here.  It's hard to draw
2      that on here.
3  Q   You did great.
4  A   And it was a -- the entrance to the core mill,
5      north end of the core mill.
6  Q   And so they would drive it -- a truck driver would
7      drive it from mineral core to the warehouse?
8  A   Yep.
9  Q   And then a truck driver would drive it from the
10     warehouse to the dry klin -- kiln, sorry.
11 A   Well, into the core mill.
12 Q   Into the core mill.  All right.  Okay.
13         And would it go through the dry
14     kiln building or not?
15 A   Well, there was, like I say, an alleyway here that
16     went right through here that they could drive in.
17 Q   Between the door kiln and the shipping and detail?
18 A   Yeah, uhm-hm.
19 Q   All right.  And these trucks, what kind -- what
20     did these trucks look like?
21 A   They were lift trucks.
22 Q   When I think of a lift truck, I think of like a --
23 A   That's exactly what it is because that's exactly
24     what they are or were.
25 Q   Okay.  And what did they look like?

Page 102

1  A   They had what we called tongs sticking out the end
2      of them that would pick up a pallet.
3  Q   Okay.
4  A   And pick it up off the ground and you could try
5      one, you could take it up to higher heights and
6      set it up on the ledge or whatever.
7  Q   Okay.  I gotcha now.
8  A   A warehouse lift truck.
9  Q   The warehouse lift trucks, were those
10     battery-operated or gas-operated?
11 A   We had both.  These happened to be LP-operated.
12 Q   Okay.  And this -- they would pick it up on a
13     pallet; is that right?
14 A   Right.
15 Q   And the pallet, did it have anything over the
16     pallet?
17 A   Not --
18         MR. METCALF:  Object to the form of the
19     question.
20 BY THE WITNESS:
21 A   Not -- no.
22 BY MR. CASCINO:
23 Q   Okay.  And it's simply like a forklift truck.
24     Would that be a good description?
25 A   Yes.

Page 103

1  Q   All right.  And so it would pick up the -- it
2      would pick up the asbestos block or mineral core
3      and drive it outside to the warehouse, correct?
4         MR. METCALF:  Object to the form of the
5      question.
6  BY THE WITNESS:
7  A   Yes.
8  BY MR. CASCINO:
9  Q   Okay.  And then when they needed the product over
10     in the door mill, they would, again, use these
11     forklifts to -- on pallets to move the material --
12 A   Yes.
13 Q   -- from the warehouse to the door mill?
14 A   Yes.
15 Q   And in the process, they would go by -- would they
16     go actually in the dry kiln or was it by the dry
17     kiln?
18 A   Just down past it, just to get into the core mill.
19 Q   Okay.  It was a -- the dry -- did the dry kiln
20     have a wall on the south side of it?
21 A   There were doors on the dry kiln.  The purpose of
22     a dry kiln is to dry lumber.
23 Q   Right.
24 A   So you would put lumber in there, close the doors
25     and leave them in there for a predetermined length

Page 104

1      of time, and then it was just -- it was just an
2      alleyway.
3  Q   Just an alleyway?
4  A   Right.
5  Q   Okay.  And that would go to the door mill?
6  A   Right.
7  Q   And then what would they do in the door mill?
8  A   It was in the core mill of the door mill.  It was
9      a separate department within the door mill.  It
10     was called the core mill.
11 Q   Okay.
12 A   And that core was taken in there, and of course,
13     the people in the core mill worked off directions
14     from a -- it was called a ticket that would tell
15     them exactly what the size of that door was going
16     to be; and you have to realize that a commercial
17     door could be any size, and so that's what they
18     did.  They assembled that core with stiles and
19     rails on it to be fabricated into a door.
20 Q   Okay.  And then where would they do the cutting
21     or -- you know, to make windows, for example, or
22     drilling to make -- where locks would work?
23 A   In the detail department.
24 Q   All right.  And how would the material go from the
25     door mill to the detail department?

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 105

1  **A   Well, first it'd have to go to the second floor to**
2  **be made into a door.**
3  Q   Okay.
4  **A   And then it would go through saw and sand, and**
5  **then it would go to door inspection -- I take that**
6  **back.**
7        **It would first go to detail, and**
8  **then depending on if it would get finished or not,**
9  **if it didn't get finished, it would go through**
10  **inspection.  If it was going to get finished, it**
11  **would go from detail to finishing; and after it**
12  **was finished, it would go back to the shipping**
13  **room.**
14  Q   Gotcha.
15        MR. CASCINO:  All right.  Can we mark
16  that as Plaintiff Exhibit No. 2.  And thank you
17  very much.  That was very, very helpful.
18        THE WITNESS:  I don't know if anybody
19  can make any sense out of that.
20        MR. CASCINO:  The first one who has.
21        THE WITNESS:  Oh.
22        MR. CASCINO:  Hand it back to him.
23        (Exhibit No. 2 was marked for
24          identification.)
25

Page 106

1  BY MR. CASCINO:
2  Q   At some point in time, they installed -- they
3  installed what is called baghouses; is that
4  correct?
5        MR. METCALF:  Object to the form of the
6  question.
7  BY THE WITNESS:
8  **A   Yes.**
9  **BY MR. CASCINO:**
10  Q   Okay.  When, if you know, did they install these
11  baghouses?
12  **A   I believe they were installed in the mid-'60s.**
13  Q   How many --
14  **A   Mid to late '60s.**
15  Q   All right.  Mid to late '60s?
16  **A   Yeah.**
17  Q   I'm sorry if I cut you off.
18        And how many of these did they
19  install, these baghouses?
20  **A   To my knowledge, two.**
21  Q   Okay.  And what is the purpose of a baghouse?
22  **A   The baghouse is to collect -- probably used for**
23  **more than one thing, but in our case, it was used**
24  **to collect dust that would come from either an**
25  **abrasive planer or a polisher or a sander or a tool**

Page 107

1  **that would be machining particles.  It would**
2  **require transmission to either a waste bin or to a**
3  **fuel hopper.**
4  Q   Okay.  Now, the baghouses, they were not -- they
5  didn't, like, burn the material, did they?
6  **A   No.**
7  Q   They collected material?
8  **A   Yes.**
9  Q   How high off the ground were the baghouses, these
10  two baghouses?
11  **A   The one by the mineral core plant was almost at**
12  **ground level, and the one by the core mill was**
13  **elevated to facilitate backing a hopper truck**
14  **under it, as I recall.**
15  Q   Were these hopper trucks, is that what -- where
16  they would then take it and dump it, for example,
17  at the two sites, Spencer and Cleveland, that
18  you've identified?
19  **A   Yes.**
20  Q   How would the material get into the hopper?
21        MR. METCALF:  Object to the form of the
22  question.
23  BY THE WITNESS:
24  **A   That's the -- the performance of the baghouse with**
25  **a vacuum system.  The material would be brought to**

Page 108

1  **the -- to the baghouse and then dropped out of the**
2  **bottom of the baghouse into this -- into a hopper**
3  **that then was high enough off the ground, it could**
4  **be dropped into a truck.**
5  **BY MR. CASCINO:**
6  Q   The bottom of the -- the bottom opened so a truck
7  could get back into it?
8  **A   Yes.**
9  Q   And it was not enclosed; is that correct?
10  **A   Well, it was outside.  It didn't need to be**
11  **enclosed.**
12  Q   Okay.  So the asbestos waste material would then
13  be dropped from, what, the second floor into the
14  truck?
15  **A   No, it would come in there with a vacuum pipe into**
16  **the baghouse.**
17  Q   Okay.
18  **A   And then the hopper truck would back under it, and**
19  **it was doors on that, and it was totally enclosed,**
20  **the hopper was, on the truck, and the dust would**
21  **drop into that.**
22  Q   So the truck, did it have a roof on it?
23  **A   Sure.**
24  Q   And was that canvas?
25  **A   No.  It was -- as I recall, for the dust part of**

Videotaped Deposition of Ronald Koepke, 2/18/2014

1    it, was -- it was metal.
2  Q   Okay.  And -- and how would it get into -- if it's
3      got a cover on it, how would it get into the
4      truck?
5  A   There was a gate valve on that hopper, and they
6      just dropped it into that.
7  Q   Okay.  And so the gate would open up.  How far
8      above the hopper -- the truck would that gate be?
9  A   Well, as I recall, there was a flexible hose that
10     would let it get down into the truck.  So back the
11     truck into it, and this hose would fit down into
12     the truck.
13  Q   Who designed the -- the baghouse system for
14     Weyerhaeuser's plant in Marshfield?
15  A   Well, at that time frame that you're talking
16     about, I believe they were called -- they were
17     commercially made, that it was Reese, R-e-e-s-e,
18     as I recall.
19  Q   Okay.  And did Reese come into -- did they -- who
20     came up with the engineering drawings?
21  A   The engineering department, I would assume.
22  Q   In Weyerhaeuser?
23  A   I don't know how that came about, how the
24     determination was made as to what to put in there,
25     to tell you the truth.

1  Q   Okay.  Was that something that people from
2      Weyerhaeuser's plant in Washington worked with the
3      people that supplied the baghouse if you know?
4  A   I don't know.
5          MR. METCALF:  Object to the form of the
6      question.
7  BY THE WITNESS:
8  A   I don't know.
9  BY MR. CASCINO:
10  Q   How often did the baghouse system fail, to your
11     knowledge?
12         MR. METCALF:  Object to the form of the
13     question.
14  BY THE WITNESS:
15  A   I don't know.  I don't think we kept records on
16     how many times it failed.
17         When you say "failed," what do you
18     mean by "failed"?
19  BY MR. CASCINO:
20  Q   That it didn't work.
21  A   Well, they always worked.
22  Q   Okay.  Where it did not -- it did not function
23     with a hundred percent efficiency.
24  A   I can't answer how often.
25  Q   Was it once a month?

1  A   I -- I --
2  Q   That's okay.
3  A   I would imagine maybe once a month.
4  Q   All right.  And would workers have to go out there
5      and fix it?
6  A   Yes.
7  Q   And how would they go about fixing it?
8  A   Well, as I recall, the baghouses had sections in
9      them, and they would -- they would still operate
10     by shutting down one or two sections, and they
11     could go in there then and change a bag or fix the
12     shaking mechanisms or whatever had to be done to
13     them so you could still continue to operate.
14  Q   What type of respiratory protection did these
15     workers have?
16  A   These were the maintenance people, and I'm not
17     sure exactly what they used.
18  Q   Did they use paper masks?
19  A   They had paper masks, yes.
20  Q   Did they use what's called an airline respirator?
21  A   I recall they had those available to those folks,
22     yes.
23  Q   Okay.  That was in the later years; is that
24     correct?
25  A   It was after my time frame of being involved in

1      that, which would have been after 1970, yes.
2  Q   Okay.  And it would be the maintenance employees
3      who had the responsibility of fixing the baghouse
4      when it broke down?
5  A   Yes.
6  Q   Did any of those folks before 1970 wear
7      respirators that had cartridges on it when they
8      went in the baghouse, if you know?
9  A   I don't know.
10  Q   Who was responsible for complying with state
11     regulations concerning asbestos at the facility,
12     if you know?
13  A   I don't -- I don't know.
14  Q   Okay.  Who was in charge at the facility with
15     complying with federal regulations or laws at the
16     facility?
17         MR. METCALF:  Object to the form of the
18     question.
19  BY THE WITNESS:
20  A   I don't know who was responsible for that.
21  BY MR. CASCINO:
22  Q   Okay.  Was the people in corporate in
23     Washington -- were they responsible for that, if
24     you know, or you just simply don't know?
25  A   I don't.

Gramann Reporting, Ltd. (414) 272.7878

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 113

1  Q   Were you there whenever the insurance company --
2      when an insurance company came by to inspect the
3      premises?
4          MR. METCALF:  Object to the form of the
5      question.
6  BY THE WITNESS:
7  A  Not that I recall.
8  BY MR. CASCINO:
9  Q   Who determined how long the samples would be done
10     of asbestos in a particular area of the plant?
11     Was that Joe Wendlick's work?
12         MR. METCALF:  Object to the form of the
13     question.
14 BY THE WITNESS:
15 A  I'm not sure.
16 BY MR. CASCINO:
17 Q   This vacuum system in the plant that wound up
18     materials going into the baghouse, what
19     departments had this ventilation system?
20 A  Each one of the baghouses had its own blower, if
21     you will, to generate the vacuum, and the pipes
22     ran throughout the mill to the -- to the various
23     work centers.
24 Q   Okay.  And what -- what buildings or departments
25     was it that, let's say, before 1966, that these

Page 114

1      blowers -- that these hose lines were connected
2      to?
3          MR. METCALF:  Object to the form of the
4      question.
5  BY THE WITNESS:
6  A  Which department?
7  BY MR. CASCINO:
8  Q   Yes, sir.
9  A  Almost every department had a machine of some type
10     that generated waste or dust; and therefore, there
11     was a vacuum system coming to all those work
12     centers.
13 Q   Okay.  Was the vacuum system -- was that above
14     where the worker would be working?
15 A  Sure.
16 Q   And when the worker would be doing his job, he
17     would be below the vacuum system?
18         MR. METCALF:  Object to the form of the
19     question.
20 BY THE WITNESS:
21 A  Well, I thought that you meant if the pipes went
22     above them, yes, they did.
23         Of course, there were drop lines
24     that came down to the work centers; and depending
25     on the machine, it could have been -- the vacuum

Page 115

1      system would be under -- near the tooling or if
2      the tooling was on top, it could be on the top.
3  BY MR. CASCINO:
4  Q   Okay.  Do you recall there being dust sometimes on
5      the floor that would require the workers to clean
6      up even with the --
7          MR. METCALF:  Object to the --
8  BY THE WITNESS:
9  Q   -- vacuum system?
10         THE COURT REPORTER:  Can you say the
11     question over again, please?
12         MR. CASCINO:  Let me think of it.
13         THE COURT REPORTER:  Do you recall if
14     there were vacuum systems --
15 BY MR. CASCINO:
16 Q   Oh.  Do you recall even with the -- the hose line,
17     the vacuum hose line, that there would be
18     materials that would not be collected and would
19     fall to the floor in various departments?
20 A  Yes.
21 Q   And then the workers would be responsible at the
22     end of their shift for cleaning up; is that
23     correct?
24 A  Yes.
25 Q   And what tools did they use to clean up?

Page 116

1  A  Which departments are we talking about?
2  Q   Well, let's say the department that sawed holes in
3      the doors -- holes for windows in the doors or
4      drilled for locks in the doors?
5          MR. METCALF:  Object to the form of the
6      question.
7  BY THE WITNESS:
8  A  In the case of where -- if there was
9      asbestos-containing products and so on, they were
10     instructed to use the vacuum to -- to pick up all
11     of the materials.  If there was dust particles,
12     that could be swept into a hopper or into
13     something that -- to pick up the dust.
14 BY MR. CASCINO:
15 Q   What were they swept by?
16 A  Well, just with a broom or a squeegee.
17 Q   Would the same be true for the sanding
18     department?
19 A  Yes.
20 Q   And so the sanding department, after they were
21     done with their shift, would use shovels and
22     brooms; is that correct?
23         MR. METCALF:  Object to the form of the
24     question.
25

Gramann Reporting, Ltd. (414) 272.7878

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 117

1   BY THE WITNESS:
2   A   Well.
3   BY MR. CASCINO:
4   Q   Go ahead.
5   A   **There wasn't that much dust that you would use a**
6       **shovel or anything.  It was very minimal.**
7   Q   It was visible, though?
8   A   **It was minimal.**
9   Q   It was visible?
10  A   **It was visible.**
11  Q   And it was visible in the sanding department, is
12      that correct, at the end of the shift?
13          MR. METCALF:  Object to the form of the
14      question.
15  BY THE WITNESS:
16  A   **I presume so, yes.**
17  BY MR. CASCINO:
18  Q   And it was -- it was visible in the -- strike
19      that.
20          There was a department that -- it
21      was explained to us where they took the door core
22      material, and they used an electric process, and
23      they'd do the one side, then they'd do the other
24      side.  Does that make any sense?
25  A   **Was this a so-called electronic?**

Page 118

1   Q   Yes.
2   A   **Electronic was used for bonding stiles and rails**
3       **to the edge of a core.**
4   Q   Okay.  And where was that work done at?
5   A   **That was done in the core mill.**
6   Q   Okay.  And would that, even with the vacuum
7       system, generate some visible dust on the ground?
8   A   **No.  The electronics would not.**
9   Q   Well, the moving of the doors, in your opinion,
10      would not?
11  A   **No.**
12  Q   Do you recall them having to clean up, like Rita
13      Treutel -- I'm sorry -- her daughter had to clean
14      up at the end of the day, she said, with a broom?
15          MR. METCALF:  Object to the form of the
16      question.
17  BY THE WITNESS:
18  A   **There could have been materials to be picked up**
19      **that were -- were or were not asbestos-type**
20      **materials.  They did various things at those**
21      **electronics.**
22          **I guess I'm not sure what she's**
23      **referring to at that point.  There was no**
24      **machining done at that point.  It was just**
25      **assembly with solid core material and stiles and**

Page 119

1       rails.
2           MR. CASCINO:  I've always wanted to say
3       this; I never have.  Move to strike the last
4       portion as being nonresponsive.  I think that's --
5       that's like once a year.
6   BY MR. CASCINO:
7   Q   Other than the trucks removing the dust materials
8       from the baghouse, were any other types of
9       equipment used to collect the dust from the
10      baghouses?
11  A   **No.**
12          MR. CASCINO:  Let's take a five-minute
13      break.
14          MR. METCALF:  Okay.
15          THE VIDEOGRAPHER:  Going off the record;
16      end of DVD No. 2.  The time is 3:33.
17          (Recess taken from 3:33 p.m. until
18          3:46 p.m.)
19          THE VIDEOGRAPHER:  We are back on the
20      record with DVD No. 3; the time is 3:46.
21  BY MR. CASCINO:
22  Q   How was asbestos delivered to the plant?  Was
23      it --
24  A   **In railcars.**
25  Q   Was any of it in trucks, as well?

