## AFFIDAVIT OF ANDREW OH

Comes Andrew Oh, having been duly sworn, and deposes and states as follows:

1. I am over the age of 18, am competent to testify to the matters set forth in this Affidavit, and have personal knowledge of the matters set forth in this Affidavit.

2. I am employed by Analysis Research Planning Company ("ARPC"). In my position as Managing Director, I am authorized to attest to matters involving the Kaylo sales invoices contained in that database, as produced by Owens Corning to the Owens Corning Asbestos Personal Injury Trust.

3. Certain information contained in the Kaylo sales invoices maintained in the repository has been put into a computer database, which was previously maintained by Owens Corning.

4. Upon information from Owens Corning, the information contained in the Kaylo sales invoice database completely and accurately reflects the information contained in the paper copies of the invoices previously in Owens Corning's possession.

5. Upon information from Owens Corning, at the time the Kaylo sales invoice database was developed, PriceWaterhouse developed and tested search procedures to assure that a search of the database would locate all responsive invoices.

6. Using the procedures developed by PriceWaterhouse, as described to me by Owens Corning, I have conducted a search of the Kaylo invoice database with the following search criteria:

   All OCF invoices for Kaylo sold to Roddis Plywood Corporation or Weyerhaeuser Corporation in Marshfield, Wisconsin, from the earliest invoice date in OCF business records until April 1958.

   All OCF invoices for Kaylo sold to Roddis Plywood Corporation or Weyerhaeuser Corporation in Marshfield, Wisconsin, from May 1958 until the present.

7. The actual invoices resulting from this search are attached to this Affidavit and bates stamped as "OCFB 1 through 771."

8. I certify that the records and documents attached to this Affidavit and identified with bates numbers "OCFB 1 through 771" are authentic documents from the Kaylo database, to the best of my knowledge, information and belief.

9. I certify that to the best of my knowledge, the records and documents attached to this Affidavit and identified with bates numbers " OCFB 1 through 771" were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of and a business duty to record or transmit those matters.

{D0281524.1 }

10. Certify that to the best of my knowledge the records and documents attached to this Affidavit and identified with bates numbers " OCFB 1 through 771" were kept in the course of Owens Corning Fiberglass' regularly conducted activity.

11. Upon information from Owens Corning, I certify that the records and documents attached to this Affidavit and identified with bates numbers "OCFB 1 through 771" were made by Owens Corning Fiberglass' regularly conducted activity as a regular practice of Owens Corning Fiberglas.

FURTHER AFFIANT SAYETH NOT.

This 30 day of January, 2014.

_____
Andrew Oh

DISTRICT OF COLUMBIA)

Before me, a Notary Public in and for the state and county aforesaid, personally appeared Andrew Oh, to me known (or proved to me on the basis of satisfactory evidence) to be the person described in and who executed the foregoing instrument, and acknowledged that he/she executed the same as his/her free act and deed.

Witness my hand and seal, this 30th day of January, 2014.

_____
Notary Public

My Commission Expires:

JOY D. ROTHWELL
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires August 14, 2018



{D0281524.1 }