IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WESLEY SYDOW,

                 Plaintiff,

v.

WEYERHAEUSER COMPANY, *et al.*,

                 Defendants.

AMENDED SCHEDULING ORDER

14-cv-219-wmc

---

At a telephonic motion hearing held today, the court struck the trial date and established the following schedule for trial:

    Rule 26(a)(3) Disclosures and all motions in limine: May 6, 2016

- Responses: May 20, 2016

    Final Pretrial Conference: May 31, 2016 at 4:00 p.m.

    Jury Selection and Trial: June 6, 2016 at 9:00 a.m.

The parties remain subject to the court's standard procedures as set forth in the Preliminary Pretrial Conference Order. (Dkt. #63.)

Entered this 3rd day of June, 2015.

                 BY THE COURT:

                 /s/

                 _____
                 WILLIAM M. CONLEY
                 District Judge