IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Wesley Sydow and Theresa Sydow, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 14-cv-219-wmc |
| v. ) | |
| ) | |
| Weyerhaeuser Company, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S PROPOSED FINDINGS OF FACT**

Plaintiff submits these proposed findings of fact pursuant to this Court's summary judgment procedure.

1. OI Kalyo fire door cores were used in large quantities at the Roddis/Weyerhaeuser fire door plant in Marshfield beginning in 1955 or 1956. (Ex.3 at ¶¶ 3-5)

2. The first floor of the Marshfield door plant was a dusty work area. (Doc # 151 at 8-11.)

3. Wesley Sydow ("Sydow") worked in the first floor area when OI Kaylo door cores were used. (Doc # 168 at 50, 52-53.)

4. Sydow was exposed to high levels of dust from OI manufactured door cores. (Ex.3 at ¶¶ 3-5; Ex.7 at 1-3; Ex.19 ¶¶ 3-6; Doc # 151 at 8-11; Doc # 168 at 50, 52-53; Def.'s SPFF at ¶¶ 5-7.)

5. The exposure to OI manufactured door cores was a substantial cause of Sydow's mesothelioma.

6. OI did not rely on Roddis/Weyerhaeuser to warn employees about or protect employees from dangers of working in production of asbestos door cores. (Ex.10; Ex.11; Ex.12; Ex.13 at ¶ 111, 112, 113, 101-120; Ex.14; Ex.15 at ¶94)

1

7. Roddis/Weyerhaeuser did not protect Sydow by warning or safety measures from dangers of asbestos in fire door production. (Doc # 168 at 76; Ex.9 at 33-34.)

8. Sydow did not understand the dangers of asbestos or know to protect himself until after 1969.

9. OI's records of Kaylo sales are incomplete. (Ex.16 at 2-3).

Dated: June 15, 2015

s/ Robert G. McCoy
Attorney for Plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, Illinois 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com