IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| | |
|---|---|
| Wesley Sydow & Theresa Sydow,<br><br>     plaintiffs,<br><br>     v.<br><br>Weyerhaeuser Company, et al.,<br><br>     defendants. | W.D. WI Case No. 14-219 |

**Plaintiff's Motion For Leave to File Third Amended Complaint**

Theresa Sydow, by and through her attorneys, Cascino Vaughan Law Offices, Ltd., moves this Court to enter an order allowing the filing of an amended complaint. In support thereof plaintiff states:

1. Plaintiff Wesley Sydow died on Marsh 29, 2015 (Ex. 1.)

2. Theresa Sydow received Letters of Administration for the Estate of Wesley Sydow on June 9, 2015 to serve as special administrator in bringing an action for injuries to Wesley Sydow on behalf of the estate (Ex. 2.)

3. Plaintiff requests leave to file a Third Amended Complaint including new allegations for Wrongful Death and on behalf of the estate.

4. Plaintiff's proposed Third Amended Complaint is attached as Ex. 3.

5. Defendant Owens-Illinois has separately filed a motion to dismiss the complaint by Wesley Sydow based on Fed. R. Civ. P. 25. Plaintiff will be responding to this motion pursuant to the set deadline of August 3, 2015.

Prayer for Relief

Theresa Sydow moves this Court to enter an order allowing filing of the Third Amended Complaint instanter.

/S/ Robert G. McCoy
Robert G. McCoy

Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
E-mail: bmccoy@cvlo.com