## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| Robert Sydow, Individually and as Special ) | |
| Administrator for the Estate of Wesley ) | |
| Sydow, Deceased; et al. ) | |
| ) | |
|       Plaintiffs, ) | |
| ) | Case No. 14-cv-219-wmc |
|     v. ) | |
| ) | |
| Owens-Illinois, Inc. ) | |
| Weyerhaeuser Company ) | |
| ) | |
|       Defendants. ) | |

---

## NOTICE OF APPEAL

---

Plaintiff gives notice of appeal to the United States Court of Appeals for the Seventh Circuit from the following rulings relating to claims based on Owens-Illinois, Inc.'s licensing of a patent.

- The text order entered on June 16, 2015 based on stipulation which dismissed with prejudice Plaintiff's claims against Owens-Illinois "based on a patent licensing theory (as a licensor of a fireproof door patent)" and other claims against Owens-Illinois.  (ECF Doc # 194.)

- The August 5, 2015 stipulation of Dismissal by plaintiffs and by Defendant Owens-Illionois. (ECF Doc # 274.)

- The text order entered on May 6, 2016, which dismissed the case against the remaining defendant.  (ECF Doc # 508.)

Dated: June 6, 2016

*/s/ Robert G. McCoy*
Attorney for plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Telephone: (312) 944-0600
E-mail: bmccoy@cvlo.com

**Certificate of Service**

I hereby certify that on June 6, 2016, I caused the forgoing to be electronically filed with the United States District Court for the Northern District of Illinois using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.

Dated: June 6, 2016

_/s/ Robert G. McCoy_____
Attorney for Plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com