Page 120

1   A   **Not to my knowledge.**
2   Q   And how was it moved from the railroad cars to
3       the -- into the plant?
4   A   **As I recall, the -- both the amosite and**
5       **chrysotile came in cars, and they were dead**
6       **stacked in the cars, and the warehouse people**
7       **would take empty pallets out there and pile down**
8       **the -- the pallets -- or the bags onto these**
9       **pallets and then take 'em and stack 'em up in that**
10      **same warehouse that I indicated the -- the**
11      **finished mineral core was stored in.**
12  Q   Okay.  And occasionally those bags would break; is
13      that correct?
14  A   **Yes.**
15  Q   And how would they go about cleaning up after they
16      had broke?
17  A   **Well, the -- it was put back into a plastic bag or**
18      **a paper bag in some cases and brought into the**
19      **mixing room and mixed with -- with the rest of the**
20      **asbestos.**
21  Q   Okay.  Would they pour it into the new bag?  Or
22      how would they get it into the new bag?
23  A   **I think it was scooped up with a scoop shovel and**
24      **put in.**
25  Q   And there would have been broken bags in any of

Gramann Reporting, Ltd. (414) 272.7878

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 121

1    the departments that it would have been in on some
2    occasion?
3    **A   It never went to any other department other than**
4    **mineral core.**
5    Q   Okay.  Mineral core.  Okay.
6                And these are literally the bags of
7    the two types of asbestos, right?
8    **A   The amosite -- the amosite came in in gunny bags,**
9    **burlap bags, if you will.**
10   Q   Okay.
11   **A   The chrysotile came in in a heavy craft bag that**
12   **was encapsulated with -- with plastic.  It was a**
13   **very sturdy bag that rarely broke.**
14   Q   When was the first time you heard the term
15   "Kaylo"?
16   **A   I believe when I became an assistant foreman in**
17   **the glue room.**
18   Q   And that was roughly when, again?
19   **A   About 1965, as I recall, '65 or '66.**
20   Q   And you had not heard the term "Kaylo" before 1965
21   to 1966 --
22   **A   Not that I recall.**
23   Q   -- is your testimony?
24   **A   Not that I can recall.**
25   Q   Okay.  During the period of the 1970s, did people

Page 122

1    have access to paper masks?
2                MR. METCALF:  Object to the form of the
3    question.
4    BY THE WITNESS:
5    **A   Yes.**
6    BY MR. CASCINO:
7    Q   And the paper masks, do you remember, as we sit
8    here right now, the brand names of those paper
9    masks?
10   **A   I only remember one name, and that happened to**
11   **be -- 3M is the one that comes to mind.**
12   Q   And can you describe the 3M paper masks?  What
13   color were they?
14   **A   They were white.**
15   Q   And do you know if they had one or two straps on
16   them?
17   **A   I believe they had two.**
18   Q   Did they have a number on them?
19   **A   I don't recall.**
20   Q   Did you wear one of those?
21   **A   Yes.**
22   Q   When would you wear one of those?
23   **A   Any time I was on the floor.**
24   Q   And before which process?
25   **A   Well, you're talking post-'70, right?**

Page 123

1    Q   Correct.
2    **A   And we're talking about the mineral core floor.**
3    Q   Okay.  And that was somewhere you'd regularly
4    visit during your job in the '70s?
5    **A   I had an office in the mineral core plant.**
6    Q   Would you wear your mask in the office?
7    **A   No.**
8    Q   Would you wear your mask when you'd be on the
9    floor?
10   **A   Yes.**
11   Q   Do you remember a mask by the name of Wilson?
12               MR. METCALF:  Object to the form of the
13   question.
14   BY THE WITNESS:
15   **A   No, no.  I do not.**
16   BY MR. CASCINO:
17   Q   Do you remember a guy -- gentleman by the name of
18   Molehouse, Mole -- Mossfeld?
19   **A   Mossfeld.**
20   Q   Mossfeld.
21   **A   Yes.**
22   Q   Did he work for you?
23   **A   Yes.**
24   Q   And what did he do for you?  Where did he work?
25   **A   In the finishing department.**

Page 124

1    Q   And what did he do in the finishing department?
2    **A   Various jobs.**
3    Q   Did he work more than in the finishing department,
4    in other areas?
5    **A   He may have.**
6    Q   Did he work in the door core plant?
7    **A   He may have.  I don't know.**
8    Q   What kind of worker was he?
9    **A   Dick's a good worker.  He's still there.**
10   Q   When was the first time you found out someone had
11   been diagnosed with mesothelioma?
12               MR. METCALF:  Object to the form of the
13   question.
14   BY THE WITNESS:
15   **A   I don't recall.**
16   BY MR. CASCINO:
17   Q   Quite a few people that worked at the plant have
18   died from mesothelioma; is that correct?
19               MR. METCALF:  Object to the form of the
20   question.
21   BY THE WITNESS:
22   **A   I -- I don't know.  I don't think so.**
23   BY MR. CASCINO:
24   Q   Do you remember Larry Rogers?
25   **A   Yes.**

31 (Pages 121 to 124)

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 125

1  Q   And were you aware that Larry Rogers passed away
2      from mesothelioma?
3           MR. METCALF:  Object to the form of the
4      question.
5  BY THE WITNESS:
6  A   I knew he passed away, but he didn't know
7      specifically that it was mesothelioma.
8  BY MR. CASCINO:
9  Q   Okay.  Rita Treutel, do you remember her?
10 A   Yes.
11 Q   Are you aware she passed away due to mesothelioma?
12          MR. METCALF:  Object to the form of the
13     question.
14 BY THE WITNESS:
15 A   That's what I was told, but I did not know that
16     before that.
17 BY MR. CASCINO:
18 Q   Okay.  Well, were you told that anybody -- when
19     were you first told by someone that someone had
20     passed away from mesothelioma?
21          MR. METCALF:  Object to the form of the
22     question.
23 BY THE WITNESS:
24 A   As I recall, Rita might have been the first one
25     that I was told.

Page 126

1  BY MR. CASCINO:
2  Q   And when were you told concerning Rita?
3  A   A couple of months after she passed away.
4  Q   How about Roger Seehafer?
5  A   Seehafer?
6  Q   Yes.
7           MR. METCALF:  Object to the form of the
8      question.
9  BY MR. CASCINO:
10 Q   Are you aware that he has mesothelioma?
11          MR. METCALF:  Object to the form of the
12     question.
13 BY THE WITNESS:
14 A   No, I didn't know he had that specifically, no.
15 BY MR. CASCINO:
16 Q   Okay.  Are you aware that Dick Mossfeld has
17     mesothelioma?
18          MR. METCALF:  Object to the form of the
19     question.
20 BY THE WITNESS:
21 A   No.  I'm surprised.
22 BY MR. CASCINO:
23 Q   Have I mentioned anybody -- is there anybody other
24     than who I mentioned that you're aware of passed
25     away from mesothelioma?

Page 127

1           MR. METCALF:  Object to the form of the
2      question.  Are you asking from the plant?
3  BY THE WITNESS:
4  A   No.  I just can't recall right now.
5  BY MR. CASCINO:
6  Q   Did you become aware that mesothelioma was a
7      disease caused by asbestos in the period of, say,
8      2000 plus?
9           MR. METCALF:  Object to the form of the
10     question.
11 BY THE WITNESS:
12 A   Would you repeat the question, please?
13 BY MR. CASCINO:
14 Q   Sure.  When did you first become aware that there
15     was a disease called mesothelioma that was caused
16     by asbestos?
17          MR. METCALF:  Same objection.
18 BY THE WITNESS:
19 A   I -- I guess I knew that prior to 2000.  I'm not
20     sure when.
21 BY MR. CASCINO:
22 Q   When did you become aware that anybody who worked
23     at the plant here in Marshfield had gotten
24     mesothelioma?
25 A   I believe it was Rita Treutel, but I'm just not

Page 128

1      sure.
2  Q   Prior to the year 2000, had you heard the term
3      "mesothelioma"?
4  A   Yes.
5  Q   And when did you first hear the term
6      "mesothelioma"?
7  A   I can't recall exactly when.
8  Q   Was it in the 1960s or 1970s or 1980s?
9  A   I would say 1970s.
10 Q   Let's change gears here.
11          When a new building is built around
12     1965 or 1966, did people from Weyerhaeuser work on
13     the formulas?  And when I say "Weyerhaeuser," I
14     mean the corporate plant.
15          MR. METCALF:  Object to the form of the
16     question.
17 BY THE WITNESS:
18 A   I believe so.
19 BY MR. CASCINO:
20 Q   And did they come here to Marshfield to work on
21     the formulas?
22          MR. METCALF:  Object to the form of the
23     question.
24 BY THE WITNESS:
25 A   At one point in time they did, yes.

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 129

1  BY MR. CASCINO:
2  Q   Okay.  Is that right after they built that new
3      building?
4  A   I'm not sure when.
5  Q   When they built the new building, that was the
6      first time they had the autoclave process, right?
7  A   Yes.
8  Q   Can you explain that process to us?
9  A   Well, an autoclave is a high-pressure steam
10     vessel, and it comes in various forms.  It can be
11     upright; it can be a horizontal.
12          It -- very similar to a pressure
13     cooker, whereby there's an entrance, and you put
14     materials in it, and you close the door on it, and
15     it's locked very tight because it -- you inject
16     steam -- not in all cases, steam; it can actually
17     be used as a water vessel, also, to inject high
18     pressure.
19          And in our case, we used it with
20     high pressure steam to create high temperature and
21     pressure to convert the calcium silicate hydrate
22     to -- to a solid material; and the pressure goes
23     up very slowly, and it depressurizes very slowly,
24     and you open the door and take the material out
25     and process it from there.

Page 130

1  Q   It's sort of like baking a cake?
2  A   Yes, although much higher temperatures, and I
3      don't think you use pressure to make a cake,
4      but . . .
5  Q   You're right; hope not at least.
6          Were these pipelines that -- steam
7      pipelines that went to the -- to that building?
8  A   Yes.
9  Q   And I presume those were generated by the boiler
10     system in the boiler building, the heat?
11 A   We had steam coming from two locations.
12 Q   Okay.
13 A   One from the -- from the boiler room and from a
14     gas-fired boiler, also.
15 Q   Are you familiar with a gentleman by the name of
16     Frank Zickert?
17 A   Yes.
18 Q   And how are you familiar with Frank?
19 A   Frank worked for me in the mineral core plant.
20 Q   Do you realize Frank died of lung cancer?
21          MR. METCALF:  Object to the form of the
22     question.
23 BY THE WITNESS:
24 A   No, I was not aware of that.
25

Page 131

1  BY MR. CASCINO:
2  Q   When did you first become aware that asbestos
3      could cause lung cancer?
4  A   Early '70s.
5  Q   What did -- what do you recall Frank Zickert
6      doing?
7  A   Initially, he was -- when I first met him, he was
8      a worker on the floor.
9  Q   And what floor is that?
10 A   On mineral core, mineral core department.
11 Q   And what floor?
12 A   There is -- was only one floor to the mineral core
13     plant.
14 Q   Oh, that's the --
15 A   The new plant.
16 Q   The building that was built around 1965, '66?
17 A   Yes.  I didn't meet Frank until sometime after
18     1970.
19 Q   Do you know what his jobs were in the mineral core
20     department?
21 A   He did various jobs as a worker on the floor and
22     subsequently became a supervisor.
23 Q   And he was a supervisor in what department?
24 A   In the mineral core plant.
25 Q   Would he have worked near or close-by the

Page 132

1      autoclaves?
2  A   Yes.
3  Q   How would the asbestos get into the autoclave?
4          MR. METCALF:  Object to the form of the
5      question.
6  BY THE WITNESS:
7  A   The asbestos was mixed into a slurry with the
8      other ingredients to make mineral core, and that
9      slurry was poured into forms or molds and stacked
10     on carts that would be like a train, seven carts
11     per autoclave load was pulled into the autoclave.
12 BY MR. CASCINO:
13 Q   When the asbestos -- the chrysotile asbestos from
14     these plastic bags, how would that get into the
15     machine?
16          MR. METCALF:  Object to the form of the
17     question.
18 BY THE WITNESS:
19 A   There's a batch control room that the chrysotile
20     was brought into, and it was metered into the
21     batch per the -- the prescribed amount.
22 BY MR. CASCINO:
23 Q   Okay.  Was it poured in?
24 A   It was poured into a hopper to be weighed because
25     it had to be a specific amount, and then that was

33 (Pages 129 to 132)

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 133

1    **run through a refiner that took it to a baghouse**
2    **above the mixers that dropped the material into**
3    **the mixers.**
4    Q   Okay. So what would it be dumped into before it
5        being weighed?
6            MR. METCALF: Object to the form of the
7        question.
8    BY THE WITNESS:
9    A   **It would be dumped from the bag into a weigh**
10       **hopper.**
11   BY MR. CASCINO:
12   Q   How would the bag -- would someone lift the bag up
13       and physically pour it into a weigh hopper?
14   A   **Yes.**
15   Q   Would they cut open the bag to do that?
16   A   **Yes.**
17   Q   How far was their face from the bag when they
18       would be cutting open the bag?
19           MR. METCALF: Object to the form of the
20       question.
21   BY THE WITNESS:
22   A   **Depending on how tall the person is, I suppose**
23       **from a foot and a half to two feet, three feet at**
24       **most.**
25

Page 134

1    BY MR. CASCINO:
2    Q   Well, their arms aren't three feet long, are they?
3    A   **Mine are 33 inches, and I'm a small man.**
4    Q   Okay. That's not three feet.
5    A   **No, but a six-foot man has probably got a 36-inch**
6        **arm length.**
7    Q   Okay. And the person would physically lift the
8        bag after they cut open -- cut it open?
9    A   **You would pick it off the pallet, set it on the**
10       **edge of the weigh station, slice it open, and then**
11       **dump it into the weigh hopper. That was the**
12       **process.**
13   Q   Okay. And you'll admit that when you would dump
14       the bag into the weigh hopper, that there would be
15       dust in the air?
16           MR. METCALF: Object to the form of the
17       question.
18   BY THE WITNESS:
19   A   **There was -- there was a vacuum shroud that was**
20       **above the weigh hopper that would keep the debris**
21       **from getting airborne.**
22   BY MR. CASCINO:
23   Q   Are you saying it would keep all of the debris
24       from being airborne when you would open up the
25       bag?

Page 135

1    A   **Probably only 98 percent.**
2    Q   And the rest would fall on the floor, correct?
3            MR. METCALF: Object to the form of the
4        question.
5    BY THE WITNESS:
6    A   **Very possibly.**
7    BY MR. CASCINO:
8    Q   And you could visibly see that on the floor; is
9        that correct?
10   A   **Yes.**
11           MR. METCALF: Object to the form of the
12       question.
13   BY MR. CASCINO:
14   Q   And at the end of the -- I'm sorry.
15           MR. METCALF: Object to the form of the
16       question.
17   BY MR. CASCINO:
18   Q   And at the end of the shift, they would clean that
19       up with brooms?
20           MR. METCALF: Again, object to the form
21       of the question.
22   BY THE WITNESS:
23   A   **No.**
24   BY MR. CASCINO:
25   Q   Vacuums?

Page 136

1    A   **Yes.**
2    Q   Airhoses?
3    A   **No airhoses.**
4    Q   There were airhoses in the mineral core?
5    A   **Not on the work floor.**
6    Q   Okay. On the work floor you're saying there were
7        no airhoses?
8    A   **That's correct.**
9    Q   And there were brooms there if they needed them,
10       right?
11   A   **No. There were squeegees.**
12   Q   Would the maintenance people have to repair the
13       steam pipes on various occasions?
14           MR. METCALF: Object to the form of the
15       question.
16   BY THE WITNESS:
17   A   **Yes.**
18   BY MR. CASCINO:
19   Q   And when they would remove -- or when they would
20       do the work on the steam pipes out of the mineral
21       core facility, would they be wearing masks?
22   A   **I'm not sure.**
23   Q   There was no requirement for them to wear masks
24       when they were working on the steam pipes outside
25       the mineral core plant; is that correct?

34 (Pages 133 to 136)

Page 137

1      MR. METCALF:  Object to the form of the
2  question.
3  BY THE WITNESS:
4  A  I'm not sure what the rules were within the
5  maintenance department.
6  BY MR. CASCINO:
7  Q  When did Weyerhaeuser first start warning
8  employees that they could get mesothelioma, if you
9  know?
10      MR. METCALF:  Object to the form of the
11  question.
12  BY THE WITNESS:
13  A  I'm not sure when it started.
14  BY MR. CASCINO:
15  Q  When were the workers first told that they could
16  get lung cancer --
17      MR. METCALF:  Object to the form of the
18  question.
19  BY MR. CASCINO:
20  Q  -- from asbestos?
21  A  I'm not sure.
22  Q  When were the workers first told that they could
23  get asbestosis from asbestos?
24      MR. METCALF:  Object to the form of the
25  question.

Page 138

1  BY THE WITNESS:
2  A  I'm not sure when they were first told.
3  BY MR. CASCINO:
4  Q  Okay.  And when were workers first told that
5  bilateral pleural calcification was related to
6  asbestos exposures?
7      MR. METCALF:  Object to the form of the
8  question.
9  BY THE WITNESS:
10  A  I'm not sure.
11  BY MR. CASCINO:
12  Q  Were you ever tested via the program for testing
13  people for whether or not they had asbestos
14  diseases?
15  A  Yes.
16  Q  And how many years did you have your lungs
17  x-rayed?
18  A  Well, if I could explain the program --
19  Q  Sure.
20  A  -- I was x-rayed every year from the start of the
21  OSHA monitoring -- or the asbestos monitoring up
22  until, I think, 1960 -- or '86, and then it went
23  to every other year because there was no change in
24  it.
25  Q  Have you been diagnosed with any form of

Page 139

1  asbestos-related --
2  A  Not to my knowledge.
3  Q  -- disease?
4      And you go twice a year; is that
5  right?  Did I hear that right?
6      MR. METCALF:  Object to the form of the
7  question.
8  BY THE WITNESS:
9  A  No.
10  BY MR. CASCINO:
11  Q  I'm sorry.  You go every other year now --
12  A  Yes.
13  Q  -- correct?
14  A  Yes.
15  Q  And that's paid for by you, not by Weyerhaeuser,
16  correct?
17  A  That's correct.
18  Q  And that's been true since 1986?
19  A  Yes.
20  Q  The formula for making the door core material with
21  asbestos, we talked about, changed around 1966,
22  correct?
23      MR. METCALF:  Object to the form of the
24  question.
25

Page 140

1  BY THE WITNESS:
2  A  No.
3  BY MR. CASCINO:
4  Q  When did it change?
5  A  We didn't -- I guess you need to clarify for me
6  what do you mean by the formula for making mineral
7  core?  Is that what you're talking about?
8  Q  Yes, sir.
9  A  Weyerhaeuser did not make mineral core prior to
10  1966 or '68.
11  Q  Okay.  And the formulas for making that were
12  developed by the people from the corporate offices
13  in Washington, correct?
14  A  Yes.
15  Q  And was there more than one formula that was used
16  after 1966 --
17      MR. METCALF:  Object to the form of the
18  question.
19  BY MR. CASCINO:
20  Q  -- or after the period that the folks from
21  Weyerhaeuser --
22  A  Not to my knowledge.
23  Q  And it always had amosite in it; is that correct?
24      MR. METCALF:  Object to the form of the
25  question.

35 (Pages 137 to 140)

Page 141

1    BY THE WITNESS:
2    **A   Yes, up until 1978.**
3    BY MR. CASCINO:
4    Q   Okay.  And it always had chrysotile until 1978,
5        correct?
6    **A   Yes.**
7             MR. METCALF:  Object to the form of the
8        question.
9    BY MR. CASCINO:
10   Q   Now, as I understand it, at some point in time,
11       warning labels were put on the pallets of the
12       doors that would be shipped out of the plant?
13   **A   Yes.**
14   Q   No warning labels were put on the actual doors,
15       correct?
16   **A   Yes -- I'm sorry.  Your first question was what?**
17   **I'm sorry.  I thought that's what you said in the**
18   **first question.**
19            MR. CASCINO:  I'm sorry I have to do
20       this to you.  Can you repeat my first question and
21       my second question for the gentleman?
22            (Record read as requested.)
23   BY MR. CASCINO:
24   Q   Is that correct?
25   **A   My -- my answer is that there were warning labels**

Page 142

1    **put on each individual door, but not -- not on the**
2    **pallets, as I recall.**
3    Q   Oh, really?
4    **A   Yes.**
5             MR. CASCINO:  3.
6             MR. METCALF:  Before we mark something,
7        we need to make sure the witness knows what it is.
8        I mean --
9             MR. CASCINO:  Yeah, that's good.  Well,
10       I don't think so, Counsel.  I never actually heard
11       that rule.
12            MR. METCALF:  I mean, I -- if you want
13       to mark it for identification and ask him some
14       questions --
15            MR. CASCINO:  Are you objecting to me
16       marking that as an exhibit, sir?
17            MR. METCALF:  At this point, yes.
18            MR. CASCINO:  What's your basis?
19            MR. METCALF:  There is no basis for it
20       yet.  He hasn't said, "I recognize this document,
21       I know anything about it."
22            I -- at the end of the day, I'm
23       probably not going to have any objection to you
24       marking this as an exhibit.  I'm just --
25            MR. CASCINO:  That's the first time --

Page 143

1    and this is between you and I.  This is the first
2    time I've ever had anyone engage me in this way.
3    That's fine.  Could you -- but we have to refer to
4    it as something, so it's referred to as Exhibit 3.
5             MR. METCALF:  Usually you just ask him
6        to look at it, tell you what it is, has he seen it
7        before --
8             MR. CASCINO:  Really?
9             MR. METCALF:  -- something like that.
10            MR. CASCINO:  I've been doing this a lot
11       of years.  That's brand-new to me.  First time I
12       ever heard this, but I got to use that other one
13       earlier striking the statement.  So I guess we'll
14       put that into that category, Josh.  Okay?
15            MR. METCALF:  Okay.
16            MR. CASCINO:  I gotta insist it's marked
17       as 3.
18            MR. METCALF:  Look.  I'm not --
19            MR. CASCINO:  Whether or not it's in
20       evidence is a whole nother issue.  I got to say
21       it's marked, otherwise, I can't -- I mean, we're
22       going nowhere.
23            MR. METCALF:  And I don't want to hold
24       us up for the afternoon.
25            MR. CASCINO:  Good because I don't

Page 144

1    either.
2             MR. METCALF:  That's fine.
3             MR. CASCINO:  All right.  Could you mark
4        that as Exhibit 3, please?
5             (Exhibit No. 3 was marked for
6             identification.)
7    BY MR. CASCINO:
8    Q   Could I have this, please?  We're going to kind of
9        exchange this back and forth.  Okay?
10            First, sir, this document bears
11       your name on it; is that correct?
12   **A   That's correct.**
13            MR. METCALF:  Could we identify the
14       document for the record first?  I mean, what is
15       it?
16            MR. CASCINO:  I thought you didn't want
17       to identify it first, but I'll tell you, let me
18       work through it, Counsel, and if you think you're
19       being prejudiced, holler, I'll be glad to stop and
20       let you make your objection.  How does that sound?
21            MR. METCALF:  I'm honestly just trying
22       to keep the record clear.  I was thinking along
23       the lines of what the document says, what the date
24       is --
25            MR. CASCINO:  We'll get there.

Page 145

1      MR. METCALF: -- something like that.
2      MR. CASCINO: We'll get there. Okay.
3  BY MR. CASCINO:
4  Q   This document bears your name as someone who's
5      copied on it; is that correct?
6  A   I'm not copied. It's sent to me.
7  Q   Sent to you. Okay. And what is the date of this
8      document?
9  A   February 19th, 1973.
10 Q   And is there anything about this document that
11     would lead you to believe that it was not a
12     Weyerhaeuser Company document?
13     MR. METCALF: Object to the form of the
14     question.
15 BY THE WITNESS:
16 A   None whatsoever.
17 BY MR. CASCINO:
18 Q   Okay. And do you remember receiving this
19     particular document?
20 A   I received a lot of documents. I don't remember
21     this specifically, but obviously I did receive it.
22 Q   Pardon?
23 A   I did receive it.
24 Q   Okay. And, sir, would you be kind enough to read
25     to us the first paragraph of the document entitled

Page 146

1      "Warning Stamp on Mineral Core"? I read that
2      correctly; is that right?
3  A   Sure.
4  Q   Can you read that first paragraph for us, please?
5  A   Sure. "OSHA regulations stipulate that the
6      attached warning must be affixed to products sold
7      which contain asbestos. It has been determined
8      that the warning should appear on the top and two
9      sides of each pallet of mineral core we ship to
10     third-party customers."
11 Q   Okay. That doesn't say anything about individual
12     doors, does it?
13 A   That's correct.
14 Q   Okay. And obviously, when a pallet would be
15     delivered to, like a -- the pallets were intended
16     to be delivered to someone like a hardware store,
17     correct?
18     MR. METCALF: Object --
19 BY THE WITNESS:
20 A   No.
21     MR. METCALF: -- to the form of the
22     question.
23 BY MR. CASCINO:
24 Q   Who were -- who were the pallets delivered to?
25 A   When we call it third-party sales, these are other

Page 147

1      folks that would use it to make another product.
2      We called them secondary manufacturers, and
3      that's -- this would not be hardware stores or
4      anything of that nature.
5      MR. METCALF: Before we go on, I just
6      want to state my objection that this has
7      highlighting on there and a word "now" written.
8      That's obviously added at a much later date.
9      MR. CASCINO: It was added last night.
10     I guess I got excited when I saw it.
11     MR. METCALF: All right.
12 BY THE WITNESS:
13 A   But to clarify, that is not --
14 BY MR. CASCINO:
15 Q   There's no question pending.
16 A   That is not a contradiction to what I said.
17 Q   Okay. Do you have any documents to show, sir,
18     that there was a warning label put on individual
19     doors?
20 A   Do I have documents to see that?
21 Q   Yes.
22 A   I don't have any documents related to the
23     manufacturing process within the plant. Those
24     records were all left out there.
25 Q   Okay. Were those records ever collected by the

Page 148

1      folks in corporate at Washington?
2  A   Not to my knowledge.
3      MR. METCALF: Object to the form of the
4      question.
5  BY MR. CASCINO:
6  Q   Are you aware of any records that were taken by
7      the folks in Washington?
8  A   Not to my knowledge.
9  Q   Are you aware that the medical records may have
10     been taken by the folks in Washington?
11 A   Not to my knowledge.
12 Q   Are you aware that four lawyers showed up,
13     according to Lois Brundidge, from the corporate
14     offices in Washington and took all the medical
15     records?
16     MR. METCALF: Object to the form of the
17     question.
18 BY THE WITNESS:
19 A   Not to my knowledge.
20 BY MR. CASCINO:
21 Q   Are you aware that Weyerhaeuser was concerned that
22     asbestos was being blown out of the plant area
23     into the various neighborhoods?
24     MR. METCALF: Object to the form of the
25     question.

Videotaped Deposition of Ronald Koepke, 2/18/2014

---

Page 149

1  BY THE WITNESS:
2  **A   Not to my knowledge.**
3  BY MR. CASCINO:
4  Q   You're not aware that Weyerhaeuser, in documents,
5      spoke about people in the community complaining
6      about dust?
7  **A   Yes.**
8  Q   You are aware of that?
9  **A   Yes.**
10 Q   And do you recall citizens of the neighborhood
11     complaining about the dust that emanated from the
12     plant?
13 **A   Which plant?**
14 Q   The Marshfield plant.
15 **A   Well, to clarify, you have to tell me which plant**
16 **    because we -- we had at least three, if not four**
17 **    plants.**
18 Q   Okay.  The plant that used asbestos.
19         MR. METCALF:  Object to the form of the
20     question.
21 BY THE WITNESS:
22 **A   I'm not aware of that specifically, no.**
23 BY MR. CASCINO:
24 Q   Are you aware that the city council became
25     concerned that asbestos was coming from the plant

---

Page 150

1      to folks outside the plant?
2          MR. METCALF:  Object to the form of the
3      question.
4  BY THE WITNESS:
5  **A   No.**
6  BY MR. CASCINO:
7  Q   Are you -- was there a creamery that made cheese
8      anywhere close to the plant?
9  **A   Yes.**
10 Q   And where was that creamery?  On what side of the
11     plant?
12 **A   It would be on the east side, east of the railroad**
13 **    tracks that -- well, east of the particle board.**
14 **    There was another railroad track that came in here**
15 **    and was on the east side of that (indicating).**
16 Q   Are you aware that folks at the creamery
17     complained about asbestos --
18         MR. METCALF:  Object to the form of the
19     question.
20 BY MR. CASCINO:
21 Q   -- being in the plant?
22 **A   No.**
23 Q   Are you aware that Weyerhaeuser did occasional
24     monitoring outside the plant --
25 **A   Yes.**

---

Page 151

1  Q   -- for asbestos?
2  **A   No.**
3  Q   You're not familiar that they did monitoring for
4      asbestos outside the plant?
5  **A   To my knowledge, they monitored for debris, but**
6  **    not specifically asbestos.**
7  Q   Do you recall them monitoring any of the landfills
8      for asbestos?
9  **A   No.**
10 Q   Do you recall them monitoring downwind from any of
11     the landfills?
12 **A   Not specifically, no.**
13 Q   Do you remember them monitoring at the local high
14     school?
15 **A   No.**
16 Q   When did the cyclone blow up?
17         MR. METCALF:  Object to the form of the
18     question.
19 BY THE WITNESS:
20 **A   I'm not familiar with any cyclone blowing up.**
21 BY MR. CASCINO:
22 Q   For all the years you were there, were there
23     complaints by people in the neighborhood about
24     asbestos -- strike that -- about dust -- let me
25     start over.

---

Page 152

1          At any time that you were at
2      Weyerhaeuser working in Marshfield, were you aware
3      that people in the community complained about dust
4      emanating from the facility?
5  **A   Yes.**
6  Q   And corporate in Washington, they were made aware
7      of that; is that correct?
8          MR. METCALF:  Object to the form of the
9      question.
10 BY THE WITNESS:
11 **A   Yes.**
12 BY MR. CASCINO:
13 Q   Was anybody from any insurance companies involved
14     in the concern about asbestos going into the
15     community?
16         MR. METCALF:  Object to the form of the
17     question.
18 BY THE WITNESS:
19 **A   I'm not sure.**
20 BY MR. CASCINO:
21 Q   Was -- do you recall there being a procedure that
22     was mandated for handling complaints from people
23     in the neighborhood about dust emanating from the
24     facility?
25 **A   I'm not familiar with it.**

---

38 (Pages 149 to 152)

Videotaped Deposition of Ronald Koepke, 2/18/2014

---

Page 153

1    Q   Are you aware of a Mrs. Brant who sent a bill to
2        Weyerhaeuser for the damage done to her crops by
3        Weyerhaeuser's pollution?
4    A   No.
5            MR. METCALF:  Object to the form of the
6        question.
7    BY THE WITNESS:
8    A   No, I'm not aware of it.
9    BY MR. CASCINO:
10   Q   Are you aware that asbestos was dumped in the
11       Weber farm -- at the Weber farm?
12           MR. METCALF:  Object to the form of the
13       question.
14   BY THE WITNESS:
15   A   I'm familiar with the Weber farm, but it's not a
16       landfill.  No, I'm not familiar with that.
17   BY MR. CASCINO:
18   Q   Okay.  And it not being a landfill, it probably
19       would not be proper for Weyerhaeuser to be dumping
20       asbestos at the Weber farm; is that correct?
21           MR. METCALF:  Object to the form of the
22       question.
23   BY THE WITNESS:
24   A   That would be correct, I guess.
25

---

Page 154

1    BY MR. CASCINO:
2    Q   Okay.  And you're aware that asbestos was dumped
3        over by where the airport is; is that correct?
4            MR. METCALF:  Object to the form of the
5        question.
6    BY THE WITNESS:
7    A   There was a city dump at that location, yes.
8    BY MR. CASCINO:
9    Q   Okay.  Are you aware that asbestos was dumped
10       there by Weyerhaeuser?
11   A   I'm not sure.  That was before my time.
12   Q   Did -- was asbestos something that went into the
13       cyclone collectors?
14   A   It wasn't designed to, no.
15   Q   Okay.  Didn't ask if it was designed.
16           I'm asking if it was used for that
17       purpose.
18   A   No.
19   Q   To your knowledge, correct?
20   A   To my knowledge, no.
21   Q   Who is Dick Welch?
22   A   Dick Welch was the general manager of the door
23       division or door mill.
24   Q   Is he still alive?
25   A   No.

---

Page 155

1    Q   Do you recall the State of Wisconsin Department of
2        Natural Resources being concerned enough to write
3        a formal notice concerning air pollution at the
4        Marshfield facility?
5            MR. METCALF:  Object to the form of the
6        question.
7    BY THE WITNESS:
8    A   No.  I'm not familiar with that.
9    BY MR. CASCINO:
10   Q   Are you aware that Joe Wendlick, a senior
11       research -- he was senior research scientist at
12       Longview, which is a plant owned by Weyerhaeuser,
13       were you aware of that?
14           MR. METCALF:  Object to the form of the
15       question.
16   BY THE WITNESS:
17   A   What -- he's what?
18   BY MR. CASCINO:
19   Q   He was the senior research scientist at the
20       Longview plant.
21   A   I'm not sure what his title was when he was
22       located there.
23   Q   What years was Joe Wendlick responsible for
24       activities at the Weyerhaeuser plant in
25       Marshfield, Wisconsin?

---

Page 156

1            MR. METCALF:  Object to the form of the
2        question.
3    BY THE WITNESS:
4    A   To my knowledge, he was here developing the
5        process and then was involved with the
6        administration of the OSHA requirements up until
7        the end of using asbestos, to my knowledge.
8    BY MR. CASCINO:
9    Q   Are you aware that the EPA filed papers concerning
10       compliance with airborne asbestos emissions
11       outside the plant?
12           MR. METCALF:  Object to the form of the
13       question.
14   BY THE WITNESS:
15   A   No.
16   BY MR. CASCINO:
17   Q   Are you aware that the U.S. Environmental
18       Protection Agency complained that Marshfield was
19       an asbestos source and that they needed to comply
20       with the air cleaning standards?
21           MR. METCALF:  Object to the form of the
22       question.
23   BY THE WITNESS:
24   A   No.  I'm not familiar with that.
25

---

Gramann Reporting, Ltd. (414) 272.7878

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 157

1    BY MR. CASCINO:
2    Q   Are you aware that the EPA was concerned because
3        there were visible emissions of asbestos as
4        opposed to nonvisible emission standards?
5            MR. METCALF:  Object to the form of the
6        question.
7    BY THE WITNESS:
8    A   No, I'm not familiar with that.
9    BY MR. CASCINO:
10   Q   Now, the slurry for -- that was used for the door
11       core material to be sent to the baghouse, that was
12       not -- that was not implemented until sometime
13       after 1973; is that correct?
14           MR. METCALF:  Object to the form of the
15       question.
16   BY THE WITNESS:
17   A   Rephrase that again?
18   BY MR. CASCINO:
19   Q   Yeah.  At some point in time, there was a water
20       slurry disposal of the core dust.  Do you recall
21       that?
22   A   Yes.
23   Q   That was not until 1973, correct?
24   A   I'm not sure exactly when, but . . .
25   Q   Was it in the '70s?

Page 158

1    A   Yes.
2    Q   And prior to when that was done, the asbestos
3        materials would be dry as opposed to wet, correct?
4            MR. METCALF:  Object to the form of the
5        question.
6    BY THE WITNESS:
7    A   It was in the form of dust, yes.
8    BY MR. CASCINO:
9    Q   Did you ever receive any publication manual from
10       Joe Wendlick concerning the handling of asbestos
11       in the Weyerhaeuser system?
12   A   Yes.  There was a pamphlet.  I don't recall
13       everything that was in it, but -- Joe put together
14       a standard operating procedure for handling
15       asbestos, but I don't recall everything that was
16       in it.
17   Q   Now, my understanding -- and correct me if I'm
18       wrong, but on a quarterly basis, there was a
19       survey done for -- concerning asbestos at the
20       plant?
21   A   I don't remember that.
22   Q   You don't remember there being quarterly
23       measurements taken for asbestos; is that correct?
24   A   You said measurements or survey?
25   Q   Survey.  We'll use that word.  There were surveys

Page 159

1        being done, correct?
2    A   When you say "survey," are you talking about a
3        written survey?
4    Q   Letting us know that there was asbestos at various
5        points in the plants.
6    A   Are you talking about air monitoring?
7    Q   Correct.
8    A   Yes.  It was done periodically.  I don't recall
9        how often, but . . .
10   Q   Were you ever given the results of those?
11   A   The only results I was given was to indicate that
12       we were either in compliance or borderline or that
13       we needed to improve.
14   Q   Was there a baghouse outside the west exit of the
15       door plant?
16   A   Yes.
17   Q   And if I could direct your attention back to
18       Exhibit No. 2, where would that -- could you point
19       to us where that was?
20   A   I presume that to be -- this is west, and that's
21       the west entrance (indicating) to the -- to the
22       core mill, and there was a baghouse located right
23       there.
24   Q   All right.  And so where it says "door mill," it
25       would be on the west side of -- from your drawing;

Page 160

1        is that correct?
2    A   Yes, yes, right there (indicating).  This is
3        south; that's west (indicating).
4    Q   And when the baghouse becomes -- strike that.
5            The baghouse would occasionally
6        become plugged with excess mineral core dust; is
7        that correct?
8            MR. METCALF:  Object to the form of the
9        question.
10   BY THE WITNESS:
11   A   Yes.
12   BY MR. CASCINO:
13   Q   And when that happened, where would the
14       asbestos -- or the mineral core dust go?
15   A   Into the waste truck.
16   Q   Okay.  Well, if the waste truck's not there, where
17       does it go?
18   A   Then the department would be shut down.
19   Q   Okay.  Are you aware that it would spill out onto
20       the ground immediately beneath the baghouse
21       structure?
22           MR. METCALF:  Object to the form of the
23       question.
24   BY THE WITNESS:
25   A   I'm not aware of that specifically, no.

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 161

```
 1   BY MR. CASCINO:
 2   Q   Okay.  And you don't recall --
 3   A   I don't recall.
 4   Q   -- that?
 5   A   No.
 6   Q   And you don't recall that Weyerhaeuser was
 7       concerned about mineral core dust spills in this
 8       area?
 9   A   I'm sure there was concern if it happened.
10   Q   Do you recall Weyerhaeuser having hired a
11       consultant firm of Roy Western concerning the
12       emissions from the plant?
13   A   No.  I don't recall that.
14   Q   When Joe Wendlick would do these quarterly audits,
15       did he physically do them himself or would he have
16       somebody else do them?
17   A   He physically did it himself as I recall.
18   Q   Was that always every year that he did it four
19       times a year after he decided to do quarterly
20       audits?
21   A   I can't say for sure that he did, but it's my
22       recollection we were doing it quarterly.
23   Q   And he did measurements in the mineral core plant,
24       correct?
25   A   Yes.
```

Page 162

```
 1   Q   And he also did them in the core mill, correct?
 2   A   Yes.
 3   Q   Now, there was a concern about the cyclones, that
 4       mineral core manufacturing materials would be
 5       blown out of the cyclones; is that correct?
 6           MR. METCALF:  Object to the form of the
 7       question.
 8   BY THE WITNESS:
 9   A   I -- I -- yes, there was concern occasionally.
10   BY MR. CASCINO:
11   Q   Was a concrete mixer truck ever implemented at the
12       facility to cause a slurry of asbestos waste?
13   A   Not to my knowledge.
14   Q   So it's your recollection there was no use of a
15       concrete mixer truck used for purposes of causing
16       a slurry for the asbestos waste; is that correct?
17   A   Not that I recall.
18   Q   And you don't recall that the folks in -- at
19       Weyerhaeuser in corporate's office recommended
20       that a concrete mixer be implemented as soon as
21       possible in 1974?
22           MR. METCALF:  Object to the form of the
23       question.
24   BY THE WITNESS:
25   A   No.  Honestly, I -- I don't recall that.
```

Page 163

```
 1   BY MR. CASCINO:
 2   Q   What is the screw conveyor?
 3   A   Well, the bottom of each one of the baghouses that
 4       we had at that time had a screw conveyor in it if
 5       that's the one you're referring to.
 6   Q   How many truckloads in the mid-1970s of waste
 7       from -- solid waste were being done each week?
 8           MR. METCALF:  Object to the form of the
 9       question.
10   BY THE WITNESS:
11   A   Are you talking solid waste or dust?
12   BY MR. CASCINO:
13   Q   Solid waste material.
14   A   Or dust?
15   Q   Everything.
16   A   I'm not sure how many.
17   Q   Okay.  Would it surprise you in 1974 that there
18       were 193 truckloads of solid waste every week?
19           MR. METCALF:  Object to the form of the
20       question.
21   BY THE WITNESS:
22   A   That'd be a total -- 193 trucks every week?
23   BY MR. CASCINO:
24   Q   Yes.
25   A   That's not true.
```

Page 164

```
 1   Q   Do you remember who David Martin was?
 2   A   No.
 3   Q   How about Dan Colberg?
 4   A   Colberg?
 5   Q   Yes.
 6   A   No.
 7   Q   I have a document that was produced by
 8       Weyerhaeuser, and it reads, "Weyerhaeuser
 9       generates 193 truckloads of solid waste each
10       week."  Does that surprise you?
11           MR. METCALF:  Object to the form of the
12       question.
13   BY THE WITNESS:
14   A   Totally.  Yes, it does.
15   BY MR. CASCINO:
16   Q   Now, there was one full-time truck driver at all
17       times, correct, at least one?
18   A   I'm not sure.  They didn't report to me, but . . .
19   Q   Now, were there problems in the wintertime because
20       of free-ups -- freeze-ups in the cold weather that
21       the asbestos could not be wetted when removed from
22       the facility?
23           MR. METCALF:  Object to the form of the
24       question.
25
```

41 (Pages 161 to 164)

Gramann Reporting, Ltd. (414) 272.7878

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 165

```
 1    BY MR. CASCINO:
 2    Q   Do you recall that?
 3    A   I don't recall that, again, because waste haulers
 4        didn't report to me.
 5    Q   Where is the midstate landfill at?
 6    A   Well, as I mentioned, I think we stated that the
 7        landfill in the Town of Cleveland could have been
 8        called a midstate landfill.  I'm not sure.
 9    Q   Were you aware that the Wisconsin Department of
10        Natural Resources was complaining in 1975
11        concerning -- that asbestos was dry when being
12        dumped?
13            MR. METCALF:  Object to the form of the
14        question.
15    BY THE WITNESS:
16    A   I'm not familiar with that.
17    BY MR. CASCINO:
18    Q   It wasn't your job?
19    A   No.
20    Q   And you were, at your high point, one of the top
21        four people -- yeah -- top four managers, is that
22        correct, of the building --
23            MR. METCALF:  Object to the form of the
24        question.
25
```

Page 166

```
 1    BY MR. CASCINO:
 2    Q   -- of the facility?  Excuse me.
 3    A   Of that particular business.
 4    Q   And that business being?
 5    A   In 1975?
 6    Q   Yes, sir.
 7    A   That would have been the mineral core plant, yes.
 8    Q   Were you told about unfavorable ambient air
 9        readings in the core plant in 1975?
10            MR. METCALF:  Object to the form of the
11        question.
12    BY THE WITNESS:
13    A   No.  Core plant was not my -- the core mill.  Did
14        you --
15    BY MR. CASCINO:
16    Q   Core mill, I meant to say.  I'm sorry.
17    A   I did not supervise that area.
18    Q   Who is Dale Schultz?
19    A   I'm not sure if he was a personnel director or if
20        he was an engineer.
21    Q   Were you aware that occasionally there'd be leaks
22        in the mineral core exhaust system that would have
23        to be patched and repaired?
24    A   I'm not familiar with exactly what you're talking
25        about.
```

Page 167

```
 1    Q   Well --
 2    A   The exhaust system?
 3    Q   Yes, the exhaust system that went to the baghouses
 4        that occasionally --
 5            MR. METCALF:  Object to the form of the
 6        question.
 7    BY THE WITNESS:
 8    A   There would be exhaust from the baghouse, not to
 9        the baghouse, but -- anything mechanically
10        converting, I would not be surprised that it
11        was.
12    BY MR. CASCINO:
13    Q   Does the name Carter Day mean anything to you?
14    A   I believe we're referring to baghouses.
15    Q   Yes.  They were one of the manufacturers of the
16        baghouses; is that correct?
17    A   Yes.
18    Q   Now, at some point in time, did the Wisconsin
19        Department of Resources [sic], to your knowledge,
20        issue a rule to show cause as to why Weyerhaeuser
21        did not submit an application form for
22        transporting hazardous materials to a licensed
23        landfill during 1975 and 1976?
24            MR. METCALF:  Object to the form of the
25        question.
```

Page 168

```
 1    BY THE WITNESS:
 2    A   I'm not familiar with that at all.
 3    BY MR. CASCINO:
 4    Q   Are you aware the Wisconsin Department of Natural
 5        Resources did monitoring of the Weyerhaeuser --
 6        outside the Weyerhaeuser property on the southeast
 7        corner?
 8    A   No, I never heard that.
 9    Q   Were there warning signs -- signs in the plant
10        concerning asbestos?
11            MR. METCALF:  Object to the form of the
12        question.
13    BY THE WITNESS:
14    A   When you say "plant," which plant?
15    BY MR. CASCINO:
16    Q   The Marshfield -- the Marshfield plant.  Were
17        there warning signs concerning asbestos in the
18        plant?
19    A   In the mineral core plant, there were warning
20        signs.  I don't recall signs in the -- in the door
21        plant itself.
22    Q   Other than the mineral core plant, were there
23        warning signs concerning asbestos anywhere posted
24        in the plant?
25    A   Not that I'm aware of.
```

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 169

1  Q  Do you remember a Sharon Heckel?
2  A  **Yes.**
3  Q  And what department did she work in?
4  A  **She worked in various departments, as I recall.**
5  Q  Okay.  Did she work in mineral core?
6  A  **I don't recall her working there.**
7  Q  Are you aware she got lung cancer?
8  A  **No, I'm not.**
9         MR. METCALF:  Object to the form of the
10   question.
11  BY MR. CASCINO:
12  Q  Were different departments or jobs labeled by a
13   number?
14  A  **Sure.**
15  Q  So, for example, there's a -- on this particular
16   Weyerhaeuser document there's a number 68, and it
17   says "plywood ripsaw operator," that would mean
18   that that's that job number?  I'll show this to
19   you.
20  A  **Yes.  There was a book, a union contract book, and**
21   **each job had a number to it that -- that you**
22   **referred to when you were requisitioning for help**
23   **for a customer or referring to labor grades or**
24   **whatever.**
25  Q  Sure.  That answered something that we were all

Page 170

1   confused about several weeks ago in a deposition.
2  A  **Oh, is that right?**
3  Q  When you were at -- working at the Marshfield
4   plant, who were the employees that were
5   responsible for purchasing the materials including
6   asbestos?
7         MR. METCALF:  Object to the form of the
8   question.
9  BY THE WITNESS:
10  A  **A purchasing department.**
11  BY MR. CASCINO:
12  Q  Who, do you know, worked in the purchasing
13   department?
14  A  **Tom Bloczynski.**
15  Q  Anyone else?
16  A  **Carl Voll.**
17  Q  Voll?
18  A  **Voll, V-o-l-l.**
19  Q  Who else?
20  A  **That's the only two I can recall in that time**
21   **period.**
22  Q  Okay.
23  A  **Time frame.**
24  Q  What about -- who are the employees that were
25   responsible for receiving asbestos materials?

Page 171

1  A  **Well, the asbestos materials were -- in the**
2   **mineral core plant were received by the -- by the**
3   **warehouse lift truck driver.**
4  Q  Okay.  And who was the warehouse lift truck
5   drivers -- who are the various warehouse lift
6   truck drivers during the period of time you were at the
7   Marshfield plant?
8         MR. METCALF:  Object to the form of the
9   question.
10  BY THE WITNESS:
11  A  **There isn't a name that comes to mind right now.**
12  BY MR. CASCINO:
13  Q  Fair enough.  If you think of someone, would you
14   let us know?
15  A  **Well, no.  I just --**
16  Q  That's fine.
17         When was the first time you were
18   aware of any worker compensation claims being
19   filed against Roddis or Weyerhaeuser?
20         MR. METCALF:  Object to the form of the
21   question.
22  BY THE WITNESS:
23  A  **Compensation claims?**
24  BY MR. CASCINO:
25  Q  Yes, worker comp claims.

Page 172

1  A  **For what particular cause?  I mean --**
2  Q  Related to asbestos-containing materials.
3  A  **I can't recall --**
4         MR. METCALF:  Object to the form of the
5   question.
6  BY THE WITNESS:
7  A  **I can't recall anyone -- when it was or who it**
8   **was.**
9  BY MR. CASCINO:
10  Q  Are you familiar with a gentleman by the name of
11   Val Prust?
12  A  **Prust?**
13  Q  Prust.
14  A  **Yes.**
15  Q  And do you recall that he worked at the paint shop
16   at the Weyerhaeuser plant?
17  A  **I don't recall him working there.**
18  Q  Where did you recall him working?
19  A  **I didn't recall him working at all at the plant,**
20   **but I did know him from outside the plant.**
21  Q  And his wife worked at the plant, as well?
22  A  **Yes.**
23  Q  And was her job -- one of her jobs splicing
24   veneers?
25  A  **As I recall, she worked in the veneer department,**

43 (Pages 169 to 172)

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 173

1      but I don't know the exact job that she did.
2    Q    Did she also, do you recall, work in the hog
3      department?
4    A    I don't --
5    Q    In the basement, the hog?
6    A    I don't know.
7    Q    Do you recall that one of the -- you don't recall
8      Val making -- working there at all, correct?
9    A    Correct.
10   Q    What's Miller's Quick Lunch?
11   A    It was a small facility outside -- just outside
12     the -- where I show the office, it was like over
13     here (indicating) -- it was the other side of the
14     tracks, about here, and folks could go there for a
15     quick lunch or a beer, whatever.  That's about all
16     that they served, beer only there.
17   Q    It was a different era back then.  The Old Style
18     plant said you could have as much beer as you
19     could drink while you were working.
20   A    Bless them.
21   Q    It was the pipefitters that got in trouble, I'm
22     sure.
23            Okay.  Miller's Quick Lunch was
24     outside the plant?
25   A    It was Mueller, actually, M-u-e-l-l-e-r.

Page 174

1    Q    Okay.  And the people would go to lunch there?
2    A    Occasionally.
3    Q    Okay.  And that would include people that worked
4      at the core mill; is that correct?
5    A    I imagine --
6            MR. METCALF:  Object to the form of the
7      question.
8    BY THE WITNESS:
9    A    I could imagine so, yes.
10   BY MR. CASCINO:
11   Q    Was there one or two lunch -- I'm sorry.  Never
12     mind.
13            You remember Sharon Heckel?
14   A    Yes.
15   Q    And she worked as a sander helper in the mineral
16     core department, correct?
17   A    I don't recall her working there.  I'm not denying
18     that she did.  I just don't recall her.
19   Q    Where do you recall her working?
20   A    Over in the door mill itself, and she handled the
21     surplus door duties.
22            We had a program to sell surplus
23     doors to outside entities and to employees, and
24     she did that and various other tasks, but that's
25     all I remember her doing.

Page 175

1    Q    What is the patch and putty department?
2    A    It would be in the core mill.
3    Q    And what --
4    A    That's on the first floor on the north end of the
5      door mill (indicating).
6    Q    And what would someone do that worked in the patch
7      and putty department?
8    A    They would inspect each individual core that would
9      come to them which already had the stiles and
10     rails on it, had been run through the cleaner and
11     then it would be ready to go to the glue room,
12     except that they would look for voids within the
13     surface, and then they would patch those with
14     either putty or they would have electric routers
15     that would route it out and put a patch in so that
16     you have a smooth surface to glue to.
17   Q    That void included asbestos, correct?  Strike
18     that.
19            What they would fill the voids with
20     was a putty that contained asbestos, correct?
21            MR. METCALF:  Object to the form of the
22     question.
23   BY THE WITNESS:
24   A    No.  The putty that I recall was normal wood putty
25     that you would use to repair a void in a -- in

Page 176

1      a -- a defect in a wood surface.
2    BY MR. CASCINO:
3    Q    Now, that would not meet Under Lab's [sic]
4      criteria, would it?
5            MR. METCALF:  Object to the form of the
6      question.
7    BY THE WITNESS:
8    A    Under what?
9    BY MR. CASCINO:
10   Q    What are the -- what is the lab that --
11     Underwriters Lab.  Underwriters Lab would require
12     these doors to have a certain percentage of
13     asbestos in them or not?
14            MR. METCALF:  Object to the form of the
15     question.
16   BY THE WITNESS:
17   A    I don't understand the question.
18   BY MR. CASCINO:
19   Q    Okay.
20   A    The patch could be a wood patch or it could be
21     putty, and to my knowledge, it had nothing to do
22     with asbestos or Underwriters.
23   Q    You don't recall that they would mix asbestos
24     fibers with the putty?
25   A    No.  Of course, I never supervised that area.  I

44 (Pages 173 to 176)

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 177

1    don't have any knowledge of what they did there
2    other than what I knew their function was.
3  Q   Right.
4       MR. CASCINO:  Why don't we take a short
5    break.
6       THE VIDEOGRAPHER:  Going off the record.
7    The time is 4:54.
8       (Recess taken from 4:54 p.m. until
9       5:01 p.m.)
10      THE VIDEOGRAPHER:  We're on the record
11   with DVD No. 4.  The time is 5:01.
12  BY MR. CASCINO:
13  Q   At what point in time did Weyerhaeuser start
14   working on an asbestos-free material for the fire
15   doors?
16  A   In the mid-'70s.
17  Q   And what, to your knowledge, did Weyerhaeuser do
18   in terms of trying to find an asbestos-free
19   product?
20      MR. METCALF:  Object to the form of the
21   question.
22  BY THE WITNESS:
23  A   There were technical people that came from the
24   Longview technical department to Marshfield and
25   tried different ingredients to replace the amosite

Page 178

1    and the chrysotile.
2  BY MR. CASCINO:
3  Q   And you recall that you think that was around the
4    mid-1970s; is that correct?
5  A   Yes, uhm-hm.
6  Q   How long were these people at the facility in
7    Marshfield?
8  A   They would come for a week at a time and came on
9    more than one occasion.
10  Q   Okay.  And so over the period of the mid-1970s,
11   did they do work all the way through 1978, 1979?
12      MR. METCALF:  Object to the form of the
13   question.
14  BY THE WITNESS:
15  A   I can only relate to July of 1976 when I left the
16   department, and they were getting close.  They
17   were working on it at that point.
18  BY MR. CASCINO:
19  Q   Okay.  So they were getting close in July of 1976;
20   is that correct?
21  A   As I recall, yes.
22  Q   And when did they finally make an asbestos-free
23   material for the fire doors?
24  A   June 1978, as I recall.
25  Q   And what is the basis of your recollection?

Page 179

1  A   It was common knowledge within the plant that they
2    were successful in getting an asbestos-free core
3    approved with the Underwriters and Intertech
4    testing or Warnock Hersey as they were called back
5    then.
6  Q   So Underwriters Lab approved it; is that correct?
7  A   Well, it had to be fire tested.  Underwriters
8    didn't care what you had in it for ingredients as
9    long as it passed.
10  Q   Would anyone other than Underwriters have
11   conducted any of the fire tests?
12  A   To my knowledge, Warnock Hersey was another fire
13   labeling agency.
14  Q   How do I spell that?
15  A   That was W-a-r-n-o-c [sic] was one word, and then
16   Hersey was e-r-s-e-y -- H-e-r-s-e-y.
17  Q   Okay.  Now, that formula contained a substance
18   called Tremolite?
19      MR. METCALF:  Object to the form of the
20   question.
21  BY THE WITNESS:
22  A   I'm sorry.  What is it called?
23  BY MR. CASCINO:
24  Q   Are you aware that that formula contained
25   something called Tremolite?

Page 180

1       MR. METCALF:  Object to the form of the
2    question.
3  BY THE WITNESS:
4  A   No, I'm not familiar with that.
5  BY MR. CASCINO:
6  Q   What is your understanding as to what material was
7    used to replace the asbestos, if you know?
8  A   Vermiculite and wood pulp.
9  Q   And you don't know the source of the vermiculite,
10   do you?
11  A   No.
12  Q   Do you know whose name was on the vermiculite bags
13   that came into the plant?
14      MR. METCALF:  Object to the form of the
15   question.
16  BY THE WITNESS:
17  A   As I recall, it didn't come in in bags, it came in
18   in hopper cars.
19  BY MR. CASCINO:
20  Q   Okay.  And do you recall the name of who supplied
21   it?
22  A   As I recall from the requisitions, it was
23   W.R. Grace.
24      THE COURT REPORTER:  Grace?
25      THE WITNESS:  Grace, G-r-a-c-e.

45 (Pages 177 to 180)

Page 181

1   BY MR. CASCINO:
2   Q   What was the record retention policy at
3        Weyerhaeuser when you were there?
4             MR. METCALF:  Object to the form of the
5   question.
6   BY THE WITNESS:
7   A   Which records are you referring to?
8   BY MR. CASCINO:
9   Q   Okay.  Were different records -- let me rephrase
10   it.
11             Did different records have a
12   different retention policy?
13   A   I guess I can't relate to that.  We didn't have a
14   policy for keeping records other than quality
15   control records.
16   Q   Okay.  There'd be quality control records that
17   were kept?
18   A   Yes.
19   Q   Were any records kept concerning sales of
20   asbestos?
21             MR. METCALF:  Object to the form of the
22   question.
23   BY THE WITNESS:
24   A   Sales of asbestos?
25

Page 182

1   BY MR. CASCINO:
2   Q   I'm sorry.  Sales of fire doors.
3   A   Yes.
4   Q   Were there any records kept concerning medical --
5        the medical surveillance program to your
6        knowledge?
7   A   Not to my knowledge.
8   Q   Was there any policy that -- concerning the
9        retention of the formulas that were used?
10             MR. METCALF:  Object to the form of the
11   question.
12   BY THE WITNESS:
13   A   There was only one formula used.
14   BY MR. CASCINO:
15   Q   Okay.  So that was the formula that was developed
16        around 1966 by the folks in Weyerhaeuser's
17        corporate offices that came to Marshfield?
18             MR. METCALF:  Object to the form of the
19   question.
20   BY THE WITNESS:
21   A   To my knowledge, yes.
22   BY MR. CASCINO:
23   Q   And that formula was one we talked about earlier
24        that had chrysotile and amosite in it, correct?
25   A   Yes.

Page 183

1   Q   Do you remember a gentleman by the name of Richard
2        Ackey?
3   A   Yes.
4   Q   And how are you familiar with a gentleman named
5        Richard Ackey?
6   A   He worked in the door inspection department when I
7        was manufacturing superintendent.
8   Q   So you were his supervisor?
9   A   He had a direct supervisor, and I supervised his
10        supervisor.
11   Q   And he was in door inspection, right?
12   A   During that period of time that I knew him, yes.
13   Q   Did he work other jobs, to your recollection?
14   A   I think so.
15   Q   Do you know what those other jobs are?
16   A   No.
17   Q   Okay.  Cecil Schmall, do you remember him?
18   A   Not a Cecil Schmall.
19   Q   Cyril.
20   A   Cyril Schmall, yes.
21   Q   Okay.  And what department do you recall him
22        working in?
23   A   I recall him working in the detail department.
24   Q   And what did they do in the detail department?
25   A   They did the machining for locks, hinges, light

Page 184

1        openings or windows, commonly known.
2   Q   So they would have to saw through the mineral core
3        to do their job?
4             MR. METCALF:  Object to the form of the
5   question.
6   BY THE WITNESS:
7   A   Yes.
8   BY MR. CASCINO:
9   Q   And they would have to drill through as well?
10   A   Yes.
11   Q   And some of those drill bits were as long as
12        36 inches, even longer sometimes, correct?
13             MR. METCALF:  Object to the form of the
14   question.
15   BY THE WITNESS:
16   A   Yes.
17   BY MR. CASCINO:
18   Q   And did you ever watch anyone drill into one of
19        those doors?
20   A   Yes.
21   Q   And when they pulled that drill out, what did you
22        see in the air?
23             MR. METCALF:  Object to the form of the
24   question.
25

Videotaped Deposition of Ronald Koepke, 2/18/2014

---

Page 185

1  BY THE WITNESS:
2  A   Depending on what door you're drilling through, it
3      could be wood dust, and it could be mineral core
4      dust.
5  BY MR. CASCINO:
6  Q   Mineral core dust would have contained asbestos,
7      correct?
8  A   Yes.
9          MR. METCALF:  Object to the form of the
10     question.
11 BY MR. CASCINO:
12 Q   And so you could visually see dust when you pulled
13     out that drill bit from the asbestos-containing
14     mineral core; is that correct?
15         MR. METCALF:  Object to the form of the
16     question.
17 BY THE WITNESS:
18 A   Yes.
19 BY MR. CASCINO:
20 Q   And a worker would breathe that dust; is that
21     correct?
22         MR. METCALF:  Object to the form of the
23     question.
24 BY THE WITNESS:
25 A   I can't -- I'm not sure.

---

Page 186

1  BY MR. CASCINO:
2  Q   Who is Alice Sebastian?
3  A   Wife of Siegfried Sebastian.
4  Q   Do you recall what jobs Alice did at the plant?
5  A   No, I don't.
6  Q   Okay.  I actually ran into Siegfried this morning.
7  A   You did?
8  Q   At the Walgreens.  His wife just got out of the
9      nursing home, and he is as happy as can be.
10 A   Oh, is that right?
11 Q   Yeah.  She fell down or something.
12 A   Oh.  I saw him at the credit union dinner Saturday
13     night.
14 Q   Did you?  Wonderful.  He's such a nice man.
15         Obermeier, do you remember Obie?
16 A   Yes.
17 Q   And he worked in the core mill?
18 A   To my -- no.
19 Q   Okay.  You didn't recall him sanding Kaylo doors?
20 A   No.
21         MR. METCALF:  Object to the form of the
22     question.
23 BY MR. CASCINO:
24 Q   Not at least while you were involved in the core
25     mill?

---

Page 187

1  A   No, not that I recall.
2  Q   Okay.  What was the average number of fire doors
3      that would be manufactured on a weekly basis at
4      Weyerhaeuser's plant in Marshfield?
5          MR. METCALF:  Object to the form of the
6      question.
7  BY THE WITNESS:
8  A   Well, as I mentioned early on, that -- depending
9      on what you're talking about as a fire door, there
10     are 20-minute, 30-minute, 45, 60, 90-minute doors.
11 BY MR. CASCINO:
12 Q   Let's talk about fire doors that had asbestos in
13     them.
14 A   Okay.  Those would be 45, 60 and 90-minute doors,
15     and somewhere in that 20 to 25 percent range at
16     that point in time.
17 BY MR. CASCINO:
18 Q   Okay.  And these 40, 60 and 90 percent [sic]
19     doors, they always had asbestos in them up until
20     the point that -- sometime that they stopped using
21     asbestos; is that correct?
22         MR. METCALF:  Object to the form of the
23     question.
24 BY THE WITNESS:
25 A   From what point in time to --

---

Page 188

1  BY MR. CASCINO:
2  Q   1966 until, let's say, 1979.
3  A   Yes, yes.
4  Q   There was not a fire door that was produced that
5      was -- had a 45-minute, 60-minute or 90-minute
6      other than the asbestos-containing ones that were
7      built at least during the period of 1966 to 1979
8      before obviously a replacement for the material
9      comes into play at some point, correct?
10         MR. METCALF:  Object to the form of the
11     question.
12 BY THE WITNESS:
13 A   Yes.
14 BY MR. CASCINO:
15 Q   Who is Verna Fohrman?
16 A   Verna worked for me in the door inspection
17     department.  She was a first-line supervisor.
18 Q   She was the first woman, I think, to be a
19     supervisor; is that right?
20 A   Yes.
21 Q   And did she work in the door core plant, do you
22     recall?
23 A   Not to my knowledge.
24 Q   At some point in time, were workers required that
25     worked in the -- at the facility required to

---

47 (Pages 185 to 188)

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 189

1   change their clothes at work and take a shower?
2           MR. METCALF: Object to the form of the
3   question.
4   BY THE WITNESS:
5   A   In -- in what area are you referring to?
6   BY MR. CASCINO:
7   Q   In any area of the plant.
8           What areas were those that someone
9       would have to take a shower and change their
10      clothes before going home?
11  A   In the mineral core department that I supervised
12      from '70 to '76, they were required to take a
13      shower and change clothes.
14  Q   Okay. No other department, to your knowledge, was
15      required to do that; is that correct?
16  A   As I understand, the core mill adopted that same
17      policy.
18  Q   When you say the core mill, that does not include
19      the people that were doing the sanding of the door
20      material, does it?
21  A   I'm not sure who fell under that criteria in the
22      core mill.
23  Q   Are you familiar with Elwood Schiller?
24  A   Yes.
25  Q   Who is Mr. Schiller?

Page 190

1   A   He worked in the maintenance department. I'm not
2       sure what his duties were.
3   Q   Did he also do any of the trucks that left the
4       plant with asbestos in them?
5           MR. METCALF: Object to the form of the
6       question.
7   BY THE WITNESS:
8   A   I'm not sure.
9   BY MR. CASCINO:
10  Q   Who is T. Frost, if you know?
11  A   No, I don't know him.
12  Q   These are people from the corporate
13      headquarters --
14  A   Oh.
15  Q   -- that appear on names, so you may or may not.
16          An S. Larson?
17  A   No.
18  Q   R. Metzler?
19  A   No.
20  Q   Roger Odell?
21  A   I know --
22  Q   Go ahead.
23  A   Yes, I know Roger Odell.
24  Q   And how do you know Roger?
25  A   Roger was my supervisor for a couple of years in

Page 191

1   '72 and '73, I believe.
2   Q   And that was at the mineral core?
3   A   Yes.
4   Q   Norm Pacourek, P-a-c-o-u-r-e-k?
5   A   Yeah. Norm worked in the technical department at
6       the door mill.
7   Q   Which building was the technical department in?
8   A   Well, it was over in that area we talked about
9       where they made the glue, formulated the glue, in
10      a small lab above the stockroom.
11  Q   And did they make the glue there or did they
12      purchase the glue?
13  A   They purchased the components and did their own
14      formulating.
15  Q   And the ingredients included phenolic compounds?
16  A   They included phenolic resin, urea formaldehyde
17      resins, straight urea resins, urea fortified with
18      propyl alcohol and flour and water.
19  Q   And no one ever told you that any of those resins
20      contained asbestos; is that correct?
21          MR. METCALF: Object to the form of the
22      question.
23  BY THE WITNESS:
24  A   No one ever told me that. No one's still told me
25      that.

Page 192

1   BY MR. CASCINO:
2   Q   Do you know where they purchased the phenolic
3       compounds from?
4   A   No.
5   Q   Do you know where they purchased any of the resin
6       material -- any of the resins from?
7   A   I think Borden's was a supplier.
8   Q   Borden's?
9   A   Borden's. I'm not sure.
10  Q   Okay. And where are they located out of?
11  A   I'm not sure.
12  Q   And is that Borden's, B-o-r-d- --
13  A   -- d-e-n-s, I guess.
14  Q   Okay. Did you ever watch Roger Seehafer cut holes
15      in the doors that contained asbestos?
16  A   Yes.
17  Q   And did you ever see him drill the doors?
18          MR. METCALF: Object to the form of the
19      question.
20  BY THE WITNESS:
21  A   No.
22  BY MR. CASCINO:
23  Q   And his -- what department did he work in when he
24      would cut the holes in the doors?
25  A   The detail department.

48 (Pages 189 to 192)

Gramann Reporting, Ltd. (414) 272.7878

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 193

1  Q   And people in the detail department were never
2       required to change their clothes at work and take
3       a shower; is that correct?
4           MR. METCALF:  Object to the form of the
5       question.
6  BY THE WITNESS:
7  A   That's correct.
8  BY MR. CASCINO:
9  Q   And people in the detail department were not
10      required to wear a mask; is that correct?
11 A   They were required to wear a mask, as I recall,
12      when they were machining mineral core doors.
13 Q   Are you aware of any documents that indicate that
14      that was the policy?
15 A   I'm not aware of documents that indicate that, no.
16 Q   Did you supervise the detail department at some
17      point?
18 A   Yes.
19 Q   In order to make a raceway for electric locks,
20      that would require drilling into the door core if
21      it contained asbestos; is that correct?
22          MR. METCALF:  Object to the form of the
23      question.
24 BY THE WITNESS:
25 A   Yes.

Page 194

1  BY MR. CASCINO:
2  Q   Same thing would be true when you cut locks?
3           MR. METCALF:  Object to the form of the
4       question.
5  BY THE WITNESS:
6  A   Yes.
7  BY MR. CASCINO:
8  Q   And at the end of a shift people that worked in
9       the detail department, they would sweep up with
10      brooms; is that correct?
11 A   I think most of the cleanup was done with vacuum
12      hoses, but there may have been some brooms.
13 Q   And it was routine for them to clean up at the end
14      of their shifts, correct?
15 A   Yes.
16          MR. CASCINO:  Would you mark this as
17      Exhibit No. 4, please?
18          (Exhibit No. 4 was marked for
19          identification.)
20 BY MR. CASCINO:
21 Q   Directing your attention to what's been marked as
22      Exhibit No. 4, first of all, sir, is that in a
23      form that -- does that cause you any problem in
24      whether or not that's a Weyerhaeuser document?
25 A   No.  It's a Weyerhaeuser document.

Page 195

1  Q   Okay.  And did you receive that document?
2  A   It looks like I was copied on it.
3  Q   Okay.  And does that document talk about trucks as
4       opposed to railcars bringing in asbestos into the
5       plant?
6  A   It says, "Asbestos Trucks."
7  Q   So it wasn't just railroad cars.  There was
8       asbestos trucks as well --
9           MR. METCALF:  Object to the --
10 BY MR. CASCINO:
11 Q   -- bringing asbestos into the plant?
12          MR. METCALF:  Object to the form of the
13      question.
14              And while you're reading that, I'll
15      just go ahead and object to the highlighting
16      that's on there.
17 BY THE WITNESS:
18 A   I don't recall asbestos coming in by trucks.  I
19      can't relate to that.
20 BY MR. CASCINO:
21 Q   That's fine.
22 A   I received a copy of the memo, but I -- that's all
23      I can say.  I don't recall that.
24 Q   Now, do you recall ever meeting with the OSHA
25      folks at the Marshfield plant in the mid-1970s?

Page 196

1  A   I -- I don't recall meeting with them personally.
2  Q   And again, the only mask you recall is the 3M mask
3       being used, right?
4  A   That's the only one I can recall after this late
5       date.
6  Q   Okay.  And were any of the other masks other color
7       or were they all a white --
8  A   All white that I recall.
9  Q   Okay.  And do you recall that those were the 8710
10      3M masks?
11          MR. FOUKAS:  Object to the form.
12 BY MR. CASCINO:
13 Q   Did that ring a bell?
14 A   I don't remember that.  I don't recall a number at
15      all.
16 Q   That'd be something that Joe Wendlick would know
17      probably, right?
18          MR. METCALF:  Object to the form of the
19      question.
20 BY THE WITNESS:
21 A   I'm not sure.  I can't answer for Joe.  He's
22      younger than I am.  His memory might be better.
23 BY MR. CASCINO:
24 Q   And were there always quarterly Marshfield
25      asbestos audits done at least as of June 1975

49 (Pages 193 to 196)

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 197

```
 1      going forward?
 2              MR. METCALF:  Object to the form of the
 3      question.
 4      BY THE WITNESS:
 5      A   I can't answer that for sure.
 6      BY MR. CASCINO:
 7      Q   Were air chisels used to get the material made out
 8          of these pans?
 9              MR. METCALF:  Object to the form of the
10      question.
11      BY THE WITNESS:
12      A   If I could relate to the use of air chisels, it
13          was used to chip the -- when pans were being
14          repaired and so on, there was a buildup of lime
15          and silica that could get into the bottom of the
16          pans, and they'd use air chisels to loosen this
17          up, and that was done by the maintenance people.
18      BY MR. CASCINO:
19      Q   And that silica would include the asbestos
20          materials, that was being cooked, right?
21              MR. METCALF:  Object to the form of the
22      question.
23      BY THE WITNESS:
24      A   It's debatable, possibly.
25
```

Page 198

```
 1      BY MR. CASCINO:
 2      Q   Well, I mean, the pan cleaning, at least according
 3          to Mr. Wendlick, included the -- reducing
 4          considerable airborne asbestos fibers.  Does that
 5          surprise you?
 6              MR. METCALF:  Object to the form of the
 7      question.
 8      BY THE WITNESS:
 9      A   Yes, it does.
10      BY MR. CASCINO:
11      Q   Okay.  Did you receive the quarterly audits for
12          asbestos?
13              MR. METCALF:  Object to the form of the
14      question.
15      BY THE WITNESS:
16      A   I didn't receive the specific measurements and so
17          on.  I only received the -- the pass/fail rating.
18      BY MR. CASCINO:
19      Q   And do you remember receiving measurements that
20          were taken downwind from the dump site such as the
21          Cleveland landfill and the Carter Day baghouse?
22      A   No, I do not remember those.
23      Q   The parking lot, was that owned by Weyerhaeuser or
24          was that owned by the city?
25      A   None of it was owned by the city as I recall.
```

Page 199

```
 1      Q   Okay.  Who owned the parking lot?
 2      A   But there were some private parking lots nearby
 3          that were rented out and so on.
 4      Q   All right.  So there were -- there were parking
 5          lots that were owned the plant that were owned
 6          by someone else that the plant would rent out --
 7      A   Individuals would --
 8      Q   -- or pay out the rent?
 9      A   Individuals would rent parking spots.
10              You have to remember, sometimes in
11          the wintertime, people wanted to plug in their
12          cars.  These private parking lots had plug-ins for
13          their cars.
14      Q   That's smart.  That's what the hotels needed back
15          then.
16              Would the electronic operators --
17          would they be exposed to asbestos in your opinion?
18      A   Yes.
19              MR. METCALF:  Object to the form of the
20      question.
21      BY MR. CASCINO:
22      Q   Would the glue rail folks be exposed to asbestos?
23              MR. METCALF:  Object to the form of the
24      question.
25
```

Page 200

```
 1      BY THE WITNESS:
 2      A   Yes.
 3      BY MR. CASCINO:
 4      Q   The tongue-and-groove operator would be exposed to
 5          asbestos?
 6      A   Yes.
 7      Q   Abrasive planer feeder would be exposed to
 8          asbestos?
 9              MR. METCALF:  Object to the form of the
10      question.
11      BY THE WITNESS:
12      A   Yes.
13      BY MR. CASCINO:
14      Q   What is an off-bearer, o-f-f b-e-a-r-e-r?
15      A   This would be a person that would be on the back
16          end of a machine, whether it be a sander or
17          whatever, and they would position the -- whatever
18          was coming through that machine so they kept the
19          load straight, and it was just a helper.
20      Q   And would they be exposed to asbestos?
21              MR. METCALF:  Object to the form of the
22      question.
23      BY THE WITNESS:
24      A   Possibly.
25
```

50 (Pages 197 to 200)

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 201

1  BY MR. CASCINO:
2  Q   All right. You would defer to the Marshfield
3      asbestos monitoring document if -- as to --
4  **A   Yes.**
5  Q   Okay. How about the unload dryer trim and sort
6      person? Would they be exposed to asbestos fibers?
7          MR. METCALF: Object to the form of the
8      question.
9  BY THE WITNESS:
10 **A   I would say no.**
11 **BY MR. CASCINO:**
12 Q   Okay. But, again, you would defer to the random
13     sampling that was actually done?
14 **A   Yes.**
15         MR. METCALF: Object to the form of the
16     question.
17 BY MR. CASCINO:
18 Q   How about the batch controller? Would they be
19     exposed -- he or she be exposed to asbestos?
20         MR. METCALF: Object to the form of the
21     question.
22 BY THE WITNESS:
23 **A   Only to the extent of the monitoring, I suppose.**
24 **BY MR. CASCINO:**
25 Q   You would defer to the monitoring?

Page 202

1  **A   Yes.**
2  Q   Okay. Were any people ever removed while you were
3      working there and told that they could no longer
4      work in the door core plant?
5  **A   Yes.**
6  Q   And that was because they didn't need further
7      exposure to asbestos?
8  **A   I'm not sure.**
9          MR. METCALF: Object to the form of the
10     question.
11 BY THE WITNESS:
12 **A   I'm not sure why they were removed.**
13 **BY MR. CASCINO:**
14 Q   You don't have any knowledge that they were
15     removed because of their -- they continued to be
16     exposed to asbestos?
17 **A   It was not common knowledge as to why they were**
18 **removed. It could have been a preexisting**
19 **condition.**
20 Q   Were you ever in charge of supervising the
21     monitoring sheets?
22 **A   No.**
23         MR. CASCINO: Would you mark this as the
24     next exhibit, please?
25

Page 203

1          (Exhibit No. 5 was marked for
2      identification.)
3          MR. METCALF: I'll go ahead and object
4      to the highlighting.
5  BY MR. CASCINO:
6  Q   Can you tell me what that document is entitled or
7      about?
8  **A   It says, "Mineral Core Monitoring - Additions."**
9  Q   Okay. And you have nothing suspicious as to
10     whether or not that's not a Weyerhaeuser document
11     that's over 20 years old?
12 **A   It looks like a Weyerhaeuser document.**
13 Q   And you're named in the bottom paragraph or so of
14     that document; is that correct?
15 **A   Yes.**
16 Q   And what does it say there?
17 **A   It says, "The mineral core monitoring sheets we**
18 **are working" --**
19 Q   I'm sorry. I can't hear you.
20 **A   It says, "The mineral core monitoring sheets we**
21 **are working with are to be considered stable as of**
22 **March 1. This would exclude those employees**
23 **bidding out of the areas of the monitoring and**
24 **their considered replacements."**
25 Q   Would you read the paragraph that contains your

Page 204

1      name?
2  **A   It says, "This has been discussed with the**
3  **supervisors in charge of the monitoring sheets,**
4  **Ron Koepke, Wally Mannigel, Bill Haeni, Lloyd**
5  **McDonald and Terry Wolf. If you have any other**
6  **questions," blah, blah, blah.**
7  Q   Okay. Would you mark this --
8  **A   I guess I misunderstood your question. I thought**
9  **you were talking about the mineral core exposure**
10 **monitoring. This is referring to the personnel**
11 **that's on the list as I read this. To answer**
12 **that, yes, I was involved in that obviously.**
13 Q   So you were involved in the asbestos monitoring
14     program?
15 **A   No.**
16         MR. METCALF: Object to the form of the
17     question.
18 BY THE WITNESS:
19 **A   No, I was not. I was involved in supervising the**
20 **list of personnel that were put onto the program,**
21 **but did not have anything to do with the**
22 **monitoring program itself, the exposure program.**
23         MR. CASCINO: Would you mark this as the
24     next exhibit, please?
25

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 205

```
1              (Exhibit No. 6 was marked for
2         identification.)
3              MR. METCALF:  All right.  I'm going to
4    object to the highlighting on this one as well.
5              And for the record, it's got two
6    different dates on it.  So you've got a June 27th,
7    1972, date on the first page and a June 28th,
8    1972, date on the second page.  I don't know that
9    they actually go together, but . . .
10             MR. CASCINO:  I don't know either, to be
11   blunt about it.
12   BY MR. CASCINO:
13   Q   Directing your attention to Exhibit No. 6, is this
14       a Weyerhaeuser document as it appears on its face?
15   A   Appears to be.
16   Q   And you're mentioned in that document, I think?
17             MR. METCALF:  I'm going to object to him
18       answering any questions about the document until
19       he's had a chance to read through the document.
20   BY MR. CASCINO:
21   Q   Okay.  Go ahead.  I'm almost done.  I think they
22       are two separate documents.  The only thing I
23       was -- did you ever get the first one, do you
24       remember?
25   A   I don't --
```

Page 206

```
1    Q   Do you remember?
2    A   I would imagine I did if my name was involved in
3        it.  Normal procedure was that if your name was in
4        it you got copied on it.
5    Q   Okay.  And that talks about the -- who's going to
6        be monitored, right, you played a role in that?
7        Is that what it says or am I misquoting it?
8    A   I don't think I played a role in who was to be
9        sampled if that's the question.
10   Q   What does it say you played a role in the
11       document itself?
12   A   It doesn't appear that I had to be responsible as
13       much as some of the other folks did as far as the
14       monitoring part of it.
15   Q   What does it say in terms of you?  Can you read it
16       to us?
17   A   It just said I was in attendance.  It doesn't say
18       anything else, at least I've not -- unless it's
19       over here.  It says (reading document).
20             MR. METCALF:  She's trying to get it
21       down.  You can take your time and finish the
22       second page if you want to.
23   BY MR. CASCINO:
24   Q   Yeah.  Take your time.
25   A   The way I read it is he's just comparing the
```

Page 207

```
1    sampling process that varies from a dry sampling
2    process to a wet impinger sampling process and
3    trying to determine which one is the best or
4    which one they intend to use, but I don't see
5    where I'm having to do -- have anything to do with
6    the actual . . .
7    Q   Give that to her.
8        The people who worked in patch and
9        putty, they were exposed to asbestos; is that
10       correct?
11             MR. METCALF:  Object to the form of the
12       question.
13   BY THE WITNESS:
14   A   I can't say for sure that they were.
15   BY MR. CASCINO:
16   Q   Okay.  You would defer, though, to Mr. --
17   A   The sampling process, yes.
18   Q   -- the sampling sheet for the monthly asbestos
19       sampling for March of 1975 if it indicated that
20       they were exposed to levels; is that correct?
21   A   That's correct.
22   Q   Okay.  The core mill janitor, was he exposed to
23       asbestos?
24             MR. METCALF:  Object to the form of the
25       question.
```

Page 208

```
1    BY THE WITNESS:
2    A   I was not even aware that they had a janitor.
3    BY MR. CASCINO:
4    Q   Okay.  And folks that did cleanup in the mineral
5        core, they would be exposed to asbestos, right?
6              MR. METCALF:  Object to the form of the
7        question.
8    BY THE WITNESS:
9    A   To the extent that everyone was, yes.
10   BY MR. CASCINO:
11   Q   And they would use shovels to pick up the waste
12       products in the mineral core plant; is that
13       correct?
14             MR. METCALF:  Object to the form of the
15       question.
16   BY THE WITNESS:
17   A   Not totally correct; used shovels as well as
18       vacuum system.
19   BY MR. CASCINO:
20   Q   Okay.  Does it surprise you the vacuum system
21       isn't mentioned in the mineral core cleanup area
22       in its monthly report?
23             MR. METCALF:  Object to the form of the
24       question.  Whose monthly report are we talking
25       about?
```

52 (Pages 205 to 208)

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 209

1          MR. CASCINO: Joe Wendlick's.
2    BY MR. CASCINO:
3    Q   And the people that would actually be dumping the
4        asbestos into the hopper, they would be exposed to
5        asbestos, correct?
6          MR. METCALF: Object to the form of the
7        question.
8    BY THE WITNESS:
9    A   To the extent of the monitoring.
10   BY MR. CASCINO:
11   Q   What is the abrasive planner -- planer?
12   A   It's a machine that dimensions the product to a
13       specific thickness.
14   Q   Was that in the door mill -- the core mill?
15   A   We had -- we had an abrasive planer in the mineral
16       core, and there was an abrasive planer in the core
17       mill.
18   Q   Okay. And the abrasive planer, they would be
19       exposed to asbestos; is that correct?
20         MR. METCALF: Object to the form of the
21       question.
22   BY THE WITNESS:
23   A   I'll defer to the monitoring.
24   BY MR. CASCINO:
25   Q   Would you receive these monthly -- these quarterly

Page 210

1        samples?
2          MR. METCALF: Objection. Asked and
3        answered.
4    BY THE WITNESS:
5    A   As I mentioned before, the only thing I would
6        receive is a pass/fail report. I didn't get the
7        specific results of the monitoring, no.
8          MR. CASCINO: I'm almost done. Just
9        give me a minute, please.
10   BY MR. CASCINO:
11   Q   Would people in the core mill, patch and putty
12       department pound Kaylo plugs into the doors to
13       stop the imperfections?
14         MR. METCALF: Object to the form of the
15       question.
16   BY THE WITNESS:
17   A   Not to my knowledge.
18   BY MR. CASCINO:
19   Q   You'd defer, though, to Joe Wendlick and a
20       document that he wrote to that matter; is that
21       correct?
22         MR. METCALF: Object to the form of the
23       question.
24   BY THE WITNESS:
25   A   I'm not familiar with the document or any of that.

Page 211

1    BY MR. CASCINO:
2    Q   Directing your attention -- would you mark this,
3        please?
4          Have you seen Joe Wendlick's
5        signature?
6    A   Yes.
7    Q   Probably a number of times, right?
8    A   Probably none that I can recall specifically.
9    Q   Okay. Fair enough.
10         MR. METCALF: I'm going to object to
11       this document because I don't see Ron's name
12       anywhere on it, and you can ask him some questions
13       about it, but . . .
14         MR. CASCINO: Okay. Would you mark that
15       as an exhibit, please?
16         (Exhibit No. 7 was marked for
17          identification.)
18         MR. METCALF: We're now up to exhibit?
19         THE COURT REPORTER: 7.
20   BY MR. CASCINO:
21   Q   Do you recognize Joe's signature on that document?
22         MR. METCALF: I'm going to object.
23   BY THE WITNESS:
24   A   No.
25

Page 212

1    BY MR. CASCINO:
2    Q   Okay. That's all right. We'll ask Joe about that
3        document.
4          What is the salvage saw area?
5    A   It was a workstation within the mineral core plant
6        that we would salvage as much as we could out of
7        cores that would get a broken edge or maybe there
8        was an area of the core that didn't sand out where
9        it was perfectly smooth, and we'd salvage as much
10       as we could out of that that would -- that could
11       be used to be machined to make a full-piece core.
12   BY MR. CASCINO:
13   Q   Okay. To those personnel -- the people that you
14       were -- strike that.
15         Were personnel that worked in the
16       salvage saw area exposed to asbestos?
17         MR. METCALF: Object to the form of the
18       question.
19   BY THE WITNESS:
20   A   To the -- to the extent of the monitoring.
21   BY MR. CASCINO:
22   Q   When was the -- there's an old ventilation system,
23       and then they put in a new system. When did they
24       put a new system in?
25         MR. METCALF: Object to the form of the

Videotaped Deposition of Ronald Koepke, 2/18/2014

---

Page 213

1    question.
2    BY THE WITNESS:
3    **A   I don't think I know what you're referring to.**
4    BY MR. CASCINO:
5    Q   Do you recall them ever changing the system for
6        the air -- let me find it. Hang on one second.
7            When did they put the baghouses in
8        roughly?
9    **A   There was a baghouse put in initially in 1966 or**
10   **'67, whenever they built the building.**
11   Q   Okay.
12           MR. CASCINO: All right. I don't think
13       I have any questions -- any further questions at
14       this time. I appreciate your time. I think
15       someone else -- oh, I'm sorry. I have another
16       question.
17   BY MR. CASCINO:
18   Q   Did you -- you met with the Forman Perry
19       attorneys, right, ahead of time?
20   **A   Today?**
21   Q   Whenever; I don't care when. But you met with
22       them?
23   **A   Yes.**
24   Q   Did you meet with the other attorneys sitting --
25       any of the other attorneys sitting at the table?

---

Page 214

1    **A   No.**
2    Q   They were not at any of the meetings?
3    **A   No.**
4            MR. CASCINO: Okay. Let me just make
5        sure of one thing here. Okay. I don't think I
6        have any other questions.
7            MR. METCALF: Do you want to take a
8        quick break?
9            THE VIDEOGRAPHER: Going off the record.
10       The time is 5:48.
11           (Recess taken from 5:48 p.m. until
12           5:59 p.m.)
13           THE VIDEOGRAPHER: We are back on the
14       record at 5:59.
15           EXAMINATION
16   BY MR. FOUKAS:
17   Q   Good afternoon, sir. My name is Anastasios
18       Foukas, and I represent 3M.
19   **A   Pleased to meet you.**
20   Q   Nice to meet you, as well. Heard quite a lot
21       from -- questions today. I hope to be much
22       briefer and much more focused.
23           You mentioned 3M as the
24       manufacturer of some paper masks at the
25       Weyerhaeuser facility, correct?

---

Page 215

1    **A   Yes.**
2    Q   That's the only product that you ever saw
3        manufactured by 3M out at that facility, right?
4    **A   I believe we purchased sander belts from 3M.**
5    Q   The only type of respiratory protection were these
6        paper masks, though, correct?
7    **A   Yes.**
8    Q   And if I understood your testimony earlier, the
9        only time you saw these paper masks being used was
10       after 1970, correct?
11   **A   Yes.**
12   Q   And the only area of the plant where you saw
13       people using the paper masks were -- was the
14       mineral core building, and I believe you said
15       there was -- where they would carve out --
16   **A   The core mill.**
17   Q   -- the core mill?
18   **A   Patch and putty area.**
19   Q   The workers in that area weren't required to wear
20       paper masks the entire time of their shift, were
21       they, in either of those areas?
22   **A   In the mineral core area they were, and in fact,**
23   **they would wear two or three in the course of a**
24   **day; and I'm not sure what the stipulation was in**
25   **the core mill.**

---

Page 216

1    Q   That's because you never supervised the core mill,
2        correct?
3    **A   That's correct.**
4    Q   And you never worked there personally, did you?
5    **A   That's correct.**
6    Q   And I wanted to ask you a little bit about the
7        percentage of fire doors that you mentioned that
8        contained asbestos. You had said that it was
9        25 -- or 20 to 25 percent of the doors contained
10       asbestos. Are you saying of all doors or of just
11       the fire doors?
12   **A   That would be of all doors.**
13   Q   Okay.
14   **A   Yes.**
15   Q   I wanted to talk to you a little bit about the
16       paper masks. You had mentioned that the only one
17       you could recall is 3M, but there were other
18       manufacturers out at the plant, right?
19   **A   Yes.**
20   Q   Do you know who ordered those paper masks?
21   **A   I believe they were ordered from the stockroom.**
22   **The stockroom dispensed all the expendables, the**
23   **gloves, the respirators, what have you.**
24   Q   But who would actually order the expendables in,
25       like these paper masks?

---

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 217

1  A  The storeroom manager was doing that.
2  Q  Do you recall any of the names of the storeroom
3     managers after 1970?
4  A  Sat alongside them Saturday night. First name --
5     nickname is Bud, his last name is Herkert,
6     H-e-r-k-e-r-t.
7  Q  Do you recall what years Bud was the manager of
8     the storeroom?
9  A  For sure '70 on until past the asbestos period.
10  Q  And that's -- brings up another point.
11         The masks were only required to be
12     used from 1970 until you phased asbestos out of
13     the products in '78, right?
14  A  Yes, for the most part; although just nuisance
15     dust areas where people are still wearing masks,
16     but that is irrelevant, so . . .
17  Q  After '78 none of the employees were ever required
18     to wear a paper mask again, were they?
19  A  Not to my knowledge.
20  Q  They would only wear it if they wanted to?
21  A  Yes.
22  Q  Do you recall -- strike that.
23         Do you know who delivered the paper
24     masks, what supply house or company?
25  A  No.

Page 218

1  Q  You mentioned that there were rubber bands
2     attaching these masks that you would put --
3  A  Behind your head and below your ear and one above
4     your ear.
5  Q  Do you recall what color those bands were?
6  A  I recall them to be a yellow or orange -- yellow,
7     I believe.
8  Q  This may sound like a silly question, but were you
9     ever trained on how to use a paper mask?
10  A  Yes. Joe Wendlick showed us the proper way to put
11     them on and how to -- to pinch the metal clip down
12     tight around your nose.
13  Q  So -- so we get a better description of these
14     masks, they just covered your nose and mouth,
15     correct?
16  A  Yes.
17  Q  And it was a one size fits all mask?
18  A  Yes.
19  Q  Was there any way to adjust the sizing of the mask
20     other than pinching down on that metal?
21  A  No, not that I recall.
22  Q  Do you recall what color that metal bar was?
23  A  It was an aluminum color.
24  Q  And you've already told us you don't remember the
25     model number --

Page 219

1  A  No.
2  Q  -- of any of the 3M masks. Do you recall any of
3     the model numbers of any of the manufacturers?
4  A  No, I don't. I'm sorry.
5  Q  When the masks were delivered to the mineral core
6     area of the plant, were they in any packaging or
7     were they just loose?
8  A  As I recall, because of the number that we used
9     out there, that we would bring them over in a
10     carton of them, whatever was in a carton, and we
11     had a supply room that we kept that stuff in.
12  Q  You had a supply room at the mineral core
13     facility?
14  A  Yeah; for gloves and all the other expendables
15     that would be used.
16  Q  Do you recall any warning labels or caution labels
17     on the exterior of these cartons?
18  A  No.
19  Q  Do you recall seeing any certifications from the
20     Bureau of Mines on the exterior of these boxes?
21  A  Not that I can recall.
22  Q  How about from OSHA? Was there any certification
23     from OSHA on the exterior?
24  A  Not that I recall.
25  Q  How about from NIOSH?

Page 220

1  A  No.
2  Q  And that was a "no," there was no NIOSH?
3  A  No, not that I recall.
4  Q  You mentioned that workers in the mineral core
5     area would sometimes go through two or three of
6     these masks in a given shift; is that right?
7  A  Yes.
8  Q  So these masks were intended to just be thrown
9     away?
10  A  Yes.
11  Q  Do you know -- it would be up to the worker to
12     determine when to throw the old mask away; is that
13     right?
14  A  Yes.
15  Q  Where would workers in the mineral core area go
16     for breaks or for lunch?
17  A  We had our own -- a separate lunch break --
18     lunchroom.
19  Q  Was that walled off from the production area at
20     all?
21  A  Yes, uhm-hm.
22  Q  And there were restrooms in the mineral core area?
23  A  The restrooms were in the shower room area,
24     showers and locker room.
25  Q  And you mentioned at a certain point workers were

55 (Pages 217 to 220)

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 221

1   issued uniforms that they would -- that they would
2   work in in the mineral core area, right?
3   A   Yes.
4   Q   Do you recall when that started?
5   A   **When I went to mineral core in 1970, that was one**
6   **of the first duties I had was to arrange for**
7   **purchasing of uniforms.**
8   Q   So from -- I believe you said the mineral core
9   area started in '68 is when it was actually up for
10  production?
11  A   Yes.
12  Q   From '68 to '70 there were no uniforms?
13  A   **I can't say that for sure, no.**
14  Q   But you had to purchase uniforms in 1970 when you
15  went over there?
16  A   **Well, we also expanded the work crew -- the**
17  **numbers of folks and so on so they could require**
18  **them to get more uniforms and to get everybody on**
19  **the same wavelength.**
20  Q   When you first moved over there in 1970, were
21  workers already using paper masks or was that
22  something that you also instituted?
23  A   **I can't recall if they were.**
24  Q   In any of the other areas that you supervised at
25  the plant, masks were never required for any of

Page 222

1   the workers there, were they?
2   A   **Not that I recall.  Are we talking now in the --**
3   **from '70 to '78?**
4   Q   At any point during your time at the plant other
5   than in the mineral core area which you
6   supervised, you mentioned the core mill which you
7   didn't, but in any of the other areas where you
8   actually worked or supervised, were paper masks
9   ever required?
10  A   **They were required when they were drilling doors**
11  **in the detail department.**
12  Q   And again, that requirement would have started
13  after 1970?
14  A   **I'm not sure.  I wasn't -- I didn't start**
15  **supervising that area until 1978, I believe.**
16  Q   And you never worked in that area yourself, did
17  you?
18  A   **No, but I was -- I was the superintendent so I was**
19  **in there a lot.**
20  Q   You were superintendent before '78 or after?
21  A   **No, no.**
22  Q   So all you can tell us is that in 1978 --
23  A   **That's correct, yes.**
24  Q   -- and that only would have been required until
25  asbestos was phased out --

Page 223

1   A   Yes.
2   Q   -- of the mineral cores, right?
3   A   Yes, uhm-hm.
4   Q   Workers in the mineral core department weren't
5   required to wear their masks when they were going
6   on a break or at lunch, were they?
7   A   **No.  As I recall, most of the employees would wear**
8   **the mask up to lunch break, and that got deposited**
9   **right into the garbage as they went into the lunch**
10  **room.  As they came out, they took a new one, took**
11  **a fresh one.**
12  Q   You never saw -- I'm going to apologize; I know
13  you gave us the pronunciation earlier today --
14  Rita?
15  A   **Treutel.**
16  Q   Treutel.  You never saw Rita Treutel wear a mask,
17  did you?
18  A   **No.  When she worked for me, she worked as a clerk**
19  **in the finishing office, and then later on -- of**
20  **course, that was after 1978 -- she worked in the**
21  **detail office.**
22  Q   And so in both of those capacities when you worked
23  around her, you never saw her wear a mask, did
24  you?
25  A   **No.**

Page 224

1   Q   And Sharon Heckel, did you ever see Sharon wear a
2   mask?
3   A   **No.  I don't recall her working in mineral core.**
4   Q   And do you know a woman by the name of Mabel Carl?
5   A   **Yes.**
6   Q   How do you know Mabel?
7   A   **She worked as a clerk in the office at one time**
8   **here and there.  I just know that she -- she**
9   **worked in the finishing department.  She had been**
10  **a school teacher years back.  I just don't know**
11  **exactly where I first ran across her.**
12  Q   You never saw Mabel Carl ever wear a paper mask,
13  did you?
14  A   **No.**
15  Q   When workers -- when production had stopped for
16  the day in mineral core and there was cleanup
17  going on, were those workers required to wear
18  paper masks?
19  A   **Sure.**
20  Q   The -- the vacuum systems for the dust in the
21  mineral core area, those were operating
22  consistently throughout the production process,
23  right?
24          MR. CASCINO:  Form.
25

56 (Pages 221 to 224)

Gramann Reporting, Ltd. (414) 272.7878

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 225

```
 1   BY THE WITNESS:
 2   A   The baghouse system was on all the time, but there
 3       was an auxiliary vacuum system that we used on the
 4       floors, and that could be shut on or turned off or
 5       started up or whatever.
 6   BY MR. FOUKAS:
 7   Q   And the auxiliary vacuum system is the one you
 8       mentioned for when employees would clean their
 9       areas --
10   A   Yes, individual area.
11   Q   -- after?
12               But the overall baghouse system was
13       always operating?
14   A   Yeah.
15               MR. CASCINO:  Form.
16               MR. FOUKAS:  Sir, I think those are all
17       the questions I have for you today.  Thank you
18       very much.
19               THE WITNESS:  You're welcome.
20               EXAMINATION
21   BY MR. WATSON:
22   Q   Good evening, Mr. Koepke.
23   A   Good evening to you.
24   Q   My name's Brian Watson.  I represent
25       Owens-Illinois.
```

Page 226

```
 1               Have we ever met before today?
 2   A   I don't think so, Brian.
 3   Q   What caused you to appear for your deposition
 4       today?
 5   A   I was subpoenaed.
 6   Q   And do you know who subpoenaed you?
 7   A   This gentleman (indicating).
 8   Q   And are you indicating Mike Cascino, who
 9       represents the plaintiffs in this action?
10   A   Yes.
11   Q   I want to walk through a few different areas, and
12       I'll let you know when I'm transitioning so you
13       can follow me.  Does that sound fair?
14   A   I hope so.  Thank you.
15   Q   Personally, what kind of house did you grow up in?
16       What did your mother and father do for a living?
17   A   We were farmers.
18   Q   Did you run a dairy farm?
19   A   Yes.
20   Q   Besides farming, did your mother and father do
21       anything outside of the farm and household?
22   A   I was raised by my grandparents, and my grandpa
23       worked at the door mill, also, as well as being a
24       farmer.
25   Q   What caused you to seek employment at the Roddis
```

Page 227

```
 1       Plywood?
 2   A   Needed the money.  I guess that's one reason.
 3               I guess I had some aspirations to
 4       being a farmer, but coming fresh out of high
 5       school, in fact, the day I graduated, I started
 6       working at the plant; and as time went on and so
 7       on, I stayed, and I guess I don't have a good
 8       answer for why I decided to come there, but they
 9       were generally, especially in the summer months,
10       always hiring, and it was easy to come down and
11       apply for a job and get it, you know.
12   Q   And you graduated from which high school?
13   A   Spencer.
14   Q   And after you graduated from Spencer High School
15       in 1957, did you take employment at Roddis?
16   A   Yes, May 23rd, 1957.
17   Q   Did you apply for any particular position at
18       Roddis?
19   A   I did only because the year prior to that I worked
20       as an electrician's helper with the maintenance
21       group in between my junior and senior in high
22       school, and I applied to get that job, but I
23       didn't get it because they had awarded an
24       apprenticeship to another gentleman -- well, make
25       a long story short, I didn't get it.
```

Page 228

```
 1   Q   In the 1950s in Marshfield, what did Roddis
 2       Plywood mean to this community?
 3   A   It would probably be the largest employer at that
 4       point in time without a doubt.
 5   Q   Would you be able to estimate the number of
 6       employees that Roddis Plywood had in the 1950s
 7       when you first started?
 8   A   5 to 600.
 9   Q   You then worked continuously at Roddis Plywood
10       until you entered the Army?
11   A   Yes.
12   Q   When did you --
13               (Telephonic interruption.)
14   BY MR. WATSON:
15   Q   When did you enter the Army?
16   A   January 9th, 1962.
17   Q   What caused you to enter the Army on January 9th,
18       1962?
19   A   January 10th -- I'm sorry.  I was due to get out
20       January 9th.
21               I was drafted.
22   Q   And what conflict was occurring at that time?
23   A   The Berlin Crisis and invasion of the Bay of Pigs
24       and President Kennedy activated two divisions, the
25       first -- the fourth armored division out of Fort
```

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 229

1    Hood, Texas, and the 50th infantry division
2    mechanized in Fort Carson, Colorado, and that's
3    where I ended up.
4  Q  Did you receive your papers at home --
5  A  Yes.
6  Q  -- to report?
7  A  Yes.
8  Q  Where were you living at that time?
9  A  412A South Cedar.
10 Q  Where did you go to report for the Army?
11 A  To Neillsville, Wisconsin.
12 Q  Did you then serve overseas in the Army?
13 A  No.  I served my entire tenure at Fort Carson,
14    Colorado.  I did go temporary duty with the Air
15    Force on a couple different occasions, but for the
16    most part, I was at Fort Carson.
17 Q  What ranks did you hold in the Army?
18 A  I achieved Sergeant E-5.
19 Q  Did you start as a Private First Class?
20 A  Yep, yes.  Actually, you start out as Private E-1,
21    and you get to be First Class after 16 weeks of
22    basic training and advanced individual training.
23 Q  And then what date were you discharged?
24 A  I did get discharged.  We got an early out for --
25    they called it convenience of the government.  If

Page 230

1    you were to get out within two weeks of the
2    holidays, meaning Christmas and New Year's, you
3    could get out.  So I got out December 8th or 9th,
4    a month early, actually.
5  Q  Did you receive an honorable discharge?
6  A  Yes.
7  Q  Where did you move back home to in Marshfield or
8    in the Marshfield area after your honorable
9    discharge?
10 A  I moved right -- we moved right back into the
11    apartment we moved out of.
12    In the meantime, I had gotten
13    married -- well, I had gotten married before I
14    went into the Army, and we had two children born
15    during that period of time, and we moved back into
16    that same apartment and stayed there for about a
17    year and a half.
18 Q  What years were your children born?
19 A  I was drafted in -- '62 and '63.
20 Q  What year were you married?
21 A  '61.
22 Q  The reason I was asking you these questions, in
23    your mind, as you look back at your time working
24    at Roddis before your Armed Services, you hadn't
25    served in the Army, you were just about to have

Page 231

1    your first children, and you were just getting
2    married.
3    Do you remember that period
4    discretely as opposed to your time returning to
5    Weyerhaeuser?
6    MR. CASCINO:  Form.
7  BY THE WITNESS:
8  A  Are you talking about the period of being in the
9    Army?
10 BY MR. WATSON:
11 Q  No.  I'm talking about the time that you were
12    working at Roddis and then Weyerhaeuser before
13    your service in the Army?
14 A  Yes, I think so.
15 Q  And in your memory, looking back at it as a
16    discrete event, is it your testimony that you
17    don't recall seeing Kaylo at any point during that
18    time?
19    MR. CASCINO:  Form.  Foundation.
20 BY THE WITNESS:
21 A  I can only say that I do recall them testing a
22    product that was to be ultimately used as a fire
23    door.  I didn't know if it was Kaylo or if it was
24    whatever.  And that's all I can testify to.
25

Page 232

1  BY MR. WATSON:
2  Q  Who would do testing --
3  A  That gentleman that they brought up, Norm
4    Pacourek, was -- was the head technician doing
5    that, and I remember that part of it distinctly.
6  Q  Was the plant owned by Roddis or Weyerhaeuser at
7    that time?
8  A  It was --
9    MR. CASCINO:  Form.  Foundation.
10 BY THE WITNESS:
11 A  From the time I worked there, May 23rd, 1957,
12    until August 1st of 1960, it was owned by Roddis.
13 BY MR. WATSON:
14 Q  In terms of the time when they were doing the
15    testing, was it owned by Roddis, if you remember,
16    or Weyerhaeuser, if you remember?
17 A  I'm not sure.  I just can't -- it would have been
18    very close one way or the other.  I'm not sure.
19    MR. WATSON:  I'm going to mark as
20    Defense Exhibit 1 -- and it's double-sided print,
21    so I'm not using the back side of the print.  I'm
22    only using the front side of the print --
23    THE COURT REPORTER:  Did you want to
24    continue the numbering or a new number?
25    MR. WATSON:  I think the other ones were

58 (Pages 229 to 232)

Page 233

```
 1   marked as Plaintiffs' exhibits.
 2        THE COURT REPORTER:  They were marked as
 3   Koepke exhibits.
 4        MR. WATSON:  Okay.  Then just the next
 5   number in sequence, whichever it is, if you could
 6   tell me.
 7        THE COURT REPORTER:  No. 8.
 8        MR. WATSON:  I'm marking as Exhibit 8
 9   the document marked and Bates labeled at the
10   bottom right-hand side as OCFB1 and only that
11   side.
12        (Exhibit No. 8 was marked for
13         identification.)
14        MR. CASCINO:  Could I see it, please?
15   Form.  Foundation.
16   BY MR. WATSON:
17   Q   Mr. Koepke, if you could take some time and look
18       at that document, and let me know when you've had
19       a chance to review it.
20        MR. CASCINO:  May I have a standing
21   form, foundation?
22        MR. WATSON:  Yes.
23        MR. CASCINO:  Can we take a break in a
24   minute?  I've got to change Band-Aids.
25        MR. WATSON:  Whenever you want.  I'm not
```

Page 234

```
 1   going to stand in the way of changing Band-Aids.
 2        THE VIDEOGRAPHER:  Taking a break?
 3   Going off the record.  The time is 6:24.
 4        (Recess taken from 6:24 p.m. until
 5         6:27 p.m.)
 6        THE VIDEOGRAPHER:  We are back on the
 7   record at 6:27.
 8   BY MR. WATSON:
 9   Q   Mr. Koepke, have you had a chance to look at the
10       document that I've handed you?
11   A   Yes.
12   Q   And I'll represent to you that this is part of a
13       production with an affidavit from Andrew O., OCFB1
14       through OCFB771, and on the document that I've
15       handed you it indicates that Owens-Corning sent to
16       Roddis Plywood experimental Kaylo on
17       September 17th, 1959.
18            Would that agree with your memory
19       of there being a very brief experimental use of
20       core before your service in the Army?
21   A   Yes.
22        MR. CASCINO:  Form.  Foundation.
23   BY THE WITNESS:
24   A   Yes, exactly.  That's just the way I remember it.
25
```

Page 235

```
 1   BY MR. WATSON:
 2   Q   And have you ever seen an invoice like the one
 3       I've shown you just now?
 4   A   No.
 5   Q   That's all the questions I have in terms of the
 6       document that I've handed you, and if you want to
 7       clear it away from you, that'd be just fine.
 8        MR. CASCINO:  Let me see it for a
 9   second.  Thank you, sir.
10   BY MR. WATSON:
11   Q   Now, after you returned to Weyerhaeuser following
12       your service, at what point do you remember Kaylo
13       being used?
14   A   It had to be something like the mid -- the
15       mid-'60s, as I recall.  I just -- I can't be any
16       more precise than that.
17   Q   Did individuals at Weyerhaeuser refer to their own
18       mineral core that they made with their own process
19       generically to Kaylo?
20        MR. CASCINO:  Form.  Foundation.  Also
21   mental state of others.
22   BY THE WITNESS:
23   A   Yes.
24   BY MR. WATSON:
25   Q   In your work for the '60s and '70s and '80s, after
```

Page 236

```
 1   the time that Weyerhaeuser started producing its
 2   own mineral core, would you overhear individuals
 3   and have people refer to things generically as
 4   Kaylo when it was manufactured by Weyerhaeuser?
 5   A   Yes.
 6        MR. CASCINO:  Form.  Foundation.
 7   Hearsay.
 8   BY THE WITNESS:
 9   A   Yes, yes.
10   BY MR. WATSON:
11   Q   In the same way that individuals might see Kleenex
12       or Band-Aids or Aspirin, you would hear people say
13       Kaylo; is that right?
14   A   Yes.
15        MR. CASCINO:  Form.  Foundation.  Mental
16   impression of others and the -- if you go to the
17   store, there's nothing called Kleenex other than
18   Kleenex brand, contrary to what everyone always
19   says.
20   BY MR. WATSON:
21   Q   I didn't get a chance to hear your answer.
22   A   Yes.
23   Q   When you refer to something as being a thermal
24       insulation, do you know what the K-factor means?
25   A   Yes.  To some degree, yes.
```

Page 237

1  Q   And so a low K-factor means that it has low
2      thermal conductivity in terms of its passing heat
3      through the material; is that right?
4  A   Yes.  That's the way I perceive it too.
5  Q   So when someone calls something Kaylo, in fact,
6      it's a low thermal conductivity, keeping K value
7      low; is that right?
8          MR. CASCINO:  Form.  Foundation.
9  BY THE WITNESS:
10 A   I can't --
11         MR. CASCINO:  And hearsay.
12 BY THE WITNESS:
13 A   I can't relate much to that.  I didn't put those
14     two together as being that meaning.
15 BY MR. WATSON:
16 Q   But as you sit here today, would that agree with
17     you that that low K-factor put together with low
18     could mean Kaylo generically, right?
19 A   Yes.
20         MR. CASCINO:  Form.  Foundation.
21     Speculation.  Mental impression of others.
22 BY THE WITNESS:
23 A   Yes.
24 BY MR. WATSON:
25 Q   Did you ever draft the UL certifications or the

Page 238

1      correspondence back and forth to United [sic]
2      Laboratories?
3  A   No, no.
4  Q   What did it mean to have a fire door at Roddis
5      that was rated and certified UL?
6  A   It meant that if you -- if you had a fire-rated
7      door, it meant that that door would be suitable to
8      be used in jurisdictions or municipalities that
9      required a rate of whatever in certain locations,
10     whether it be in a stairwell, corridor doors.
11     Each jurisdiction or municipality can have
12     different requirements in those cases.
13             And if your door did not have or
14     you didn't have a full line of doors that had
15     the -- those fire requirements or fire approvals,
16     you couldn't even bid on those jobs; and that's
17     what -- that was the driving force behind that.
18 Q   Was the UL certification important for safety?
19 A   Yes.
20         MR. CASCINO:  Form.  Foundation.
21 BY THE WITNESS:
22 A   Presumably contingent on the municipalities for
23     that requirement, and the driving factor was
24     safety.
25

Page 239

1  BY MR. WATSON:
2  Q   In most basic terms, what does a fire door do?
3      What purpose does it serve?
4  A   It contains the fire.
5  Q   So if you had a 90-hour [sic] door, what does that
6      mean?
7  A   90-minute door?
8  Q   Or 90-minute door.
9  A   It means that that door will withstand 90 minutes
10     in a controlled fire test with a certified
11     furnace, and that subsequent to 90 minutes would
12     withstand a hose stream test.
13 Q   And in order for a door to be labeled as UL
14     certified, to go out the door with a UL
15     certification on it and to satisfy whatever rating
16     the door had, did Roddis and Weyerhaeuser have to
17     follow specific guidelines in their manufacture of
18     the door?
19 A   Yes.
20 Q   So when Roddis or Weyerhaeuser had a UL
21     certification and it set forth the manufacturing
22     and the materials that were used in that door to
23     achieve that UL certification, Roddis and
24     Weyerhaeuser would follow that UL certification?
25 A   They had to.

Page 240

1  Q   I know you mentioned it earlier, but I want to
2      drill down a little bit more.  What were the
3      ratings that Weyerhaeuser had in its fire doors?
4  A   The maximum rating?  90-minute.
5  Q   What was inside of the 90-minute door?
6  A   Either the Kaylo material or the mineral core
7      produced at Marshfield.
8  Q   Was the material either the Owens Corning Kaylo or
9      the mineral core material laid out in a specific
10     way within the 90-minute door?
11         MR. CASCINO:  Form.
12 BY THE WITNESS:
13 A   When you say "laid out," can you explain that to
14     me?
15 BY MR. WATSON:
16 Q   Sure.  Let me rephrase it.
17             Are there blocks assembled within
18     the inside of the veneers for a 90-minute door?
19 A   Yes, there is for sure with the Kaylo core because
20     the Kaylo core only came in one size, and that was
21     18 inches by 36 inches.
22             And the approvals that we had with
23     Underwriters or Warnock Hersey indicated that we
24     could use blocks to put those together; however,
25     the blocks had to be tongue and groove, in other

Page 241

```
 1        words, if this was a left-hand block, the adjacent
 2        block -- if that had a groove in it, this had a
 3        tongue on it, and that fit together giving that
 4        core stability in a fire test obviously.
 5             Now, if we used our own mineral
 6        core, we produced those in full length -- as many
 7        as we could, at least, in two-foot eight, three
 8        foot, three-foot six, and four-foot lengths, and
 9        six-foot eight, seven foot, and eight foot, widths
10        that was.
11             And then six-foot eight, seven
12        foot, and eight foot in length.  But if we had
13        broken core, we could use the same process as
14        putting blocks back together as I indicated with
15        the Kaylo material.
16   Q    So in the manufacture and the design of the fire
17        doors that involved either the Kaylo material or
18        the mineral core, the layout design was specified
19        by Roddis and Weyerhaeuser and followed in its
20        manufacture process?
21             MR. CASCINO:  Form.  Foundation.
22   BY THE WITNESS:
23   A    That's correct.
24   BY MR. WATSON:
25   Q    And specifically for the Owens Corning Kaylo
```

Page 242

```
 1        material, it was tongue and groove assembled?
 2   A    Yes.
 3             MR. CASCINO:  Form.  Foundation.
 4   BY MR. WATSON:
 5   Q    And when using the --
 6             MR. CASCINO:  Assumes facts not in
 7        evidence.
 8   BY MR. WATSON:
 9   Q    And when using the Owens Corning Kaylo block,
10        tongue-and-groove specification design and
11        manufacturing was followed as the door was made?
12   A    Yes.
13             MR. CASCINO:  Form and foundation.
14   BY THE WITNESS:
15   A    Yes.
16   BY MR. WATSON:
17   Q    I want to transition, again, to another area which
18        was your earlier testimony about the use of raw
19        asbestos fibers in the manufacture of mineral
20        core.  Okay?
21   A    Okay.
22   Q    What were the upstream sellers to Weyerhaeuser of
23        raw asbestos?
24   A    I'm sorry.  I might have misled somebody.  We
25        didn't sell any raw asbestos.
```

Page 243

```
 1   Q    Who was the upstream seller to Weyerhaeuser of raw
 2        asbestos?  So who was the manufacturer or supplier
 3        upstream selling it downstream to Weyerhaeuser?
 4   A    Carey of Canada and North American Asbestos.
 5   Q    Anyone else?
 6   A    And we purchased an inventory of amosite from the
 7        GSA.
 8   Q    And I thought I heard that before, and I want to
 9        drill specifically into that.
10             Were you involved at all with the
11        purchase of the material, raw asbestos fiber, from
12        the United States Government?
13   A    Yes, only to the degree I went with the purchasing
14        agent to New Haven, Indiana, and we looked at the
15        inventory and approved it and bought it.
16   Q    What year did that occur?
17   A    I believe 1974.
18   Q    Where was the raw fiber from the U.S. Government
19        stored that was being sold to Weyerhaeuser?
20   A    I recall it being New Haven, Indiana, at the GSA
21        depot.
22   Q    Was it sold in tonnage?
23   A    Metric tons.
24   Q    Could you testify today about the metric tons that
25        were received from the United States Government?
```

Page 244

```
 1   A    It was a fair amount.  I -- I don't recall.
 2   Q    What type of fiber was sold?
 3   A    It was what was termed medium length amosite.
 4   Q    Do you know why the medium length amosite from the
 5        U.S. Government became available such that
 6        Weyerhaeuser could purchase it?
 7   A    Well, as I understand, it was a strategic
 8        component during the Second World War and Korean
 9        War; and after that point in time, it was not
10        considered a strategic component, so they wanted
11        to sell it.
12   Q    Was it shipped in railcars --
13   A    Yes.
14   Q    -- up here?
15   A    Yes.
16   Q    Just to circle my questions up here, the only
17        Kaylo material that you know was used at Roddis
18        and Weyerhaeuser was Kaylo material manufactured
19        and sold by Owens Corning; is that right?
20             MR. CASCINO:  Form.  Foundation.
21   BY THE WITNESS:
22   A    I -- I can't say that for sure.
23   BY MR. WATSON:
24   Q    Is there any other manufacturer or seller of Kaylo
25        material that you remember being used at Roddis or
```

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 245

1    Weyerhaeuser?
2    A   No.
3    Q   And then individuals at Weyerhaeuser would
4    generically refer to core material as Kaylo; is
5    that right?
6         MR. CASCINO:  Form.  Mental impression
7    of another and foundation.
8    BY THE WITNESS:
9    A   That's true.
10   BY MR. WATSON:
11   Q   And as far as you can testify today, do you have
12   any information, any personal knowledge, anything
13   whatsoever, to testify that Kaylo was ever sold to
14   Roddis or Weyerhaeuser from my client,
15   Owens-Illinois?
16        MR. CASCINO:  Form.  Foundation.
17   BY THE WITNESS:
18   A   I -- I can't answer that.  I don't know.
19   BY MR. WATSON:
20   Q   You don't know because you don't have any
21   information, any personal knowledge of any Kaylo
22   ever purchased by Roddis or Weyerhaeuser from
23   Owens-Illinois; is that right?
24        MR. CASCINO:  Form.  Foundation.  Also
25   mischaracterizes what the witness testified to.

Page 246

1    Asked and answered for the third time.
2    BY THE WITNESS:
3    A   No.  I don't know.
4         MR. WATSON:  Those are all the questions
5    I have.  Thanks.
6         MR. FOUKAS:  If everybody's okay with
7    it, most importantly you, Mike, I forgot to ask
8    about the other product he mentioned.  Do you guys
9    mind if I jump in to ask about that?
10        MR. CASCINO:  Jump in.
11        MR. FOUKAS:  Sorry.
12            FURTHER EXAMINATION
13   BY MR. FOUKAS:
14   Q   I thought I was organized.  Apparently your answer
15   threw me off.
16        Sir, Anastasios Foukas again.
17   Wanted to ask you a little bit about the -- I
18   believe you said you purchased 3M belt sander
19   abrasive paper; is that right?
20   A   It could have been abrasive, but for sure there
21   were polishing belts purchased, which would have
22   been anywhere from a 400 grit down to 120 grit.
23   Q   And you recall the -- do you remember the product
24   name other than polishing belt?
25   A   No.  I know they were 50 inches wide, and

Page 247

1    depending on which sander we were using it on,
2    they had a different circumference length, and I
3    don't remember exactly what they were anymore, but
4    we had more than one sander obviously.
5    Q   What color were these polishing belts?
6    A   Well, they -- I'm quite sure they were called
7    aluminum oxide; now, the color being an off-white
8    to gray, gray color.  Are you talking about the
9    surface of the belt or the back of the belt?
10   Q   Let's start with the surface of the belt.
11   A   That's what I'm referring to as the color.
12        Now, we did purchase some paperback
13   belts as well as cloth-back belts.
14   Q   But you didn't purchase those from 3M, did you?
15   A   I thought we did.  I remember 3M belts.  We only
16   had two suppliers of belts, and 3M was one of
17   them.
18   Q   And these were used on sanders in which area of
19   the plant?
20   A   All.  That included the core mill and the saw and
21   sand department, the mineral core department, the
22   finishing department.
23   Q   How thick were these polishing belts?
24   A   I don't know.  Quite thin.  Obviously --
25   especially the paperback belts were very thin.  I

Page 248

1    doubt if they'd be a 32nd of an inch in thickness,
2    and the cloth-back were a little thicker than
3    that, you know, maybe as much as a 16th of an
4    inch.
5    Q   And the use of these was to polish the products?
6    A   Well, if they were abrasive planer belts, they
7    were used to dimension the product like the Kaylo
8    material -- you didn't see it, but it came in an
9    inch and 11/16.
10        The desired tolerance for it to go
11   to the glue room to be made into a door was an
12   inch-and-a-half.  So after the banding materials
13   was put on, the stiles and the rails, it goes
14   through an abrasive planer and take off -- well,
15   from an inch and 11/16 down to an inch and a half,
16   you're talking 3/16 of an inch, so you're taking
17   3/32 off each side.  I don't know if that
18   fraction is right; I hope it is.  So you're taking
19   a fair amount of material off, so you needed an
20   abrasive planer belt for that.
21        If you're sanding, say, particle
22   board core or stave core, which is either pine
23   blocks or particle board, it's a much more dense
24   material and with the same thing, the gross size
25   would be -- thickness would be an inch and 11/16,

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 249

1  you take it down to an inch-and-a-half; the reason
2  being is when you were at an inch-and-a-half and
3  you'd add a crossband to each side of a 16th inch
4  each, that's another quarter of an inch.  So you
5  went from an inch-and-a-half to an inch and
6  three-quarter.  That's not quite -- inch and
7  five-eighths.  Then the other eighth of an inch
8  was made up of the two sheets of veneer on each
9  side.  So we ended up with an inch and
10  three-quarters going.  That was a nominal
11  thickness for commercial dealers, an inch and
12  three-quarter thick.
13  Q   Okay.
14  A   So to finish the question, the other belts were
15  used for polishing.  This was raw veneer that was
16  unsanded or unpolished, and so it would go through
17  a three-headed sander with a fairly coarse belt
18  first, and then a finer, and then the last one
19  being a very fine one.
20  Q   Do you recall who manufactured the sanders?
21  A   Mostly Timesavers.
22  Q   Do you recall when you first saw the 3M belts?
23      Was this in -- after 1970 when you were in the --
24  A   No.  It was -- the first years that I supervised
25      the finishing area cuz we used a 400 grit belt on

Page 250

1  the sanding line for the panel line.
2  Q   And you said that there were other manufacturers
3  of these belts other than 3M, though, right?
4  A   I just remembered Bear Manning is another
5  supplier.
6  Q   Okay.  And in terms of the -- what -- strike that.
7      In terms of what the sanders were
8  being used for and all those different inch
9  thicknesses and everything else, you took that
10  instruction from your supervisors or the plant
11  personnel, correct?
12  A   It was a so-called SOP, standard operating
13  procedure.
14  Q   Okay.  There were no instructions on the use of
15  these polishing belts or belts from 3M, were
16  there, that you recall -- that you can recall?
17  A   The only instructions were naturally that you took
18  them out of the box and hung them up to acclimate
19  for use and . . .
20  Q   And you don't recall seeing any warnings on any of
21  the polishing belts, do you?
22  A   No.
23  Q   You don't have any knowledge that any of these
24  belts that you believe were manufactured by 3M
25  contained asbestos, do you?

Page 251

1  A   None whatsoever.
2  Q   And you never saw Rita Treutel ever use one of
3  these polishing belts, did you?
4  A   No.
5  Q   You never saw Sharon Heckel ever use any of these
6  polishing belts?
7  A   No.
8  Q   You never saw Mabel Carl ever use any of these
9  polishing belts, did you?
10  A   No.
11      MR. FOUKAS:  That's it.  Thank you.
12      EXAMINATION
13  BY MR. METCALF:
14  Q   All right, Ron.  I just have a few questions
15  today.  It's been a long afternoon, and we've had
16  a lot of discussion back and forth so there are a
17  few things that I just want to kind of clarify.
18      We talked about Kaylo blocks and
19  Weyerhaeuser developing its own core, and I just
20  want to make sure.  Weyerhaeuser never
21  manufactured Kaylo, did they?
22  A   No.
23  Q   Did Roddis ever manufacture Kaylo?
24  A   No.
25  Q   We had some questions back and forth about

Page 252

1  monitoring and who conducted the monitoring and
2  when Joe Wendlick was there and how he interpreted
3  the results and that kind of thing.  Would you
4  defer to Joe on the details of monitoring?
5  A   Yes.
6  Q   There was also some discussion of warnings on
7  doors and cores, and there seemed to be some
8  confusion about the difference between the
9  warnings that would go on doors and the warnings
10  that accompanied cores.
11      Could you just explain for us how
12  warnings were given for doors and with cores?
13  A   Well, once the door -- completed door got to
14  shipping, where the steel label or metal label was
15  attached to the door at that point, and there's a
16  number on each one of those -- those labels that
17  it gets recorded in the check-in book or the
18  recordkeeping at that point.  Then at that point,
19  there was a tape put to the edge of the stile, of
20  the door that had the warning on there that this
21  product contains asbestos.  I don't remember the
22  verbiage precisely, but that's the way the doors
23  were handled.
24      In the mineral core department,
25  especially, and also inclusive of the material

Gramann Reporting, Ltd.  (414) 272.7878

Videotaped Deposition of Ronald Koepke, 2/18/2014

Page 253

1  going to the core mill, the -- this was called raw
2  core, and that just had a white -- actually it was
3  an 8-1/2 by 11 piece of paper that had written on
4  it this product contains asbestos, and they folded
5  that in half and would stick that into the edge of
6  the -- one of the core, and that stayed on the --
7  on that pallet; and if it was a third party sales
8  that went out the door that went with it
9  obviously.  And if the core was taken from the
10  warehouse to the core mill, well, it went along
11  into that direction.
12  Q   Okay.  You also were asked a few questions about
13  the 45, 60 and 90-minute doors that used an
14  asbestos-containing core, and I think the question
15  was did you use those cores from 1966 to 1979; and
16  then we also had some discussion of when asbestos
17  was discontinued in the use of the mineral cores,
18  and I just want to make sure, when was asbestos
19  discontinued in the Weyerhaeuser mineral cores?
20  A   To my recollection, it was June of 1978.
21  Q   We also had some questions about complaints from
22  the community about dust coming from the facility,
23  and we kind of went back and forth between
24  asbestos dust and just the generic dust term, and
25  you answered that you had heard of some

Page 254

1  complaints, but not others.
2      Can you tell us what complaints you
3  do remember hearing?
4  A   I remember hearing complaints from residents that
5  lived in the proximity of the plant that had dust
6  and particulate falling onto their clothes, onto
7  their cars and so on, and that went on for a
8  period of time as was indicated.
9      I don't know what else I need to
10  say about that, but . . .
11  Q   Well, do you know where that dust came from?
12  A   It was very hard to determine because there were
13  at least five devices, if you will, that were
14  emitting to the air which could have included some
15  particulate, precisely talking about the
16  smokestack from the boilers that burned whatever
17  combustible material that came to the -- to that
18  area including coal, for that matter.
19      Then there was the baghouses that
20  had the mineral core dust or the Kaylo dust going
21  into them, and there were stacks from the particle
22  board plant that were emitting dust from -- or
23  particulate, very possibly, from the dryer that
24  would dry the chips that were being used for
25  particle board, and then there were the dust

Page 255

1  collection baghouses that -- that were collecting
2  dust from the polishers, from either the particle
3  board plant or the -- the finishing plant and
4  those.  So that's -- it was hard to determine what
5  particulate could have been in the air.
6      MR. METCALF:  I think that's all the
7  questions I have.
8      MR. CASCINO:  I have just a few.
9      FURTHER EXAMINATION
10  BY MR. CASCINO:
11  Q   The sanding belts you got from 3M, did they have
12  any warnings that they should not be used on
13  asbestos?
14  A   Not that I recall.
15  Q   Okay.  And the majority of the masks that were
16  used at Weyerhaeuser would it be safe to say were
17  3M masks?
18      MR. FOUKAS:  Object to the form.
19  BY THE WITNESS:
20  A   I guess that's safe to say, although I'm not
21  positive of that.
22  BY MR. CASCINO:
23  Q   Are you aware that Owens Corning Fiberglas was the
24  sole distributor of Kaylo before 1959?
25  A   I did not know that.

Page 256

1  Q   You referred to this Kaylo as being a generic
2  term.  What do you mean by that?  Where did it
3  come from, the term "Kaylo"?
4  A   I believe that it came from the fact that it was
5  called Kaylo as it entered the mill, and like so
6  many other things in an industry, once something
7  gets named whatever, it just hangs on; and if
8  someone doesn't come and specifically say, you
9  can't call it that, I mean, it's just -- that's
10  why I would say that that hung on like it did.
11  Q   Is the term -- are you aware that the term "Kaylo"
12  or the name "Kaylo" was trademarked by -- either
13  by both Owens-Illinois and Owens Corning?
14      MR. WATSON:  Objection.  Form.
15  Foundation.  Very overbroad.
16  BY THE WITNESS:
17  A   I -- I guess I don't know.  I didn't know.
18  BY MR. CASCINO:
19  Q   Were people from 3M salespeople that were at the
20  facility?
21  A   I don't know for sure.
22  Q   You've never seen any of the advertisements that
23  Weyerhaeuser used after they got -- strike that.
24      You've not seen any of the
25  documents wherein Weyerhaeuser had got approval to

64 (Pages 253 to 256)

Page 257

1    use the name "Kaylo" on their advertisements after
2    they took over the plant from Roddis?
3           MR. METCALF:  Objection to the form of
4    the question.
5           MR. WATSON:  Object.
6    BY THE WITNESS:
7    A   I never saw any documentation on that.
8           MR. CASCINO:  Roddis.
9    BY MR. CASCINO:
10   Q   You used the term "third-party sale."  What do you
11   mean by that?
12   A   It would be -- in the case of selling raw core,
13       whether it be mineral core or particle board to
14       another door manufacturer that would produce a
15       door out out of it or whatever they might be making.
16   Q   That would be like the shipments we talked about
17   earlier to Algoma Hardwoods?
18   A   Yes.
19          MR. CASCINO:  I don't have anything
20   else.
21          MR. METCALF:  All right.
22          THE VIDEOGRAPHER:  We are off the
23   record; end of deposition.  The time is 6:59.
24          (Proceedings had off the video record:)
25          MR. METCALF:  Do we need to put the read

Page 258

1    and sign on the record?
2           I recommend that you get a copy of
3    the transcript and read it, make sure that your
4    testimony that she's typed down accurately
5    reflects what you said, and you'll have an
6    opportunity, if there's some things that are typos
7    in there, to correct those.
8           THE WITNESS:  I can find an objection.
9           MR. METCALF:  You can correct
10   miswritings.
11          THE WITNESS:  I'm sorry.  Just joking.
12          (Proceedings concluded at 7:00 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 259

1    STATE OF WISCONSIN   )
2                        ) SS:
     COUNTY OF MILWAUKEE  )
3           I, Debbie A. Harnen, a Registered
4    Professional Reporter and Notary Public in and for the
5    State of Wisconsin, do hereby certify that the
6    deposition of RONALD KOEPKE was reported by me and
7    reduced to writing under my personal direction.
8           I further certify that said deposition
9    was taken at HOLIDAY INN CONFERENCE CENTER, 750 South
10   Central Avenue, Marshfield, Wisconsin, on the 18th day
11   of February, 2014, commencing at 12:59 p.m. and
12   concluding at 7:00 p.m.
13          I further certify that I am not a relative
14   or employee or attorney or counsel of any of the
15   parties, or a relative or employee of such attorney or
16   counsel, or financially interested directly or
17   indirectly in this action.
18          In witness whereof, I have hereunto set my
19   hand and affixed my seal of office at Milwaukee,
20   Wisconsin, this 23rd day of February, 2014.
21
22
23          Debbie A. Harnen - Notary Public
            In and for the State of Wisconsin
24
     My Commission Expires:  July 27, 2014.
25

Page 260

1    STATE OF WISCONSIN   )
                         ) SS:
2    COUNTY OF MILWAUKEE  )
3
4           I, RONALD KOEPKE, do hereby certify that I
5    have read the foregoing transcript of proceedings,
6    taken the 18th day of February, 2014, at HOLIDAY INN
7    CONFERENCE CENTER, 750 South Central Avenue,
8    Marshfield, Wisconsin, and the same is true and correct
9    except for the list of corrections noted on the annexed
10   page.
11
12          Dated at _____
13   this _____ day of _____, 2014.
14
15          _____
            RONALD KOEPKE
16
17
18
19
20
21
22
23
24
25

Gramann Reporting, Ltd. (414) 272.7878